PLAINTIFF'S EXHIBIT 1

LAW 553-KS-ARB-eps 6/16

# RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

13441 Dealer Number ______ Contract Number ______ DEAL# 135587 CUST# 132139

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| MICHAEL A RUSSAW<br>421 SW STACY DR<br>LEES SUMMIT MO 64082<br>816-316-0944 | CHAPTER K JACKSON<br>307 GOLFVIEW DR<br>PLEASANT HILL MO 64080<br>816-316-0944 | ARISTOCRAT MOTORS<br>9400 WEST 65TH STREET<br>MERRIAM, KS 66203 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2015 | PORSCHE CAYENNE | 57272 | WP1AB2A26FLA59974 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ N/A |

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 16500.00 is |
|---|---|---|---|---|
| 24.90 % | $ 28509.78 | $ 29899.50 | $ 58409.28 | $ 74909.28 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 811.24 | Monthly beginning 01/18/2019 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of the part of the payment that is late. If the vehicle is primarily for personal, family, or household use, the maximum charge for each late payment will be $25.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
Spanish Translation: **Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**APPLICABLE LAW**
Federal law and Kansas law apply to this contract. This contract shall be subject to the provisions of the Kansas Uniform Consumer Credit Code (including Article 2, Parts 2 and 5) unless you are a corporation or the vehicle is purchased primarily for business or agricultural use.

**Returned Check Charge:** If any check you give us is dishonored, you will pay a charge of $30 if we demand that you do so.

**WARRANTIES SELLER DISCLAIMS**
The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It only applies if you are an organization.
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X ______ Co-Buyer Signs X ______

Buyer Signs X ______ Co-Buyer Signs X ______

51343*1*ARIST-FI

**ITEMIZATION OF AMOUNT FINANCED**

| | | | |
|---|---|---|---|
| 1 Cash Price (including $ N/A sales tax) | | | $ 46000.00 (1) |
| 2 Total Downpayment = | | | |
| Trade-In N/A (Year) N/A (Make) N/A (Model) | | | |
| Gross Trade-In Allowance | | $ N/A | |
| Less Pay Off Made By Seller | | $ N/A | |
| Equals Net Trade In | | $ N/A | |
| + Cash | | $ 16500.00 | |
| + Other N/A | | $ N/A | |
| (If total downpayment is negative, enter "0" and see 4I below) | | | $ 16500.00 (2) |
| 3 Unpaid Balance of Cash Price (1 minus 2) | | | $ 29500.00 (3) |
| 4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts): | | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | | | |
| Life | $ N/A | | |
| Disability | $ N/A | $ N/A | |
| B Vendor's Single Interest Insurance Paid to Insurance Company | | $ N/A | |
| C Other Optional Insurance Paid to Insurance Company or Companies | | $ N/A | |
| D Optional Gap Contract | | $ N/A | |
| E Official Fees Paid to Government Agencies | | | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| F Government Taxes Not Included in Cash Price | | $ N/A | |
| G Government License and/or Registration Fees N/A | | $ N/A | |
| H Government Certificate of Title Fees | | $ N/A | |
| I Other Charges (Seller must identify who is paid and describe purpose.) | | | |
| to N/A | for Prior Credit or Lease Balance | $ 0.00 | |
| to ARISTOCRAT MOTORS | for ADMINISTRATIVE FEE | $ 399.50 | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | | $ 399.50 (4) |
| 5 Amount Financed (3 + 4) | | | $ 29899.50 (5) |

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ________, Year ______. SELLER'S INITIALS N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. N/A
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X N/A

☐ **VENDOR'S SINGLE INTEREST INSURANCE** (VSI Insurance): If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI Insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI Insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose or you may provide the required insurance through an existing policy owned or controlled by you. Insurance you provide must be acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

Credit Life $ N/A

Credit Disability $ N/A

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance or credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A (Type of Insurance) N/A (Term)

Premium $ N/A

Insurance Company Name N/A

Home Office Address N/A

☐ N/A (Type of Insurance) N/A (Term)

Premium $ N/A

Insurance Company Name N/A

Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A Buyer Signature — N/A Date

X N/A Co-Buyer Signature — N/A Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

Buyer Signs X [signature] Co-Buyer Signs X ________

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
   If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay what you owe at once after we give you any notice the law requires. Default means:
   - You do not pay any payment on time; or
   - You give false, incomplete, or misleading information on a credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral. We bear the burden of establishing the prospect of significant impairment.

   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including court costs, attorney fees and collection agency fees, but you will not have to pay both attorney fees and collection agency fees. Collection costs will not include costs incurred by our salaried employees and will not exceed 15% of the amount you owe.

Buyer Signs X __________ Co-Buyer Signs X __________ 5343*1*ARIST

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**NO COOLING OFF PERIOD**

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

Buyer Signs X ________ Co-Buyer Signs X ________ 5343*ARIST-FI

## ARBITRATION PROVISION

**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [signature] Co-Buyer Signs X [signature]

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See the rest of this contract for other important agreements.**

**NOTICE TO CONSUMER. 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision above, before signing below. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X [signature] Date 12/04/2018 Co-Buyer Signs X [signature] Date 12/04/2018

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A Address N/A

Seller signs ARISTOCRAT MOTORS Date 12/04/2018 By X [signature] Title FI MANAGER

Seller assigns its interest in this contract to CHRYSLER CAPITAL (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse

Seller ARISTOCRAT MOTORS By Title

LHIC
APR/28/1999
6083020001

**REBECCA McDOWELL COOK, Secretary Of State**

# 1999 ANNUAL REGISTRATION REPORT

**(Business)**

CHECK #: 63982
AMOUNT: 45.00
N ows.

THIS REPORT IS DUE BY: 04/15/99

NOTE: TO CHANGE REGISTERED AGENT OR OFFICE SHOWN DIRECTLY BELOW, REQUEST FORM #59 FROM THE SECRETARY OF STATE.

PLAINTIFF'S EXHIBIT 2
tabbies

**1** WE SHOW YOUR FISCAL TAX YEAR AS:

| BEG. MONTH | END MONTH |
|---|---|
| 01/01 | 12/31 |

IF YOUR FISCAL TAX YEAR IS DIFFERENT:

| BEG. MONTH | END MONTH |
|---|---|
| | |

F00326883
ARISTOCRAT MOTOR COMPANY, INC.

% SPENSERV, INC.
1000 WALNUT-1400 COMMERCE BK B
KANSAS CITY MO

RECEIVED
APR 0 2 1999
Rebecca McDowell Cook
SECRETARY OF STATE

**2** YOUR LAST ANNUAL REPORT WAS MARKED NO regarding whether your corporation is liable for franchise tax. ( A corporation is liable for franchise tax if line 6a or 6b on the franchise tax report is more than $200,000. )

If this tax liability has changed for this year, mark "X" in this box. ☐

**3** PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:
STREET: 9400 West 65th Street
CITY/STATE: Shawnee Mission, KS ZIP: 66203

**4** NAMES AND BUSINESS OR RESIDENCE ADDRESSES OF OFFICERS: (MUST HAVE A PRESIDENT AND A SECRETARY; WILL ASSUME PRESIDENT IS ALSO SECRETARY, IF SECRETARY IS NOT LISTED.)

PRES: Horst Schwab
STREET/RT: 9400 West 65th Street
CITY/STATE/ZIP: Shawnee Mission, KS 66203
V-PRES: Manfred Hetzel
STREET/RT: 9400 West 65th Street
CITY/STATE/ZIP: Shawnee Mission, KS 66203
SEC'Y: Edward A. Setzler
STREET/RT: 1000 Walnut Street, Suite 1400
CITY/STATE/ZIP: Kansas City, MO 64106
TREAS: Terry Buchholtz
STREET/RT: 9400 West 65thStreet
CITY/STATE/ZIP: Shawnee Mission, KS 66203

NAMES AND BUSINESS OR RESIDENCE ADDRESSES OF BOARD OF DIRECTORS: (MUST HAVE ONE DIRECTOR; IF NOT LISTED, WILL ASSUME DIRECTORS ARE THE SAME AS OFFICERS)

NAME: Horst Schwab
STREET/RT: 9400 West 65th Street
CITY/STATE/ZIP: Shawnee Mission, KS 66203
NAME: Manfred Hetzel
STREET/RT: 9400 West 65th Street
CITY/STATE/ZIP: Shawnee Mission, KS 66203
NAME: Edward A. Setzler
STREET/RT: 1000 Walnut St., Suite 1400
CITY/STATE/ZIP: Kansas City, MO 64106
NAME:
STREET/RT:
CITY/STATE/ZIP:

**ATTACH NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS**

**5** The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo 1986

OFFICER SIGN HERE > > > Terry Buchholtz
Officer signing must be listed in box #4 above or on attached list.

**6** ATTACHED IS THE REGISTRATION FEE OF:
X $45.00 If filed on or before due date
___ $60.00 If within 30 days after due date
___ $75.00 If within 60 days after due date
___ $90.00 If within 90 days after due date
Corporation will be administratively dissolved if report is not filed.

| F00326883 | |
|---|---|
| 98 | 0412989 |
| AG | 0324997 |
| AG | 0217998 |

F00326883

## COMPLETE THE BOXES OR FORM WILL BE RETURNED
( BOXES 3, 4, AND 5 ARE REQUIRED)

## RETURN AND MAKE CHECK PAYABLE TO SECRETARY OF STATE
P.O. BOX 1366, JEFFERSON CITY, MO 65102

SOS FORM (FSCORP64) 1999

yes

# THE CITY OF MERRIAM

9000 West 62nd Terrace
Merriam, Kansas 66202-2815

FAX (913) 722-0238
Email Address - cityofmerriam@merriam.org
Internet Address - http://www.merriam.org/

November 25, 1998

PLAINTIFF'S EXHIBIT 3

ARISTOCRAT MOTOR CO INC
9400 W 65TH ST
MERRIAM, KS 66203-3699

## 1999 OCCUPATIONAL LICENSE RENEWAL

Amount Due: $298.00

License Effective: 1/1/1999-12/31/1999

A penalty is added monthly after March 1, 1999

In order to update our Occupational License Files and provide our Police and Fire departments with current information on person(s) to contact in case of a fire, theft, or other emergency, please fill out the form below and return it with the renewal payment for your occupational license.

TYPE OF BUSINESS Automobile Dealership

FIRM NAME Aristocrat Motor Co., Inc.

ADDRESS 9400 W. 65th Street ~~Shawnee Mission, KS 66203~~ PHONE 677-3300

NO. OF EMPLOYEES 92 SQ. FT. ____ ZIP 66203

OWNER/MANAGER Horst Schwab

ADDRESS 13918 Mt. Olivet Rd. PHONE ____

CITY Smithville STATE MO ZIP 64089

Name and telephone number of other persons who may be contacted in case of emergency.

| Contact | Title | Phone Number |
|---|---|---|
| Mark Doescher | Parts Manager | 831-9941 |
| Al Hanson | Dispatcher | 397-9845 |
| Michael Emerson | Service Advisor | 649-8027 |

All information given to the City of Merriam is considered an open record under the Open Records Act and is available for public viewing.

Date: 1/08/99 01 Receipt: 0000132
Total Payment $298.00
Amount Tendered $298.00

PLAINTIFF'S EXHIBIT 4

| BUSINESS | OWNER | BUSTYPE | Code | ZON | #EMP | New | SQFT | Start Da |
|---|---|---|---|---|---|---|---|---|
| ARISTOCRAT MOTOR CO., INC.<br>9400 W 65TH ST<br>MERRIAM, KS 66203-3699<br>677-3300 | TERRY BUCHHOLTZ<br><br><br>677-3300 | AUTO SALES & SERVI | | PUD-G | 92 | F | 0 | 10/16/85 |
| ARMOR FIRE PROTECTION, INC.<br>8006 REEDER<br>LENEXA, KS 66214<br>913-894-0010 | MURRAY E. STEEBLE JR<br>10340 NOLAND ROAD<br><br>888-1637 | FIRE SPRINKLER CON<br>CONTRACTOR | | OOT | 52 | F | 8000 | 3/23/98 |
| ARROWHEAD ROOFING<br>1104 SANDUSKY<br>KANSAS CITY, KS 66102<br>371-6636 | JOE ROSAS | CONTRACTOR<br>ROOFING | | OOT | | T | | 12/2/98 |
| ASAP COMPUTER SERVICES<br>10000 W 75TH ST, STE 105A<br>MERRIAM, KS 66204<br>913-432-1177 | MICHAEL J ROSS<br>12514 S LOCUST, OLATHE, KS, 66062<br><br>913-780-2741 | OFFICE<br>COMPUTER | 30 | C-1 | 3 | T | 405 | 3/15/99 |
| ASH BATTERY SYSTEMS INC<br>6200 MERRIAM DR<br>MERRIAM, KS 66203-3258<br>913-722-3191 | R M ASH JR<br>8733 CATALINA PV 66207<br><br>913-642-2307 | MFG REP<br>BATTERY | | C-2 | 11 | F | 0 | 4/11/73 |
| AT THE BEACH TANNING SALON<br>10250 W 75TH ST<br>MERRIAM, KS 66204<br>913-362-0087 | JANE LAGROW<br>212 W. 62ND ST. KCMO 64113<br><br>816-361-8244 | RETAIL<br>TANNING SALON | | C-1 | 2 | F | 1400 | 4/4/96 |
| ATH PROPERTIES<br>100 E PARK ST<br>OLATHE, KS 66061<br>9137820026 | MITCH ASHLOCK/ERIC HUGHES<br>11408 OAKVIEW LENEXA, KS 66215<br><br>9134919144 | <br>BUILDING | 7 | 00T | 0 | Y | | 11/12/99 |
| ATHLETIC CLUB OF GEORGETOWN<br>9301 W 73RD ST<br>MERRIAM, KS 66204<br>677-1515 | SPORTS & FITNESS MGT<br>200 ENCHANTED PWY<br>MANCHESTER,MO 66203<br>314-256-0508 | RECREATION<br>RACQUETBALL & FIT | | C-2 | 35 | F | 19000 | 5/16/77 |
| ATLAS BASEMENT & FOUNDATION<br>22000 COLLEGE BLVD.<br>OLATHE, KS 66061<br>913-780-4088 | RUSSELL WILKERSON<br>1253 E. BUTTERFIELD, OLATHE, KS 66062<br><br>913-782-2071 | CONTRACTOR<br>FOUNDATION REPAI | 7 | OOT | 10 | Y | | 2/16/99 |
| ATLAS HOME EXTERIORS, INC.<br>3319 OWENS SCHOOL ROAD<br>INDEPENDENCE, MO 64057<br>816-220-9877 | GERALD BLANTON<br>502 MARK LANE, BELTON, MO, 64012<br><br>816-331-5901 | CONTRACTOR<br>EXTERIOR SIDING | 7 | N/A | 6 | T | 0 | 7/7/99 |

tabbies PLAINTIFF'S EXHIBIT 5

THE BACK OF THIS CHECK CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIE

JAGUAR LAND ROVER

ARISTOCRAT MOTOR COMPANY, INC.
9400 West 65th Street • Shawnee Mission, Kansas 66202 • (913) 677-3300

COMMERCE BANK OF KANSAS CITY
KANSAS CITY, MISSOURI

6498

FORMS + SUPPLIES CATALOG #88000

| DATE | PAY THIS AMOUNT | | | | AM |
|---|---|---|---|---|---|
| 17DEC98 | *********298 | DOLLARS | 00 | CENTS | **** |

ARISTOCRAT MOTOR COM

TO THE ORDER OF THE CITY OF MERRIAM
9000 W. 62ND TERR.
MERRIAM KS 66202-2815

BY

BY Terry Buckk

AUTHORIZED SIGNATU

[redacted]

Check: 64987
Date: 1/08/99 01 Receipt: 0000132
CHECK $298.00
Amount Tendered $298.00

MERCANTILE BANK
FOR DEPOSIT ONLY
ACCT # 5330023465

# THE CITY OF MERRIAM

9000 West 62nd Terrace
Merriam, Kansas 66202-2815

FAX (913) 722-0238
Email Address - cityofmerriam@merriam.org
Internet Address - http://www.merriam.org/

November 30, 1999

PLAINTIFF'S EXHIBIT 6

ARISTOCRAT MOTOR CO., INC.
9400 W 65TH ST
MERRIAM, KS 66203-3699

## 2000 OCCUPATIONAL LICENSE RENEWAL

Amount Due: $295.00

License Effective: 1/1/2000-12/31/2000

A penalty is added monthly after March 1, 2000

In order to update our Occupational License Files and provide our Police and Fire departments with current information on person(s) to contact in case of a fire, theft, or other emergency, please fill out the form below and return it with the renewal payment for your occupational license.

TYPE OF BUSINESS Automotive Dealership

FIRM NAME Aristocrat Motors

ADDRESS 9400 W. 65th Street, Shawnee Mission KS PHONE 913-677-3300

NO. OF EMPLOYEES 105 SQ. FT. ______ ZIP 66203

OWNER/MANAGER Ernie Tumminia, Nick Allen

ADDRESS ______ PHONE ______

CITY ______ STATE ______ ZIP ______

OWNER BIRTHDATE ______

Name and telephone number of other persons who may be contacted in case of emergency.

| Contact | Title | Phone Number |
|---|---|---|
| Ernie Tumminia | President | 816-941-0606 |
| Nick Allen | Vice President | 816-537-0021 |
| Doug Cooper | Service Director | 816-681-1560 |

All information given to the City of Merriam is considered an open record under the Open Records Act and is available for public viewing.

$295.00 OL
Date: 12/16/99 00 Receipt: 0002756
CHECK 13384
00100003212000

CRAR
APR/19/2000
6083 015001

REBECCA McDOWELL COOK, Secretary Of State

# 2000 ANNUAL REGISTRATION REPORT

(Business)

CHECK #: 66437
AMOUNT: 45.00

THIS REPORT IS DUE BY: 04/15/00

PLAINTIFF'S EXHIBIT 7

RECEIVED

MAR 24 2000

Rebecca McDowell Cook
SECRETARY OF STATE

F00326883
ARISTOCRAT MOTOR COMPANY, INC.

% SPENSERV, INC.
1000 WALNUT-1400 COMMERCE BK B
KANSAS CITY MO 64105

**1**

OUR RECORDS SHOW YOUR FISCAL TAX YEAR AS:

| BEG. MONTH | END MONTH |
|---|---|
| 01/01 | 12/31 |

INDICATE IF YOUR FISCAL TAX YEAR HAS CHANGED:

| BEG. MONTH | END MONTH |
|---|---|
| | |

IMPORTANT NOTE: TO CHANGE REGISTERED AGENT OR OFFICE SHOWN DIRECTLY ABOVE, REQUEST FORM #59 FROM THE SECRETARY OF STATE. CHANGES MADE TO THIS FORM ARE NOT EFFECTIVE TO CHANGE THE REGISTERED AGENT OR OFFICE.

**2**

PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:
STREET: 13918 MT. OLIVET ROAD
CITY/STATE: SMITHVILLE, MO. ZIP: 64089

**3**

NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE) OF OFFICERS: (MUST HAVE A PRESIDENT AND A SECRETARY; WILL ASSUME PRESIDENT IS ALSO SECRETARY, IF SECRETARY IS NOT LISTED.)

PRES Horst Schwab
STREET/RT 13918 MT. OLIVET ROAD
CITY/STATE/ZIP SMITHVILLE, MO. 64089
V-PRES MANFRED HETZEL
STREET/RT 14200 MT. OLIVET ROAD
CITY/STATE/ZIP SMITHVILLE, MO. 64089
SEC'Y EDWARD SETZLER
STREET/RT 1000 WALNUT - # 1400
CITY/STATE/ZIP KANSAS CITY, MO. 64106
TREAS. TERRY BUCHHOLTZ
STREET/RT 18300 E. 50th TERR. CT.
CITY/STATE/ZIP Indep., MO. 64055

NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE) OF BOARD OF DIRECTORS. (MUST HAVE ONE DIRECTOR. IF NOT LISTED, WILL ASSUME DIRECTORS ARE THE SAME AS OFFICERS.)

NAME Horst Schwab.
STREET/RT 13918 MT. OLIVET ROAD
CITY/STATE/ZIP Smithville, MO. 64089
NAME MANFRED HETZEL
STREET/RT 14200 MT. OLIVET ROAD
CITY/STATE/ZIP SMITHVILLE, MO. 64089
NAME EDWARD SETZLER
STREET/RT 1000 WALNUT - # 1400
CITY/STATE/ZIP K.C., MO. 64106
NAME
STREET/RT
CITY/STATE/ZIP

ATTACH NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS

**4**

The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo 1986

OFFICER SIGN HERE > > > Terry Buchholtz

Original signature of officer listed above required. Photocopy or stamped signature not acceptable.

**5**

ATTACHED IS THE REGISTRATION FEE OF:
X $45.00 If filed on or before due date
___ $60.00 If within 30 days after due date
___ $75.00 If within 60 days after due date
___ $90.00 If within 90 days after due date
Corporation will be administratively dissolved if report is not filed.

F00326883
99 0412989
AG 0217998
AG 0402999

F00326883

CORPORATE E-MAIL ADDRESS (optional)________________

COMPLETE THE BOXES OR FORM WILL BE RETURNED
RETURN AND MAKE CHECK PAYABLE TO SECRETARY OF STATE

P.O. BOX 1366, JEFFERSON CITY, MO 65102

SOS FORM (FSCORPCO) 2000

PLAINTIFF'S EXHIBIT 8

86-674-9

2 5 5 0 0 5 7 5

State of Kansas/Domestic For Profit Form

# Certificate of Amendment AP

Name of corporation: Aristocrat Motor Company, Inc.

We, Horst Schwab, President

1575 1575-01 05-11-1999 08:23:13
866749
53 CORPORATION CHANGE
$20.00

Do not write in this space.

and Edward A. Setzler, Secretary, of the above named corporation, a corporation organized and existing under the laws of the State of Kansas, do hereby certify that at a meeting of the Board of Directors of the corporation, the board adopted a resolution setting forth the following amendment to the Articles of Incorporation and declaring its advisability:

Article One is amended in its entirety to read as follows:

The name of the corporation is ARMOCO, Inc.

866749 19990510 R266 F676
01997411

'99 MAY 10 AM 11 00
FILED
SECRETARY OF STATE
KANSAS

We further certify that thereafter, pursuant to the resolution and in accordance with the bylaws of the corporation and the laws of the State of Kansas, the Board of Directors called a meeting of stockholders for consideration of the proposed amendment, and thereafter, pursuant to notice and in accordance with the statutes of the State of Kansas, the stockholders convened and considered the proposed amendment.

We further certify that at the meeting a majority of the stockholders entitiled to vote voted in favor of the proposed amendment.

We further certify that the amendment was duly adopted in accordance with the provisions of K.S.A. 17-6602, as amended.

( over )

2 6 5 0 0 6 7 6

In Witness Whereof, we have hereunto set our hands and affixed the seal of the corporation

this 14th day of April, 19 99.

Horst Schwab President

Edward A. Setzler Secretary

State of Missouri

County of Jackson

Be it remembered that before me, a Notary Public in and for the aforesaid county and state, personally appeared Horst Schwab, **President**

and Edward A. Setzler, **Secretary**

Secretary, of the corporation named in this document, who are known to me to be the same persons who executed the foregoing certificate and duly acknowledged its execution of the same this 14th day of April, 19 99.

(Seal)

Notary Public

PEGGY L. KOCH
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County

My appointment or commission expires My Commission Expires: March 31, 2001, 19____.

**Please submit this document in duplicate,**
**with $20 filing fee, to:**
**Ron Thornburgh**
**Secretary of State**
**300 SW 10th**
**2nd Floor, State Capitol**
**Topeka, KS 66612-1594**
**(785) 296-4564**

72 78

(S) 86-674-9
720-829-1

# ARTICLES OF MERGER

Pursuant to Sections 17-6701 and 17-6702 of the Kansas Statutes Annotated, and Sections 351.410 through 351.458, inclusive, of the Revised Statutes of Missouri, all as amended, the undersigned corporations hereby execute the following Articles of Merger:

124 00578

## ARTICLE ONE

The merging corporations are Aristocrat Motor Company, Inc., a Kansas corporation, and Aristocrat Leasing Company, Inc., a Missouri corporation.

CORP. CHANGE
866749 53 1 20.00
10 TRANS. TOTAL 1 20.00

## ARTICLE TWO

The surviving corporation is Aristocrat Motor Company, Inc., a Kansas corporation, subject to and governed by the laws of the State of Kansas.

## ARTICLE THREE

The following plan of merger was approved by resolutions duly and legally adopted upon the unanimous written consent of all the members of the Board of Directors of each of the merging corporations, dated May 10, 1993, and was by direction of the Board of Directors of such corporations, submitted to and duly adopted by the unanimous written consent of the shareholders of each of such corporations, dated May 10, 1993, such plan of merger being as follows:

866749 19930827 R124 F578
01865344

## PLAN OF MERGER

(A)

The names of the corporations proposing to merge (hereinafter sometimes referred to collectively as the "Merging Corporations") are Aristocrat Motor Company, Inc., a Kansas corporation (hereinafter sometimes referred to as "Aristocrat"), and Aristocrat Leasing Company, Inc., a Missouri corporation (hereinafter sometimes referred to as "Leasing"). The Merging Corporations propose to merge into Aristocrat Motor Company, Inc. (hereinafter sometimes referred to as the "Surviving Corporation").

(B)

The terms and conditions of the proposed merger and the mode of carrying the same into effect are as follows:

FILED
SECRETARY OF STATE
KANSAS
'93 AUG 27 PM 4:28

1. Upon the effective date of the merger, Leasing shall merge into Aristocrat, a Kansas corporation, subject in all respects to the laws of Kansas. The Articles of Incorporation of Aristocrat as they shall exist immediately prior to the effective date of the merger, shall be and remain the Articles of Incorporation of the Surviving Corporation, until the same shall be altered, amended or repealed as therein provided. 7 8
The Bylaws of Aristocrat as they shall exist immediately prior to the effective date of the merger shall be and remain the Bylaws of the Surviving Corporation, until the same shall be altered, amended or repealed as therein provided.

2. The officers and directors of the Surviving Corporation, to serve in such capacity until the next annual meeting of the shareholder and directors thereof, and until their successors are duly elected and qualified, shall be the present officers and directors of Aristocrat, who are as follows:

<u>Board of Directors</u>:

Horst Schwab
Manfred E. Hetzel
Edward A. Setzler

<u>Officers</u>:

| | |
|---|---|
| President | Horst Schwab |
| Vice President | Manfred E. Hetzel |
| Secretary | Edward A. Setzler |
| Treasurer/Assistant Secretary | Terry Buchholtz |

3. (a) Upon the consummation of the merger as herein provided, all and singular rights, privileges, powers, immunities and franchises, as well of a public as of a private nature, of each of the Merging Corporations, and all property, real, personal and mixed, and all debts due on whatever account, including subscriptions to shares, and all other choses in action, and all and every other interest, of or belonging to or due to each of the Merging Corporations, shall be taken and deemed to be transferred to and vested in the Surviving Corporation without further act or deed, and all property, rights, privileges, powers, and franchises, and all and every other interest of the Merging Corporations, shall hereafter be as effectively the property of the Surviving Corporation as they were of the respective Merging

Corporations, and the title to any real estate, or any interest therein, vested in either of the Merging Corporations shall not revert or be in any way impaired by reason of said merger, provided that all rights of creditors and all liens upon the property of either of the Merging Corporations shall be preserved unimpaired; and all debts, liabilities, and duties of the Merging Corporations shall forthwith attach to the Surviving Corporation and may be enforced against it to the same extent as if said debts, liabilities and duties had been incurred or contracted by it, it being expressly provided that the merger of said Merging Corporations shall not in any manner impair the rights of any creditor or creditors or any liens upon the property of either of the Merging Corporations, and any claim existing or action or proceeding pending by or against either of the Merging Corporations may be prosecuted to judgment as if such merger had not taken place, or such Surviving Corporation may be substituted in its place. If at any time the Surviving Corporation shall deem or be advised that any further assignments, assurances in the law, or things that are necessary or desirable to vest or confirm in the Surviving Corporation (or any successor or assign thereof) the title to any property or assets of either of the Merging Corporations, the respective officers, directors and representatives of each shall and will, and are hereby fully authorized to, execute and deliver all proper assignments, deeds, confirmations and assurances in the law and do all things necessary or proper so as to vest, approve, ratify or confirm title to such property and assets in the Surviving Corporation and otherwise to carry out the purposes of this Plan of Merger.

(b) The Surviving Corporation shall pay all expenses or carrying this Plan of Merger into effect and accomplishing the merger.

(c) This Plan of Merger cannot be altered or amended except pursuant to an instrument in writing signed on behalf of the parties hereto.

(d) This instrument may be executed in any number of counterparts, and each such counterpart shall be deemed to be an original instrument, but all such counterparts together shall constitute but one instrument.

(C)

Aristocrat, under its present Articles of Incorporation, is authorized to issue 100,000 shares of common stock, par value ten cents (10¢) each share, of which 50,000 shares of common stock are presently issued and outstanding. Leasing, under its present Articles of Incorporation, is authorized to issue 30,000 shares of common stock, 7 8 par value One Dollar ($1.00) each share, of which 10,000 shares are presently issued and outstanding. The manner and basis for converting the shares of each merging corporation shall be as follows:

Forthwith upon the effective date of the merger (and without further act thereafter on the part of the Merging Corporations or their shareholders):

(a) Each then issued and outstanding share of the common stock of Leasing (being 10,000 shares of common stock, par value $1.00 per share) shall be cancelled and extinguished.

(b) Each then issued and outstanding share of the common stock of Aristocrat (being 50,000 shares of common stock, par value 10¢ per share) shall continue after the merger to be issued and outstanding.

(D)

The terms and provisions of this Plan of Merger shall be deemed to be effective for tax and accounting purposes from and after the start of business on January 1, 1993, and as of that time and thereafter (subject, however, to the adoption and approval of this Plan of Merger by the requisite vote of the holders of the capital stock of Aristocrat and Leasing and to compliance with the applicable laws of the States of Kansas and Missouri), the businesses of Aristocrat and Leasing shall be deemed to be transacted and carried on as a single enterprise by Aristocrat, the Surviving Corporation, and on and after that date the benefit of all business transacted and the burden and liability of and for all obligations incurred shall be vested in or devolve upon Aristocrat to the same extent and effect as if the active merger had been legally consummated as of the start of business on January 1, 1993.

ARTICLE FOUR

Each of the Merging Corporations has only one class of stock outstanding, to-wit: common stock. As to each of the Merging Corporations, the number of shares entitled to vote and the number of shares voted for and against the Plan of Merger set forth in Article Three above, respectively, are as follows:

| Name of Corporation | No. of Shares | Total Shares Voted FOR the Plan of Merger | Total Shares Voted AGAINST the Plan of Merger |
|---|---|---|---|
| Aristocrat | 50,000 | 50,000 | None |
| Leasing | 10,000 | 10,000 | None |

ARTICLE FIVE

Aristocrat hereby agrees that it will promptly pay to the dissenting shareholders of Leasing the amount, if any, to which they shall be entitled under the provisions of Chapter 351 of the Revised Statutes of Missouri; and further agrees that it may be served with process in the State of Missouri; and hereby irrevocably appoints the Secretary of State of Missouri as its agent to accept service of process (a) in any proceeding based upon any cause of action against Leasing arising in the State of Missouri prior to the date that the Secretary of State of Missouri issues a Certificate of Merger with respect to the Merging Corporations, and (b) in any proceeding for the enforcement of the rights of any dissenting shareholder of Leasing against Aristocrat.

IN WITNESS WHEREOF, each of the undersigned Merging Corporations has caused these Articles of Merger to be executed in its name by its President and its corporate seal to be hereunto affixed and attested by its Secretary, this 24th day of May, 1993.

ARISTOCRAT MOTOR COMPANY, INC.

ATTEST:

Edward A. Setzler, Secretary

By: Horst Schwab, President

ARISTOCRAT LEASING COMPANY, INC.

ATTEST:

Edward A. Setzler, Secretary

By: Horst Schwab, President

STATE OF Missouri )
) ss.
COUNTY OF Jackson )

On this 24th day of May, 1993, before me, appeared Horst Schwab, to me personally known, who being by me duly sworn, did say that he is the President of Aristocrat Motor Company, Inc., a Kansas corporation, and that the seal affixed to the foregoing instrument is the corporate seal of said corporation and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said Horst Schwab acknowledged said instrument to be the free act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last above written.

Peggy L. Lingo
Notary Public

My commission expires:

PEGGY L. LINGO
Notary Public - State of Missouri
Commissioned in Clay County
My Commission Expires March 31, 1997

STATE OF Missouri )
) ss.
COUNTY OF Jackson )

On this 24th day of May, 1993, before me, appeared Horst Schwab, to me personally known, who being by me duly sworn, did say that he is the President of Aristocrat Leasing Company, Inc., a Missouri corporation, and that the seal affixed to the foregoing instrument is the corporate seal of said corporation and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said Horst Schwab acknowledged said instrument to be the free act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last above written.

Peggy L. Lingo
Notary Public

My commission expires:

PEGGY L. LINGO
Notary Public - State of Missouri
Commissioned in Clay County
My Commission Expires March 31, 1997

07/31/00 MON 09:25 FAX 8164210596 HUSCH EPPENBERGER 003

2 9 7 0 0 0 0 0 5 8 3

866749

PLAINTIFF'S EXHIBIT 9

Secretary of State/Corporation Division

# Dissolution by Written Consent

Form DW

We, the undersigned, being all the stockholders with voting power of ARMOCO, Inc. (Name of Corporation), a corporation organized under the laws of Kansas, do hereby consent to the dissolution of the corporation.

**Stockholders' Signatures**

Horst Schwab

4844 01 08-02-2000 09:16:27
866749
53 CORPORATION CHANGE
$20.00

Do not write in this space.

'00 JUL 31 AM 8 15

FILED
SECRETARY OF STATE
KANSAS

I hereby certify that the following is a list of officers and directors and their residence addresses of said corporation:

**Officers**

| Name | Title | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Horst Schwab | President | 13918 Mt. Olivet Rd. | Smithville, | MO | 64089 |
| Manfred Hetzel | Vice Pres. | 13918 Mt. Olivet Rd. | Smithville, | MO | 64089 |
| Edward A. Setzler | Secretary | 1401 E 150 Hwy | Kansas City, | MO | 64160 |
| Terry Buchholtz | Treas./Asst. Sec. | 18300 E. 50th Terr. Ct. | Independence, | MO | 64055 |

**Directors**

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Horst Schwab | same as above | | | |
| Manfred Hetzel | same as above | | | |
| Edward A. Setzler | same as above | | | |

(Note: If more space is needed, use the back of this form or attach a separate page.)

866749 20000731 R297 F 583

02027618

2 9 / 0 0 0 4 4 0 5 3 3

I, Edward A. Setzler, declare under penalty of
Name of officer

perjury, that I am the Secretary or some other officer of the above-named corporation, that the above consent has been signed by or on behalf of ALL stockholders entitled to vote on the dissolution, and that the foregoing is true and correct. Executed on July 17 '00
Date

[signature]
Signature of Secretary or other officer
Edward A. Setzler

**Note:** If this form is submitted after the close of the corporation's tax year, an annual report with franchise tax must be submitted for that year prior to the filing of the dissolution.

**Please submit this form in duplicate, with $20 filing fee, to:**

Secretary of State
First Floor, Memorial Hall
120 S.W. 10th Ave.
Topeka, KS 66612-1594
(785) 296-4564

For general information and forms requests, please call: (785) 296-4564
For questions on completing report, please call: (785) 296-4579

If you have comments or suggestions, you may e-mail us at:
kssos@kssos.org

This form may be downloaded from our web site at:
www.kssos.org

PLAINTIFF'S EXHIBIT 10

Dealer Name: Aristocrat Motor Co Inc

Dealer Phone #: 913-677-3300
Dealer Fax # 913-677-9187

**PLEASE PRINT - INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED.**

INSTRUCTIONS:
You may apply for credit in your name alone, whether or not you are married.
(1) Please indicate whether you are applying for ☐ Individual Credit ☒ Joint Credit ☐ Community Property State ☐ Business Application
(2) ☐ If you are applying for individual credit in your name and relying on your own income or assets and not the income or assets of another person as the basis of repayment of the credit requested, complete only Section A.
(3) ☒ If you are applying for joint credit with another person, complete sections A and B. We intend to apply for joint credit.

Applicant ______ Co-Applicant ______

* If you are married and live in a community property state, please complete Section A about yourself and Section B about your spouse. You must sign this application. Your spouse must sign this application only if s/he wishes to be a Co-Applicant.

## A. APPLICANT INFORMATION

| Last Name | First Name | Middle Initial | Social Security Number | Birth Date |
|---|---|---|---|---|
| RUSSAW | MICHAEL | | 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 | 05-22-1982 |

| Address | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
|---|---|---|---|---|---|---|
| 421 SW STACEY DR | | | | LEES SUMMIT | MO | 64082 |

| Home Phone | Cell Phone | Residential Status | Time at Address |
|---|---|---|---|
| (816) 316-0946 | | ☐ Homeowner ☐ Rent ☒ Family ☐ Other | 05 Yrs 00 Mos Rent/Mtg Pmt $ 0.00 |

| E-Mail Address | Driver's License No | Driver's License State | Time at Previous Address |
|---|---|---|---|
| | | | Yrs Mos |

| Previous Full Address (If less than 2 years) | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

| Employer Name | Employment Type |
|---|---|
| BARBER | ☒ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |

| Salary | Salary Type | Occupation | Length of Employment | Work Phone Number * |
|---|---|---|---|---|
| 2,300.00 | ☐ Weekly ☐ Bi-Weekly ☒ Monthly ☐ Annually | BARBER | 08 Yrs 00 Mos | (816) 316-0946 |

| Previous Employer Name | Previous Employment Type |
|---|---|
| | ☐ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |

| Previous Occupation | Length of Employment | Previous Work Phone Number |
|---|---|---|
| | ____ Yrs ____ Mos | |

Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation.

| Other Income (Monthly) | Source of Other Income | By Signing, you certify that the income entered on this Credit Application is accurate. |
|---|---|---|
| | | X |

Comments

## AGREEMENT

The words "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You understand and agree that you are applying for credit by providing the information to complete and submit this credit application. We may keep this application and any other application submitted to us and information about you whether or not the application is approved. You certify that the information on the application and in any other application submitted to us, is true and complete. You understand that false statements may subject you to criminal penalties. The words "you," "your" and "yours" mean each person submitting this application. You authorize us to submit this application and any other application submitted in connection with the proposed transaction to the financial institutions disclosed to you by us the dealers; in addition, in accordance with the Fair Credit Reporting Act, you authorize that such financial institutions may submit your applications to other financial institutions for the purpose of fulfilling your request to apply for credit. This application will be reviewed by the dealer and such financial institutions.
You agree that we may obtain a consumer credit report periodically from one or more consumer reporting agencies (credit bureaus) in connection with the proposed transaction and any update, renewal, refinancing, modification or extension of that transaction. You also agree that we or any affiliate of ours may obtain one or more consumer credit reports on you at any time during the term of your financing. If you ask, you will be told whether a credit report was requested, and if so, the name and address of any credit bureau from which we or our affiliate obtained your credit report. You agree that the dealer and the financial institutions may verify your employment, pay, assets and debts, and that anyone receiving a copy of this is authorized to provide such dealer and financial institutions with such information. You further authorize the dealer and the financial institutions to gather whatever credit and employment history each considers necessary and appropriate in evaluating this application and any other applications submitted in connection with the proposed transaction. You understand that we will rely on the information in this credit application in making our decision. The dealer and the financial institutions may monitor and record telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

You consent to receive autodialed, prerecorded and artificial voice calls and text messages for servicing and collection purposes from us at the telephone number(s) provided in this credit application, including any cell phone numbers. The consent applies to the dealer, who is the originating creditor in this transaction, as well as any assignee who may purchase your credit contract. You agree that this consent applies regardless of whether you agree to receive telemarketing/sales calls and text messages as provided below.

**You consent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from or on behalf of dealer (or any financing source to which dealer assigns my contract) at the following telephone number(s) (816) 316-0946 including any cell phone numbers. You understand that this consent is not a condition of purchase or credit.**

**Please select one: You opt in** ☐ **You do not opt in** ☐

Signature of Applicant for election above: ______________

Your dealer will inform you of the name and address of the financing sources to which this application shall be sent.

***BY SIGNING BELOW, YOU CERTIFY THAT YOU HAVE READ AND AGREE TO THE TERMS AND DISCLOSURES ON ALL PAGES OF THIS APPLICATION.***

X ______________ 4 DEC 18
APPLICANT'S SIGNATURE DATE


© 2017 Dealer [illegible] All rights reserved

PLAINTIFF'S EXHIBIT
10 A

**Dealer Name: Aristocrat Motor Co Inc**

Dealer Phone #: 913-677-3300
Dealer Fax #: 913-677-9187

**PLEASE PRINT - INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED.**

**B. CO-APPLICANT INFORMATION**

| Last Name | First Name | Middle Initial | Social Security Number | Birth Date | Relationship |
|---|---|---|---|---|---|
| JACKSON | CHAPTER | | 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 | 4-10-1985 | Spouse |

| Address | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
|---|---|---|---|---|---|---|
| 307 GOLFCIEW DR | | | | PLEASANT HILL | MO | 64080 |

| Home Phone | Cell Phone | Residential Status | Time at Address | Rent/Mtg Pmt |
|---|---|---|---|---|
| (913) 298-1335 | | ☐ Homeowner ☒ Rent ☐ Family ☐ Other | 02 Yrs. 00 Mos. | $ 1,525.00 |

| E-Mail Address | Driver's License No. | Driver's License State | Time at Previous Address |
|---|---|---|---|
| | | | ___ Yrs. ___ Mos |

| Previous Full Address (if less than 2 years) | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

| Employer Name | Employment Type |
|---|---|
| JJ INVESTMENT PROPERTIES | ☒ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |

| Salary | Salary Type | Occupation | Length of Employment | Work Phone Number * |
|---|---|---|---|---|
| 16,000.00 | ☐ Weekly ☐ Bi-Weekly ☒ Monthly ☐ Annually | OWNER | 07 Yrs. 00 Mos. | (816) 456-6600 |

| Previous Employer Name | Previous Employment Type |
|---|---|
| | ☐ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |

| Previous Occupation | Length of Employment | Previous Work Phone Number |
|---|---|---|
| | Yrs Mos | |

Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation.

| Other Income (Monthly) | Source of Other Income | By Signing, I certify that the income entered on this Credit Application is accurate. |
|---|---|---|
| | | X [signature] |

Comments

## AGREEMENT

The words "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You understand and agree that you are applying for credit by providing the information to complete and submit this credit application. We may keep this application and any other application submitted to us and information about you whether or not the application is approved. You certify that the information on the application and in any other application submitted to us, is true and complete. You understand that false statements may subject you to criminal penalties. The words "you," "your" and "yours" mean each person submitting this application. You authorize us to submit this application and any other application submitted in connection with the proposed transaction to the financial institutions disclosed to you by us the dealers; in addition, in accordance with the Fair Credit Reporting Act, you authorize that such financial institutions may submit your applications to other financial institutions for the purpose of fulfilling your request to apply for credit. This application will be reviewed by the dealer and such financial institutions.

You agree that we may obtain a consumer credit report periodically from one or more consumer reporting agencies (credit bureaus) in connection with the proposed transaction and any update, renewal, refinancing, modification or extension of that transaction. You also agree that we or any affiliate of ours may obtain one or more consumer credit reports on you at any time during the term of your financing. If you ask, you will be told whether a credit report was requested, and if so, the name and address of any credit bureau from which we or our affiliate obtained your credit report. You agree that the dealer and the financial institutions may verify your employment, pay, assets and debts, and that anyone receiving a copy of this is authorized to provide such dealer and financial institutions with such information. You further authorize the dealer and the financial institutions to gather whatever credit and employment history each considers necessary and appropriate in evaluating this application and any other applications submitted in connection with the proposed transaction. You understand that we will rely on the information in this credit application in making our decision. The dealer and the financial institutions may monitor and record telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

You consent to receive autodialed, prerecorded and artificial voice calls and text messages for servicing and collection purposes from us at the telephone number(s) provided in this credit application, including any cell phone numbers. The consent applies to the dealer, who is the originating creditor in this transaction, as well as any assignee who may purchase your credit contract. You agree that this consent applies regardless of whether you agree to receive telemarketing/sales calls and text messages as provided below.

**You consent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from or on behalf of dealer (or any financing source to which dealer assigns my contract) at the following telephone number(s)(913) 298-1335 including any cell phone numbers. You understand that this consent is not a condition of purchase or credit.**

**Please select one: You opt in** ☐ **You do not opt in** ☐

Signature of Applicant for election above: ______ ____________________

Your dealer will inform you of the name and address of the financing sources to which this application shall be sent

***BY SIGNING BELOW, YOU CERTIFY THAT YOU HAVE READ AND AGREE TO THE TERMS AND DISCLOSURES ON ALL PAGES OF THIS APPLICATION.***

X [signature] 12/04/18
CO-APPLICANT'S SIGNATURE DATE

PLAINTIFF'S EXHIBIT 10 B

FOR Aristocrat Motor Co Inc USE ONLY

## DEALER SECTION

| Dealer # | Vehicle Type | Mileage | Product Type | Stock Number | Source | Certified Pre Owned |
|---|---|---|---|---|---|---|
| 100613 | Used | 56000 | Retail | | | ☐ |

| Year | Make | Model | Trim | VIN |
|---|---|---|---|---|
| 2015 | PORSCHE | CAYENNE | AWD 4DR S | |

| Term | Cash Selling Price | Sales Tax | T & L | Cash Down | Front-End Fees | Rebate | Net Trade | Acq Fee | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 45,000.00 | 0.00 | 399.00 | 15,000.00 | | | | | 30,399.00 |

| Accident/Health Ins | Credit Life Insurance | Gap | Service Plan | Back-End Fees | Est. Amt. Financed |
|---|---|---|---|---|---|
| | | | | | 30,399.00 |

| MSRP | Invoice/Wholesale Value | Wholesale Source | Retail Value | Retail Source | Estimated Payment | Requested APR |
|---|---|---|---|---|---|---|
| | 39,925.00 | NADA | 43,350.00 | NADA | | |

| Vehicle Bookout | Bookout Date | Lender Program |
|---|---|---|
| ☐ | | |

Vehicle Options

Active Dynamic Suspension, Towing/Camper Pkg, Premium Sound

TRADE IN Information

| Year | Make | Model | Trim |
|---|---|---|---|
| | | | |

| Lienholder | Monthly Payment |
|---|---|
| | |

DT ID: 100613 - Aristocrat Motor Co Inc - Lender ID: 33515

106194276RKS

PLAINTIFF'S EXHIBIT 11

# Chrysler Capital Application Status

### Applicant Information

| | |
|---|---|
| Applicant Name: | Russaw, Michael |
| Co Applicant Name: | Jackson, Chapter |
| App. Stated Income | $2,300.00 |
| Co-App. Stated Inc. | $16,000.00 |
| App ID | 106194276 |
| **Status** | Approved ✓ |
| eContract Status: | Not Available |

### Financing Information

| | |
|---|---|
| Sales Price | $46,000.00 |
| TTL | $399.00 |
| **Sales + TTL + Misc** | **$46,399.00** |
| Cash Down | $16,500.00 |
| **Total Downpayment** | **$16,500.00** |
| **Backend Financing** | **$0.00** |
| **Amount Financed** | **$29,899.00** |
| | |
| Buy Rate | 23.78% |
| Max Participation% | 1.75% |
| Contract Rate | 25.53% |
| Participation Amount | $1,480.19 |
| Flat $ (if contract @ buy rate) | $250.00 |
| Term | 72 |
| Payment | $815.15 |
| Discount | 7.57% |
| Assignment Fee | $149.00 |
| **Total Fee** | **$2,412.35** |

### Vehicle Information

| | |
|---|---|
| N/U/D-Year: | Used 2015 |
| Make: | PORSCHE |
| Model: | CAYENNE |
| Trim: | AWD 4dr S |
| VIN # | |
| Mileage: | 56000 |
| Book/Invoice: | $39,925.00 |

### Decision Details

| | |
|---|---|
| Product | Retail |
| Decision Date (CST) | 12/04/2018 |
| Decision ID | 248461725 |
| Expiration Date | 01/03/2019 |
| Tier | 6 |

### Stipulations

| |
|---|
| Max backend allowed is $4500.00. Backend allowance cannot exceed product maximums. See program guide |
| SSN Discrepancy - If SSN is wrong, resubmit for NEW decision |
| First contract received on this applicant will fund. Others will be subject to return |
| Computerized proof of down required |

### Comments From Credit Buyer

| |
|---|
| Proof of Insurance Required |
| Valid government Issued ID card (all applicants) |
| ONLY Law OR Bankers contract w/KUCCC box at $25k financed or more. |

### Credit Buyer Information

| | | | |
|---|---|---|---|
| Name | Anthony McCoy | Fax | |
| Phone Number | (214)452-5867 | Lender Cust. Service Number | (855)563-5635 |
| Credit Buyer E-mail | AAMCCOY@chryslercapital.com | | |

- The dealer is responsible for confirming all incentivized program terms and eligibility requirements thru the incentive configurator on Chrysler DealerCONNECT
- All stipulations and requirements listed on the Rate Sheet and Funding Checklist must be met prior to funding

Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc.

PLAINTIFF'S EXHIBIT
tabbies



DT ID: 100613 - Aristocrat Motor Co Inc - Lender ID: 33515

106194276RKS

# Chrysler Capital Application Status

| | |
|---|---|
| Applicant Name | Russaw, Michael |
| Co Applicant Name: | Jackson, Chapter |
| App. Stated Income | $2,300.00 |
| Co-App. Stated Inc. | $16,000.00 |
| App ID | 106194276 |
| **Status** | Approved ✓ |
| eContract Status: | Not Available |

| | |
|---|---|
| Sales Price | $46,000.00 |
| TTL | $399.00 |
| **Sales + TTL + Misc** | **$46,399.00** |
| Cash Down | $16,500.00 |
| **Total Downpayment** | **$16,500.00** |
| **Backend Financing** | **$0.00** |
| **Amount Financed** | **$29,899.00** |
| | |
| Buy Rate | 23.78% |
| Max Participation% | 1.75% |
| Contract Rate | 25.53% |
| Participation Amount | $1,480.19 |
| Flat $ (if contract @ buy rate) | $250.00 |
| Term | 72 |
| Payment | $815.15 |
| Discount | 7.57% |
| Assignment Fee | $149.00 |
| **Total Fee** | **$2,412.35** |

| | |
|---|---|
| N/U/D-Year: | Used 2015 |
| Make: | PORSCHE |
| Model: | CAYENNE |
| Trim: | AWD 4dr S |
| VIN # | |
| Mileage: | 56000 |
| Book/Invoice. | $39,925.00 |

| | |
|---|---|
| Product | Retail |
| Decision Date (CST) | 12/04/2018 |
| Decision ID | 248461725 |
| Expiration Date | 01/03/2019 |
| Tier | 6 |

| |
|---|
| Max backend allowed is $4500.00. Backend allowance cannot exceed product maximums. See program guide |
| SSN Discrepancy - If SSN is wrong, resubmit for NEW decision |
| First contract received on this applicant will fund. Others will be subject to return |
| Computerized proof of down required |

| |
|---|
| Proof of insurance Required |
| Valid government issued ID card (all applicants) |
| ONLY Law OR Bankers contract w/KUCCC box at $25k financed or more. |

| | | | |
|---|---|---|---|
| Name | Anthony McCoy | Fax | |
| Phone Number | (214)452-5867 | Lender Cust. Service Number | (855)563-5635 |
| Credit Buyer E-mail | AAMCCOY@chryslercapital.com | | |

- The dealer is responsible for confirming all incentivized program terms and eligibility requirements thru the incentive configurator on Chrysler DealerCONNECT
- All stipulations and requirements listed on the Rate Sheet and Funding Checklist must be met prior to funding

Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc.

Stephanie

Mercedes-Benz Financial Services | powered by dealertrack technologies | What's New | Switch | Training | Admin | Contact Us | Announcements

Apps & Contracts | Reports | Lenders | Inventory | eMenu | Aftermarket | Salesmaker | Leads

Customer Inquiry | Customer Archive | Submit An App | Transmission Status | App Status | Contract Status | Reg & Title

DT ID: 100613 - Aristocrat Motor Co Inc - Lender ID: 33515

# Chrysler Capital Contract Status

PLAINTIFF'S EXHIBIT 12

### Decision Details

| | |
|---|---|
| Applicant Name: | Russaw, Michael A. |
| Co Applicant Name: | Jackson, Chapter K. |
| Reference #: | 106194276 |
| **Status:** | Pending |
| Product: | Retail |
| Decision Date: | 12/04/2018 04:45:38 PM |
| Expiration Date: | 01/03/2019 04:45:15 PM |

### Financing Information

| | |
|---|---|
| Product: | Retail |
| Term: | 72 |
| Amount Financed: | $29,899.50 |
| Buy Rate: | 23.78% |
| Contract Rate: | 24.90% |
| Dealer Part/Flat: | $1.75 |
| Assignment Fee: | $149.00 |

*Funds will be disbursed 24-48 hrs after booking time (M-F)

### Vehicle Information

| | |
|---|---|
| N/U/D-Year: | Used 2015 |
| Make: | PORSCHE |
| Model: | Cayenne |
| Trim: | AWD 4dr S |
| VIN #: | WP1AB2A26FLA59974 |

### Comments From Funding Analyst

| | |
|---|---|
| 01/04/2019 17:43:50 | DEALER - ***24 HOUR NOTICE TO RETURN*** 1. Need title app to be signed by dealer 2. Need approval on 295.00 expiration fee 3. Need proof of downpmt 4. Need bookout This application has been reviewed, is subject to final structure review and return if the stipulations are not met. |

### Outstanding Stips/Verifications

Proof of down req'd on app. ONLY cashiers check/money order will be accepted as proof of down
Need title application/white slip
Title has not been verified.

### Contact Information

| | | | |
|---|---|---|---|
| Funding Department: | (855)976-9766 | Funding Fax: | (877)215-3299 |

Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc.

| Contract Packages Shipping Address | | Lienholder Requirements | | First Payment Address (before deal is funded) |
|---|---|---|---|---|
| Fed-Ex Only | All other Carriers | For Insurance | For Title Work | |
| Chrysler Capital eDocs Program, Suite 2049 4054 Willow Lake | Chrysler Capital eDocs Program, Suite 2049 3268 Progress | Chrysler Capital PO Box 3610 | Chrysler Capital PO Box 961272 Ft. Worth, TX | Chrysler Capital 5201 Rufe Snow Dr. Suite 400 |

PLAINTIFF'S EXHIBIT 13

**State of Missouri**
**John R. Ashcroft, Secretary of State**
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

**F00326883**
**Date Filed: 10/21/2024**
**John R. Ashcroft**
**Missouri Secretary of State**

## Statement of Resignation of Registered Agent By a Foreign or Domestic For Profit / Non Profit Corporation or a Limited Partnership / Limited Liability Limited Partnership

*(Submit with filing fee of $10.00)*

Charter #:F00326883

1. The name of the corporation is
ARISTOCRAT MOTOR COMPANY, INC.

2. The street address of the registered office is
1000 WALNUT-1400 COMMERCE BK B
KANSAS CITY, MO 64105

3. The name of the registered agent is
SPENSERV, INC.

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understand that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

| Spenserv, Inc. - Blane Markley, Vp | SPENSERV, INC. - BLANE MARKLEY, VP | 10/21/2024 |
|---|---|---|
| *Resigning Agent Signature* | *Printed Name* | *Date* |

Name and address to return filed document:
Name: Joan Groves
Address: Email: jgroves@spencerfane.com
City, State, and Zip Code:

PLAINTIFF'S EXHIBIT 13 A

SpencerFane

BLANE R. MARKLEY
DIRECT DIAL: (913) 327-5110
bmarkley@spencerfane.com

File No. 5509583.01

October 2, 2024

Aristocrat Motor Company, Inc.
Attn: Horst Schwab, President
13918 Mt. Olivet Rd.
Smithville, MO 64089

**Re: Aristocrat Motor Company, Inc.**
**Missouri Business Entity No. F00326883**

Dear Mr. Schwab:

Our firm has represented Aristocrat Motor Company, Inc. (the "Company") in connection with general business matters.

Spenserv, Inc. is a corporation organized by our firm to serve as registered agent for our clients and is currently the registered agent for said Company. As you know, said Company was voluntarily dissolved on August 4, 2000. As of the date of this letter, Spenserv, Inc. is hereby resigning as the Missouri registered agent for said Company. Enclosed is a copy of the Certificate of Resignation of Registered Agent filed as of the date of this letter with the Missouri Secretary of State.

This letter is a formal notice of the conclusion of our firm's attorney-client relationship with said Company. We have no responsibility for continuing legal matters on behalf of said Company.

We appreciate the opportunity we had to work with Aristocrat Motor Company, Inc.

Sincerely,

Blane R. Markley
Vice President of Spenserv, Inc.

Enclosure
cc: Pete Heaven (via email)

PLAINTIFF'S EXHIBIT 14

Please Do Not Staple

KANSAS SECRETARY OF STATE

# RAN Certificate of Resignation of Resident Agent Without Appointing a Successor

Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594

(785) 296-4564
kssos@ks.gov
https://sos.ks.gov

**Pursuant to the provisions of K.S.A. 17-7929, the undersigned resident agent for service of process hereby resigns as resident agent in the state of Kansas for one or more of the following covered entities:**

| | |
|---|---|
| **1. Business entity ID number:** Kansas Secretary of State issued file number. | 866749 |
| **2. Name of covered entity:** Must match name on file with Secretary of State. | ARMOCO, Inc. |
| **3. Resigning resident agent name:** Must match name currently on file with Secretary of State for the business entity named in section 2. | Spenserv, Inc. |

**4. Written notice of resignation was given to each affected covered entity at least 30 days prior to the filing of this certificate by mailing or delivering such notice to the covered entity at its address last known to the resident agent.**

**5. Date such notice was mailed or delivered to the covered entity:**

| Month | Day | Year |
|---|---|---|
| 10 | 02 | 2024 |

Required: This certificate cannot be filed with the office of the Secretary of State until 30 days after written notice was mailed or delivered to all affected covered entities.

**6. The resident agent's resignation shall not become effective until 30 days after this certificate is filed with the office of the Kansas Secretary of State.**

**7. I declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.**

Signature of Resigning Resident Agent /Authorized Representative: X [signature]

Name of Signer (printed or typed): Blane Markley, VP of Spenserv, Inc.



**Please review to ensure completion.**

Please Do Not Staple

PLAINTIFF'S EXHIBIT 15

RAN

KANSAS SECRETARY OF STATE

# Certificate of Resignation of Resident Agent Without Appointing a Successor

Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594

(785) 296-4564
kssos@ks.gov
https://sos.ks.gov

**Pursuant to the provisions of K.S.A. 17-7929, the undersigned resident agent for service of process hereby resigns as resident agent in the state of Kansas for one or more of the following covered entities:**

**1. Business entity ID number:**
Kansas Secretary of State issued file number.

866749

**2. Name of covered entity:**
Must match name on file with Secretary of State.

Armoco, Inc.

**3. Resigning resident agent name:**
Must match name currently on file with Secretary of State for the business entity named in section 2.

Spenserv, Inc.

**4. Written notice of resignation was given to each affected covered entity at least 30 days prior to the filing of this certificate by mailing or delivering such notice to the covered entity at its address last known to the resident agent.**

**5. Date such notice was mailed or delivered to the covered entity:**

| Month | Day | Year |
| --- | --- | --- |
| November | 29 | 2024 |

Required: This certificate cannot be filed with the office of the Secretary of State until 30 days after written notice was mailed or delivered to all affected covered entities.

**6. The resident agent's resignation shall not become effective until 30 days after this certificate is filed with the office of the Kansas Secretary of State.**

**7. I declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.**

Signature of Resigning Resident Agent /Authorized Representative: Justin Leck

Name of Signer (printed or typed): Justin Leck, Vice President of Spenserv, Inc.



Please review to ensure completion.

PLAINTIFF'S EXHIBIT 16
tabbies

## CARFAX History-Based Value Report

### History events affecting this vehicle's value

- No Accidents Reported
- 1-Owner Vehicle
- Service History

**$28,930 Retail Value**

## CARFAX Vehicle History Report™

US $39.99

**2015 PORSCHE CAYENNE S**
VIN: WP1AB2A26FLA59974
4 DOOR WAGON/SPORT UTILITY
3.6L V6 F DOHC 24V
GASOLINE
ALL WHEEL DRIVE

- No accidents or damage reported to CARFAX
- **11** Service history records
- CARFAX 1-Owner vehicle
- Last owned in Kansas
- **22** Detailed records available
- **64,067** Last reported odometer reading




This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 9/13/22 at 10:47:15 AM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

### CARFAX Ownership History

The number of owners is estimated

CARFAX 1 OWNER

| | Owner 1 |
|---|---|
| Year purchased | 2015 |
| Type of owner | — |
| Estimated length of ownership | 2 yrs. 6 mo. |
| Owned in the following states/provinces | Kansas |
| Estimated miles driven per year | 20,534/yr |
| Last reported odometer reading | 64,067 |

### CARFAX Title History

CARFAX guarantees the information in this section

| | Owner 1 |
|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | Guaranteed No Problem |

BUYBACK CARFAX GUARANTEE

GUARANTEED - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
Register | View Terms | View Certificate

## CARFAX Additional History

Not all accidents / issues are reported to CARFAX

| | Owner 1 |
|---|---|
| Total Loss<br>No total loss reported to CARFAX. | No Issues Reported |
| Structural Damage<br>No structural damage reported to CARFAX. | No Issues Reported |
| Airbag Deployment<br>No airbag deployment reported to CARFAX. | No Issues Reported |
| Odometer Check<br>No indication of an odometer rollback. | No Issues Indicated |
| Accident / Damage<br>No accidents or damage reported to CARFAX. | No Issues Reported |
| Manufacturer Recall<br>Check with an authorized Porsche dealer for any open recalls. | No Recalls Reported |
| Basic Warranty<br>Original warranty estimated to have expired. | Warranty Expired |

## CARFAX Detailed History

### Owner 1

Purchased: 2015

20,534 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 03/26/2015 | | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>4.8 / 5.0 202 Verified Reviews<br>265 Customer Favorites | **Vehicle offered for sale** |
| 03/27/2015 | 18 | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>4.8 / 5.0 202 Verified Reviews<br>265 Customer Favorites | **Vehicle serviced**<br>- Pre-delivery inspection completed |
| 04/03/2015 | | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>4.8 / 5.0 202 Verified Reviews<br>265 Customer Favorites | **Vehicle sold** |
| 04/03/2015 | | Kansas<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 07/30/2015 | | Kansas<br>Motor Vehicle Dept.<br>Lenexa, KS<br>Title #AA4519046 | **Title or registration issued**<br>- First owner reported |
| 09/30/2015 | 9,713 | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>4.8 / 5.0 202 Verified Reviews<br>265 Customer Favorites | **Vehicle serviced**<br>- 10,000 mile service performed<br>- Fuel system cleaned/serviced<br>- Engine/powertrain computer/module checked<br>- Tires rotated<br>- Oil and filter changed |
| 03/31/2016 | 19,423 | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>4.8 / 5.0 202 Verified Reviews<br>265 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Fuel system cleaned/serviced<br>- Battery/charging system checked<br>- Brake fluid checked<br>- Brakes checked<br>- Axles checked<br>- CV boot(s) checked<br>- Drive belts checked<br>- Antifreeze/coolant checked<br>- Exterior lights checked<br>- Headlights adjusted<br>- Horns checked<br>- Cooling system checked<br>- Radiator checked<br>- Cooling system hoses checked<br>- Tire condition and pressure checked<br>- Instrument cluster checked |

| | | | |
|---|---|---|---|
| | | | - Fluids checked<br>- Windshield washer checked<br>- Wipers/washers checked<br>- Computer(s) checked<br>- Tires rotated<br>- Oil and filter changed<br>- Drivability/performance checked |
| 07/25/2016 | | Kansas<br>Motor Vehicle Dept.<br>Lenexa, KS<br>Title #AA4519046 | **Registration issued or renewed** |
| 09/29/2016 | 29,813 | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>4.8 / 5.0 202 Verified Reviews<br>265 Customer Favorites | **Vehicle serviced**<br>- 30,000 mile service performed<br>- Fuel system cleaned/serviced<br>- Tires rotated<br>- Oil and filter changed |
| 03/17/2017 | 39,664 | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>4.8 / 5.0 202 Verified Reviews<br>265 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- 40,000 mile service performed<br>- Fuel system cleaned/serviced<br>- Battery/charging system checked<br>- Brake fluid checked<br>- Brakes checked<br>- Seatbelts checked<br>- Axles checked<br>- CV boot(s) checked<br>- Drive belts checked<br>- Antifreeze/coolant checked<br>- Exhaust system checked<br>- Exterior lights checked<br>- Fuel system checked<br>- Headlights adjusted<br>- Horns checked<br>- Sunroof checked<br>- Parking brake system checked<br>- Power steering checked<br>- Cooling system checked<br>- Radiator checked<br>- Cooling system hoses checked<br>- Steering/suspension checked<br>- Tire condition and pressure checked<br>- Trailer hitch checked<br>- Instrument cluster checked<br>- Fluids checked<br>- Windshield washer checked<br>- Wipers/washers checked<br>- Computer(s) checked<br>- Body lubricated<br>- Tires rotated<br>- Cabin air filter replaced/cleaned<br>- Oil and filter changed<br>- Drivability/performance checked |
| 05/18/2017 | 43,514 | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>4.8 / 5.0 202 Verified Reviews<br>265 Customer Favorites | **Vehicle serviced** |
| 07/14/2017 | | Kansas<br>Motor Vehicle Dept.<br>Lenexa, KS<br>Title #AA4519046 | **Registration issued or renewed** |
| 10/06/2017 | 51,672 | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>4.8 / 5.0 202 Verified Reviews<br>265 Customer Favorites | **Vehicle serviced**<br>- Oil and filter changed |
| 10/26/2017 | 52,714 | Dealer Inventory | **Vehicle offered for sale** |
| 11/03/2017 | 52,719 | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>4.8 / 5.0 202 Verified Reviews<br>265 Customer Favorites | **Vehicle serviced** |
| 03/26/2018 | 53,016 | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>4.8 / 5.0 202 Verified Reviews | **Vehicle serviced**<br>- Tire(s) replaced<br>- Oil and filter changed<br>- Wiper(s) replaced<br>- Front brake pads replaced<br>- Four tires mounted |

| | | | |
|---|---|---|---|
| | | 265 Customer Favorites | |
| 09/21/2018 | 57,272 | Dealer Inventory | **Vehicle offered for sale** |
| 12/05/2018 | 57,352 | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>**4.8 / 5.0** 202 Verified Reviews<br>**265** Customer Favorites | **Vehicle serviced**<br>- Vehicle washed/detailed<br>- Antifreeze/coolant checked |
| 12/05/2018 | | Kansas<br>Motor Vehicle Dept.<br>Lees Summit, MO | **Registration issued or renewed** |
| 01/22/2019 | 64,067 | Aristocrat Motor Co., Inc.<br>Shawnee, KS<br>913-677-3300<br>aristocratmotors.com<br>**4.8 / 5.0** 202 Verified Reviews<br>**265** Customer Favorites | **Vehicle serviced**<br>- Oil and filter changed |
| 02/20/2019 | | Kansas<br>Motor Vehicle Dept.<br>Leawood, KS<br>Title #AA8515389 | **Title issued or updated** |
| 08/05/2021 | | Kansas<br>Motor Vehicle Dept.<br>Leawood, KS<br>Title #AB1378637 | **Title issued or updated** |

Have Questions? Please visit our Help Center at www.carfax.com.

## CARFAX Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:** facebook.com/CARFAX @CARFAXinc **About CARFAX**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2022 CARFAX, Inc., part of S&P Global. All rights reserved.
9/13/22 10:47:15 AM (CDT)

PLAINTIFF'S EXHIBIT 17




ARISTOCRAT MOTORS


PORSCHE



PLAINTIFF'S EXHIBIT 18

# Vehicle Purchase Agreement

ARISTOCRAT MOTORS

9400 West 65th Street • Merriam, KS 66203 • (913) 677-3300

Aristocrat Motors
9400 West 65th – Merriam, KS 66203
(913) 677-3300 – www.aristocratmotors.com

**Titling Info** **Date:** 12/04/2018

MICHAEL RUSSAW and/or CHAPTER JACKSON

**Driver's Name** MICHAEL RUSSAW

421 Sw Stacey Dr
**Address**

LEES SUMMIT MO 64082
**City, State, Zip**

| Home | Work | Cell |
|---|---|---|
| | | (816) 316-0946 |

HOLLYWOODCUTTZ2011.MR@GMAIL.COM
**Email**

| STOCK NO. | YEAR | MAKE | MODEL | COLOR & CODE | N.U.D. | VIN NO. |
|---|---|---|---|---|---|---|
| PR4660A | 2015 | Porsche | Cayenne | Moonlight Blue M | | WP1AB2A26FLA59974 |

MILEAGE OF UNIT SOLD: 57272
(See Odometer Certification For Verified Mileage)

**Sales Consultant**
Nathan Vaughan

| | YEAR | MAKE | MODEL | COLOR | VIN # | MILEAGE |
|---|---|---|---|---|---|---|
| TRADE-IN 1 | | | | | | |
| TRADE-IN 2 | | | | | | |

**PAYOFF INFO**

| | | |
|---|---|---|
| MSRP: | $ | 46,525.0 |
| Selling Price: | $ | 46,000.00 |
| Options/Equipment For Used Cars: | $ | |
| Selling Price Plus Options: | $ | $46,000.00 |
| Trade-In Allow of Used Vehicle: | $ | |
| Trade Difference: | $ | |
| Service Contract: | $ | |
| Administrative Fee | $ | 399.50 |
| Sales & Local Taxes: | $ | |
| Luxury Tax: | $ | |
| Pay-Off on Trade | $ | |
| Total Price of Vehicle: | $ | |
| Deposit: | $ | |
| Balance Due: | $ | |

MAR **ARBITRATION REQUIRED BY THIS AGREEMENT:**

The parties hereto agree that instead of litigation in a court, any dispute, controversy, or claim arising out of or relating to the purchase of this motor vehicle or to this document, including the validity or lack thereof of this contract or this specific clause, or to any other document or agreement between the parties in any way relating to the lease of this motor vehicle, or to any other document agreement between the parties in any way relating to the motor vehicle, shall be settled by binding arbitration, administered by the American Arbitration Association, under its Commercial Arbitration Rules. Such arbitration shall be conducted in Johnson County, Kansas. Each party will pay its own costs, except that any filing or initiation fee shall be split evenly between the parties. The decision of the arbitrator(s) shall be final, and any judgment on the award rendered in the arbitration proceeding may be entered and enforced in any court of competent jurisdiction.

Purchaser agrees that this Order includes all of the terms and conditions on both the face and reverse side hereof, that this Order cancels and supersedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of the agreement relating to the subject matters covered hereby. Purchaser by his execution of this Order acknowledges that he has read its terms and conditions and has received a true copy of this Order. Purchaser understands that liability insurance coverage which would protect him/her under the Kansas Automobile Injury Reparations Act is not included in this purchase of the herein described motor vehicle. Purchaser has received a copy of this statement.

This contract is not binding upon the retailer until signed by an authorized representative. Buyer may cancel this contract and receive full refund anytime before receipt of a copy of this contract signed by an authorized representative by giving written notice of cancellation to the retailer.

Purchaser's Signature ____ Date ____ Accepted By: ____
Retailer or his Authorized Representative

# Vehicle Purchase Agreement

DATE 12/04/2018

Mercedes-Benz JAGUAR PORSCHE MASERATI smart

## ARISTOCRAT MOTORS

9400 West 65th Street · Merriam, Kansas 66203
913-677-3300 · FAX 913-677-0714
www.aristocratmotors.com

TITLING INFO: MICHAEL A RUSSAW
CHAPTER K JACKSON

DRIVER'S NAME:

STREET ADDRESS: 421 SW STACY DR

CITY: LEES SUMMIT | STATE: MO | ZIP: 64082

RES. PHONE: 816/316-0944 | BUS. PHONE:

E-MAIL ADDRESS: HOLLYWOODCUTTZ2001@GMAIL.COM | COUNTY: USA

| STOCK NO. | YEAR | MAKE | MODEL | COLOR AND CODE | N.U.D. | VIN NO. |
|---|---|---|---|---|---|---|
| PR4660A | 2015 | PORSCHE | CAYENNE | | USED | WP1AB2A26FLA59974 |

MILEAGE OF UNIT SOLD: 57272
(See Odometer Certification for Verified Mileage)

SALES CONSULTANT: NATHAN VAUGHAN

DEAL NO. 135587
CUSTOMER NO. 132139

| TRADE-IN 1 | YEAR | MAKE | MODEL | COLOR | VIN # | MILEAGE |
|---|---|---|---|---|---|---|
| | | | | | | |

| TRADE-IN 2 | YEAR | MAKE | MODEL | COLOR | VIN # | MILEAGE |
|---|---|---|---|---|---|---|
| | | | | | | |

PAYOFF INFO

PLAINTIFF'S EXHIBIT 19

| | | |
|---|---|---|
| MSRP: | $ | N/A |
| Selling Price: | $ | 46000.00 |
| Options/Equipment For Used Cars: | $ | N/A |
| Selling Price Plus Options: | $ | 46000.00 |
| Trade-In Allow. of Used Vehicle: | $ | N/A |
| Trade Difference: | $ | 46000.00 |
| Service Contract: | $ | N/A |
| **Administrative Fee** | $ | 399.50 |
| Sales & Local Taxes: | $ | N/A |
| Luxury Tax: | $ | N/A |
| Pay-Off on Trade: | $ | N/A |
| Total Price of Vehicle: | $ | 46399.50 |
| Deposit: | $ | 16500.00 |
| Balance Due: | $ | 29899.50 |

________ **ARBITRATION REQUIRED BY THIS AGREEMENT:** The parties hereto agree that instead of litigation in a court, any dispute, controversy, or claim arising out of or relating to the purchase of this motor vehicle or to this document, including the validity or lack thereof of this contract or this specific clause, or to any other document or agreement between the parties in any way relating to the lease of this motor vehicle, or to any other document agreement between the parties in any way relating to the motor vehicle, shall be settle by binding arbitration, administered by the American Arbitration Association, under it's Commercial Arbitration Rules. Such arbitration shall be conducted in Johnson County, Kansas. Each party will pay its own costs, except that any filing or initiation fee shall be split evenly between the parties. The decision of the arbitrator(s) shall be final, and any judgement on the award rendered in the arbitration proceeding may be entered and enforced in any court of competent jurisdiction.

Purchaser agrees that this Order includes all of the terms and conditions on both the face and reverse side hereof, that this Order cancels and supersedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of the agreement relating to the subject matters covered hereby. Purchaser by his execution of this Order acknowledges that he has read its terms and conditions and has received a true copy of this Order. Purchaser understands that liability insurance coverage which would protect him/her under the Kansas Automobile Injury Reparations Act is not included in this purchase of the herein described motor vehicle. Purchaser has received a copy of this statement.

This contract is not binding upon the retailer until signed by an authorized representative. Buyer may cancel this contract and receive full refund anytime before receipt of a copy of this contract signed by an authorized representative by giving written notice of cancellation to the retailer.

[signature] PURCHASER'S SIGNATURE | 4 DEC 18 DATE

ACCEPTED BY: [signature] RETAILER OR HIS AUTHORIZED REPRESENTATIVE

# THESE TERMS AND CONDITIONS ARE A PART OF PURCHASE AGREEMENT

1. CLIENT'S WARRANTY OF TITLE: Client warrants that the trade-in vehicle is his property free and clear of all liens and encumbrances except as noted on the title.

2. REAPPRAISAL OF TRADED-IN VEHICLE: If a vehicle has been traded in as a part of the payment for the vehicle ordered by Client and if such vehicle is not delivered to Retailer until delivery to Client of the vehicle purchased by Client, such traded-in vehicle shall be reappraised at that time and the reappraised value shall determine the allowance made for such vehicle. If such reappraised value is lower than the original allowance shown on the face of this Purchase Agreement Client may cancel this Purchase Agreement. This right to cancel must be exercised before delivery of the vehicle ordered to the Client and surrender of the traded-in vehicle to Retailer.

3. PRICE REVISION (NEW VEHICLE): If the price to Retailer for the series and body type ordered by Client is changed by the manufacturer before delivery to Client of the vehicle ordered by Client, Retailer has right to change the cash delivered price to Client. If Client does not agree with such price change Client may cancel this Purchase Agreement. If a used vehicle has been traded in as a part of the payment for the vehicle purchased by Client such traded-in vehicle shall be returned to Client after payment of a reasonable charge for repairs (if any). If such traded-in vehicle has been previously sold by Retailer the amount received for it minus a selling commission of ________% and all expenses for storing, insuring, conditioning or advertising such vehicle for sale shall be returned to Client.

4. CHANGES BY MANUFACTURER OF THE SERIES AND BODY TYPE (NEW VEHICLE): If manufacturer makes any change in design, chassis, accessories or parts of the series and body type ordered by Client, Retailer shall have no obligation to Client to make the same or any similar change in any vehicle, chassis, accessories or parts thereof covered by this Purchase Agreement either before or after delivery of it to Client.

5. FACTORY WARRANTY (NEW VEHICLE): All expressed warranties, if any, by a Manufacturer or supplier other than the Retailer are theirs, not Retailer's, unless otherwise provided in writing on the face of this Order or in a separate writing furnished to Client by Retailer.

6. FACTORY WARRANTY (USED VEHICLE): All expressed warranties, if any, by a Manufacturer or supplier other than the Retailer are theirs, not Retailer's, unless otherwise provided in writing on the face of this Order or in a separate writing furnished to Client by Retailer.

7. FAILURE OR DELAY OF DELIVERY: Retailer shall not be liable for failure to deliver or delay in delivering of the vehicle covered by this Purchase Agreement where such failure or delay is due, in whole or in part, to any cause other than the negligence of Retailer.

8. FAILURE OR REFUSAL TO ACCEPT DELIVERY: Unless this Purchase Agreement has been cancelled by Client according to the terms of sections "2" or "3" above, Client must accept delivery of the vehicle ordered and comply with the terms of this Purchase Agreement. If not, Retailer has the right to keep as liquidated damages any cash deposit made by Client, and, if a vehicle has been traded in as a part of the payment for the vehicle ordered by Client to sell that traded-in vehicle and repay himself with the proceeds of that sale for the expenses stated in section "1" above and for any other expenses and losses Retailer may have suffered because of Client's failure or refusal to accept delivery.

9. CONTRACTUAL DISCLOSURE STATEMENT: The information you see on the window form for this vehicle is part of the contract. Information on the window form overrides any contrary provisions in the contract of sale.

10. DEPOSITS: If the REMARKS box on front of contract shows SPECIAL ORDERED CAR the retailer has the right to keep any deposit as liquidated damage.

NOTICE TO CLIENT

THIS IS AN OFFER TO BUY A VEHICLE MADE BY A CLIENT TO THE RETAILER. IF THE OFFER IS ACCEPTED BY THE RETAILER IT BECOMES THE COMPLETE CONTRACT OF SALE. THE RETAILER HAS NO OBLIGATIONS OR RESPONSIBILITIES NOT EXPRESSLY SET FORTH IN THE OFFER. THE OFFER STATES THE TERMS AND CONDITIONS ADOPTED BY THE RETAILER AS THE TERMS AND CONDITIONS UNDER WHICH THE RETAILER WILL MAKE SALES. BEFORE YOU SIGN THE OFFER TO BUY READ IT CAREFULLY. AS A PRACTICAL BUSINESS MATTER, THE RETAILER MUST USE STANDARD PRINTED FORMS STATING THE TERMS AND CONDITIONS ON WHICH SALES ARE MADE. THIS WAY, THE TERMS ARE CLEAR TO YOU AND TO ALL CLIENTS AND YOU HAVE AN OPPORTUNITY TO UNDERSTAND THEM BEFORE OFFERING TO BUY. BECAUSE OF MANY LEGAL REQUIREMENTS WHICH APPLY TO AUTO SALES IT IS SIMPLY IMPRACTICAL FOR THE RETAILER TO TRY TO INDIVIDUALLY PREPARE DIFFERENT PURCHASE AGREEMENTS FOR EACH SALE.

PLAINTIFF'S EXHIBIT 20

# STATE OF MISSOURI

**John R. Ashcroft**
**Secretary of State**

CERTIFICATE OF INCORPORATION

WHEREAS, Articles of Incorporation of

***ARISTOCRAT MOTOR COMPANY, INC.***
***CC001411938***

have been received and filed in the Office of the Secretary of State, which Articles, in all respects, comply with the requirements of General and Business Corporation Law.

NOW, THEREFORE, I, JOHN R. ASHCROFT, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do hereby certify and declare this entity a body corporate, duly organized this date and that it is entitled to all rights and privileges granted corporations organized under the General and Business Corporation Law.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 26th day of October, 2024.

Effective Date: October 28, 2024

Secretary of State

**State of Missouri**
John R. Ashcroft, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

CC001411938
Date Filed: 10/26/2024
Effective: 10/28/2024
John R. Ashcroft
Missouri Secretary of State

PLAINTIFF'S EXHIBIT 20 A

# Articles of Incorporation For A Close Corporation

The undersigned natural person(s) of the age of eighteen years or more for the purpose of forming a statutory close corporation under The General and Business Corporation Law of Missouri adopt the following Articles of Incorporation:

**Article One**

The name of the corporation is ARISTOCRAT MOTOR COMPANY, INC. and it is a statutory close corporation.

**Article Two**

The registered agent's name is Chapter Jackson

The address, including street and number for the registered agent's office in the state of Missouri is
*(PO Box may only be used in addition to a physical street address)*

| 7777 Bonhomme Ave Ste 1800 | Saint Louis | MO 63105-1971 |
|---|---|---|
| *Street Address* | *City* | *State/Zip* |

**Article Three**
*(Must complete 1 or 2)*

1.If the aggregate number of shares in which the corporation shall have authority to issue DOES NOT exceed 30,000 shares or the par valued DOES NOT exceed $30,000 please check this box: ☒

**or**

2. If the aggregate number of shares in which the corporation shall have authority to issue exceeds 30,000 shares or the par value exceeds $30,000 dollars please indicate the number of shares of each class and the par value of each share. Also, indicate a statement of the preferences, qualifications, limitations, restrictions and the special or relative rights including convertible right, is any, in respect of the share of each class:

*(Please see next page)*

Name and address to return filed document:
Name: Cole Smith
Address: Email: cole80@yahoo.com
City, State, and Zip Code: 

Corp. 41C (11/2008)

PLAINTIFF'S EXHIBIT
tabbies
20 B

**Article Four**

The name and physical business or residence address of each incorporator:

| Name | Address | City/State/Zip |
|---|---|---|
| Jackson, Chapter | 7777 Bonhomme Ave Ste 1800 | Saint Louis MO 63105-1911 |
| | | |
| | | |
| | | |

**Article Five**

The number of years the corporation is to continue or perpetual: (Please select one)
☒ Perpetual *(check box)* *or* *State* number of years

**Article Six**

The corporation is formed for the following lawful purpose(s):
Auto Sales, Music Sales, Entertainment, Farm Products, Antique Auto Parts, Recycled Clothing

**Article Seven**
(Any additional optional statements)

The effective date of this document is the date it is filed by the Secretary of State of Missouri unless a future date is otherwise indicated:
10/28/2024
*(Date may not be more than 90 days after the filing date in this office)*

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

| Chapter Jackson | CHAPTER JACKSON | 10/26/2024 |
|---|---|---|
| *Signature of Incorporator(s)* | *Printed or Typed Name of Incorporator* | *Date of Signature* |

PLAINTIFF'S EXHIBIT 20 C

STATE OF KANSAS

OFFICE OF SECRETARY OF STATE

# Formation of Domestic For-Profit Corporation

Business ID: 10013172

Business Name: aristocrat motors inc

Resident Agent

John Riley

Registered Office Address

421 E 3rd St
Wichita, KS 67202

Nature of corporation's business or purpose

To engage in any lawful act or activity for which corporations may be organized under the Kansas general corporation code.

Will this corporation have the authority to issue capital stock?

No

Name and mailing address of each incorporator

| | |
|---|---|
| Chapter Jackson | PO Box 11143 Overland Park, KS 66207 USA |

Name and address of each member of board of directors.

| | |
|---|---|
| Chapter Jackson | PO Box 11143 Overland Park, KS 66207 USA |

Signatures

Chapter Jackson - Signature of Incorporator

# CASHIER'S CHECK

**Central Bank of the Midwest**
609 North 291 Hwy Lee's Summit, MO 64086-2507

423928

Operator ID: A026322

80-189/1012

CHAPTER KRIS JACKSON
Remitter

Date December 05, 2018

PAY To The
Order Of *** ARISTOCRAT MOTORS *** $16,500.00

**Sixteen Thousand Five Hundred Dollars and 00/100** Dollars

Notice to Customer: A Stop Payment Order cannot be placed on this check by a customer. If this check is Lost or Stolen, the Bank will require reasonable assurances before it is replaced or refunded, which could include a 90 day waiting period and/or the purchase of an Indemnity Bond to protect the Bank against loss.

Two Signatures required for over $1.00

⑈423928⑈ ⑆101201892⑆ 000001396⑈

PLAINTIFF'S EXHIBIT 21
tabbies

Account: 1396
CheckNum: 423928
Amount: 16500.00
ProcDate: 2018/12/12
Tracer: 1804037676

TEN THREE Investments
Aristocrat Motors
Enterprise Bank & Trust
Clayton, MO 63105
>081006162<
1090015285

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

MAINTENANCE CHARGES IF THIS CHECK IS NOT PRESENTED IN A TIMELY MANNER

If this check is not presented for payment within 3 years from date of issuance the bank will impose a deposit maintenance charge against the funds represented by this check of $5.00 per month beginning from the date of issuance. This charge will be deducted from the amount payable upon the check.

WARNING: THE BACK OF THIS CHECK CONTAINS A SIMULATED WATER MARK. HOLD AT A 45° ANGLE TO VIEW. CHECK SECURITY INCLUDES: COPY - VOID SAFETY AND SIMULATED WATERMARK.

Account: 1396
CheckNum: 423928
Amount: 16500.00
ProcDate: 2018/12/12
Tracer: 1804037676

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS DOCUMENTS Back to Search Print

**Generated on:** This page was generated by TSDR on 2025-05-08 12:31:26 EDT

**Mark:** ARISTOCRAT MOTORS

Aristocrat Motors

PLAINTIFF'S EXHIBIT 22

**US Serial Number:** 98827240

**Application Filing Date:** Oct. 29, 2024

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Apr. 03, 2025

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

**Owner Name:** Aristocrat Motors Inc

**Owner Address:** PO Box 11143
Overland Park, KANSAS UNITED STATES 66207

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** KANSAS

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

PLAINTIFF'S EXHIBIT 23

**State of Missouri**
John R. Ashcroft, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

X001820275
Date Filed: 11/7/2024
Expiration Date: 11/7/2029
John R. Ashcroft
Missouri Secretary of State

# Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

☒ New Registration ☐ Renewal ____ *Charter number* ☐ Amendment ____ *Charter number* ☐ Correction ____ *Charter number*

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered: ARISTOCRAT MOTORS

Business Address: 7777 Bonhomme Ave Ste 1800
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: Saint Louis, MO 63105-1911

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| Snowy Owl LLC | LC1773911 | 1406 Drury Ave | Kansas City, MO | 64127 | |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

| Snowy Owl LLC - Cole Smith | SNOWY OWL LLC - COLE SMITH | 11/07/2024 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

Name and address to return filed document:
Name: Cole Smith
Address: Email: cole80@yahoo.com
City, State, and Zip Code: ____

PLAINTIFF'S EXHIBIT 24

File Number: 200427421815
X00613506
Date Filed: 09/29/2004
Expiration Date: 09/29/2009
Matt Blunt
Secretary of State

Corporations Division
P.O. Box 778 / 600 W. Main Street, Rm 322
Jefferson City, MO 65102

# Registration of Fictitious Name

(Submit in duplicate with filing fee of $7)

**(Must be typed or printed)**

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. (Chapter 417, RSMo)

**The undersigned is doing business under the following name, and at the following address:**

Business name to be registered: ARISTOCRAT MOTORS

Business Address: 9400 West 65th Street
(P.O. Box alone not acceptable)
City, State and Zip Code: Merriam, Kansas 66203

The parties having an interest in the business, and the percentage they own are (if a business entity is owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed):

| Name of Owners, Individual or Business Entity | Street and Number | City and State | Zip Code | If listed, Percentage of ownership must equal 100% |
|---|---|---|---|---|
| T.E.N. Investments, Inc. | 9400 West 65th Street | Merriam, KS | 66203 | 100% |
| | | | | |
| | | | | |

**In Affirmation thereof, the facts stated above are true:**

(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo 1986.)

| (Authorized Signature) | (Printed Name) | (Date) |
|---|---|---|
| [signature] | Bryant M. Frank, Secretary of T.E.N. Investments, Inc. | 9/24/04 |
| | | |
| | | |

State of Missouri
Fictitous Creation 1 Page(s)
T0427307228

Corp. 56 (8/02)

File Number: 200427421815
X00613506
Date Filed: 09/29/2004
Expiration Date: 09/29/2009
Matt Blunt
Secretary of State

Corporations Division
P.O. Box 778 / 600 W. Main Street, Rm 322
Jefferson City, MO 65102

# Registration of Fictitious Name

(Submit in duplicate with filing fee of $7)

**(Must be typed or printed)**

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. (Chapter 417, RSMo)

**The undersigned is doing business under the following name, and at the following address:**

Business name to be registered: ARISTOCRAT MOTORS

Business Address: 9400 West 65th Street
(P.O. Box alone not acceptable)

City, State and Zip Code: Merriam, Kansas 66203

PLAINTIFF'S EXHIBIT 25

# NOTICE OF EXPIRATION FOR A FICTITIOUS NAME REGISTRATION

**X00613506**
**ARISTOCRAT MOTORS**
**9400 West 65th Street**
**Merriam,KS 66203**

**November 24, 2009**

ARISTOCRAT MOTORS
X00613506

The above business has failed to comply with Section 417.210 RSMo, by:

*Failure to renew a fictitious name registration.*

Therefore, the above business stands **expired** under the provisions of Section 417.210 as of November 24, 2009.

If you wish to file a new fictitious name registration, please visit our web site at www.sos.mo.gov/business/corporations or for further information, please contact the Corporations Division toll free at (866) 223-6535.

SEAL OF THE SECRETARY OF STATE MISSOURI

**Rich Lamb**
Executive Deputy Secretary of State

John R. Ashcroft Secretary of State

2018 ANNUAL REGISTRATION REPORT

BUSINESS

PLAINTIFF'S EXHIBIT 26

F00517656
Date Filed: 2/27/2018
John R. Ashcroft
Missouri Secretary of State

* SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: 5/31/2018

F00517656
T.E.N. INVESTMENTS, INC.
C T CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON MO 63105

RENEWAL MONTH: FEBRUARY

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO FOR A $25.00 FEE

**1** PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS: *

9400 W. 65TH STREET (Required)

STREET

MERRIAM KS 66203

CITY / STATE ZIP

**2** If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent

IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address

Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

**3**

**A — OFFICERS**
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW

| | |
|---|---|
| *PRESIDENT* | Battaglia, Marion |
| STREET | 5101 W 116th St |
| CITY/STATE/ZIP | Leawood KS 66211 |
| *SECRETARY* | Frank, Bryant |
| STREET | 6018 Glen Eagles |
| CITY/STATE/ZIP | West Bloomfield MI 48232 |
| *VICE PRESIDENT* | Killilea, Kevin |
| STREET | 13107 W 127th Terr |
| CITY/STATE/ZIP | Overland Park KS 66213 |
| *VICE PRESIDENT* | Piesko, Michael |
| STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Whitmore Lake MI 48189 |

**B — BOARD OF DIRECTORS** *
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST ONE DIRECTOR BELOW

| | |
|---|---|
| *NAME* | Soave, Anthony |
| STREET | 423 Lake Shore Dr |
| CITY/STATE/ZIP | Grosse Pointe Farms MI 48236 |
| *NAME* | Hollerbach, Michael |
| STREET | 5 Baker Lane |
| CITY/STATE/ZIP | Grosse Pointe MI 48230 |
| *NAME* | Piesko, Michael |
| STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Whitmore Lake MI 48189 |
| *NAME* | Levin, Yale |
| STREET | 23060 Bittersweet |
| CITY/STATE/ZIP | Southfield MI 48034 |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

**4** The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable. *

Authorized party or officer sign here: Angela Lewitzke (Required)

Please print name and title of signer: Angela Lewitzke / Assistant Secretary
NAME / TITLE

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 5/31/2018
__$35.00 If filed on or before 6/30/2018
__$50.00 If filed on or before 7/31/2018
__$65.00 If filed on or before 8/31/2018
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL): angie.lewitzke@soaveauto.com

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 1366, Jefferson City, MO 65102

John R. Ashcroft Secretary of State

# 2018 ANNUAL REGISTRATION REPORT

BUSINESS

**F00517656**
**T.E.N. INVESTMENTS, INC.**
**C T CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON MO 63105**

| | OFFICERS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | BOARD OF DIRECTORS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). |
|---|---|---|
| 3 | ***TREASURER*** **Brockhaus, Richard**<br>STREET **47321 Autumn Park Ct**<br>CITY/STATE/ZIP **Novi MI 48374**<br><br>***ASSISTANT SECRETARY*** **Soave, Andrea**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236**<br><br>***ASSISTANT SECRETARY*** **Lewitzke, Angela**<br>STREET **4030 Jackson Dr Apt 105**<br>CITY/STATE/ZIP **Independence MO 64057**<br><br>***ASSISTANT SECRETARY*** **Soave, Angelique**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236**<br><br>***ASSISTANT SECRETARY*** **Soave, Darlene**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236**<br><br>***OTHER*** **Soave, Anthony**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236** | ***DIR.***<br>STREET<br>CITY/STATE/ZIP |

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 1366, Jefferson City, MO 65102

PLAINTIFF'S EXHIBIT 27

# NOTICE OF EXPIRATION
# FOR A FICTITIOUS NAME REGISTRATION

X00613493
ARISTOCRAT MOTOR COMPANY
9400 West 65th Street
Merriam,KS 66203

**November 24, 2009**

ARISTOCRAT MOTOR COMPANY
X00613493

The above business has failed to comply with Section 417.210 RSMo, by:

*Failure to renew a fictitious name registration.*

Therefore, the above business stands **expired** under the provisions of Section 417.210 as of November 24, 2009.

If you wish to file a new fictitious name registration, please visit our web site at www.sos.mo.gov/business/corporations or for further information, please contact the Corporations Division toll free at (866) 223-6535.

SEAL OF THE SECRETARY OF STATE MISSOURI

**Rich Lamb**
Executive Deputy Secretary of State

PLAINTIFF'S EXHIBIT 28

File Number: 200427421813
X00613493
Date Filed: 09/29/2004
Expiration Date: 09/29/2009
Matt Blunt
Secretary of State

Corporations Division
P.O. Box 778 / 600 W. Main Street, Rm 322
Jefferson City, MO 65102

# Registration of Fictitious Name

(Submit in duplicate with filing fee of $7)

**(Must be typed or printed)**

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. (Chapter 417, RSMo)

**The undersigned is doing business under the following name, and at the following address:**

Business name to be registered: ARISTOCRAT MOTOR COMPANY

Business Address: (P.O. Box alone not acceptable) 9400 West 65th Street

City, State and Zip Code: Merriam, Kansas 66203

The parties having an interest in the business, and the percentage they own are (if a business entity is owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed):

| Name of Owners, Individual or Business Entity | Street and Number | City and State | Zip Code | If listed, Percentage of ownership must equal 100% |
|---|---|---|---|---|
| T.E.N. Investments, Inc. | 9400 West 65th Street | Merriam, KS | 66203 | 100% |
| | | | | |
| | | | | |

**In Affirmation thereof, the facts stated above are true:**

(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo 1986.)

[signature] (Authorized Signature) Bryant M. Frank (Printed Name) Secretary of T.E.N. Investments, Inc. 9/24/04 (Date)

(Authorized Signature) (Printed Name) (Date)

(Authorized Signature) (Printed Name) (Date)

State of Missouri
Fictitous Creation 1 Page(s)
T0427307226

PLAINTIFF'S EXHIBIT 29

# KANSAS

Department of Revenue
Division of Vehicles

THIS IS TO CERTIFY THAT

TEN INVESTMENTS INC
ARISTOCRAT MOTORS
9400 WEST 65TH ST
MERRIAM KANSAS 66203

IS LICENSED AS A

2024 NEW/USED VEHICLE DEALER

DEALER NUMBER D-0250

License remains valid through December 31, 2024

David N. Harper
Director of Vehicles

Mark A. Burghart
Secretary of Revenue

ZIBELL BUILDING, 300 SW 29TH STREET, TOPEKA, KS 66611
VOICE 785-296-3621 FAX 785-296-5854
http://www.ksrevenue.gov

Denny Hoskins Secretary of State

2025 ANNUAL REGISTRATION REPORT

BUSINESS

PLAINTIFF'S EXHIBIT 30

F00517656
Date Filed: 4/21/2025
Denny Hoskins
Missouri Secretary of State

* SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: 5/31/2025

F00517656
T.E.N. INVESTMENTS, INC.
C T CORPORATION SYSTEM
5661 TELEGRAPH RD STE 4B
SAINT LOUIS MO 63129-4275

RENEWAL MONTH:
FEBRUARY

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO FOR A $25.00 FEE

1 PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS: *

9400 W 65th St (Required)

STREET
MERRIAM KS 66203-3662
CITY / STATE ZIP

2 If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent

IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address

Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

3

**A** OFFICERS
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW

| | |
|---|---|
| *PRESIDENT* | Battaglia, Marion |
| STREET | 5101 W 116th St |
| CITY/STATE/ZIP | Leawood KS 66211 |
| *SECRETARY* | Adolf, Derek |
| STREET | 3400 E Lafayette St |
| CITY/STATE/ZIP | Detroit MI 48207-4962 |
| *VICE PRESIDENT* | Killilea, Kevin |
| STREET | 13060 W 52nd Ter |
| CITY/STATE/ZIP | Shawnee KS 66216-1420 |
| *VICE PRESIDENT* | Piesko, Michael |
| STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Whitmore Lake MI 48189 |

**B** BOARD OF DIRECTORS *
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST ONE DIRECTOR BELOW

| | |
|---|---|
| *NAME* | Levin, Yale |
| STREET | 23060 Bittersweet |
| CITY/STATE/ZIP | Southfield MI 48034 USA |
| *NAME* | Soave, Anthony |
| STREET | 423 Lake Shore Dr |
| CITY/STATE/ZIP | Grosse Pointe Farms MI 48236 USA |
| *NAME* | Piesko, Michael |
| STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Whitmore Lake MI 48189 USA |
| *NAME* | |
| STREET | |
| CITY/STATE/ZIP | |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

4 The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable. *

Authorized party or officer sign here: Angela Lewitzke (Required)

Please print name and title of signer: Angela Lewitzke / Assistant Secretary
NAME TITLE

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 5/31/2025
__$35.00 If filed on or before 6/30/2025
__$50.00 If filed on or before 7/31/2025
__$65.00 If filed on or before 8/31/2025
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL):

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

Denny Hoskins Secretary of State

2025 ANNUAL REGISTRATION REPORT

BUSINESS

F00517656
T.E.N. INVESTMENTS, INC.
C T CORPORATION SYSTEM
5661 TELEGRAPH RD STE 4B
SAINT LOUIS MO 63129-4275

| | OFFICERS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | BOARD OF DIRECTORS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). |
|---|---|---|
| 3 | ***TREASURER*** Brockhaus, Richard<br>STREET 47321 Autumn Park Ct<br>CITY/STATE/ZIP Novi MI 48374<br><br>***ASSISTANT SECRETARY*** Lewitzke, Angela<br>STREET 413 Tamera Dr<br>CITY/STATE/ZIP Kearney MO 64060-7348<br><br>***ASSISTANT SECRETARY*** Soave, Angelique<br>STREET 423 Lake Shore Dr<br>CITY/STATE/ZIP Grosse Pointe Farms MI 48236<br><br>***ASSISTANT SECRETARY*** Soave, Andrea<br>STREET 423 Lake Shore Dr<br>CITY/STATE/ZIP Grosse Pointe Farms MI 48236<br><br>***OTHER*** Soave, Anthony<br>STREET 423 Lake Shore Dr<br>CITY/STATE/ZIP Grosse Pointe Farms MI 48236<br><br>***CHAIRMAN*** Soave, Anthony<br>STREET 423 Lake Shore Dr<br>CITY/STATE/ZIP Grosse Pointe Farms MI 48236 | ***DIR.***<br>STREET<br>CITY/STATE/ZIP |

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

John R. Ashcroft Secretary of State

2024 ANNUAL REGISTRATION REPORT

BUSINESS

PLAINTIFF'S EXHIBIT 30a

F00517656
Date Filed: 3/28/2024
John R. Ashcroft
Missouri Secretary of State

* SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: 5/31/2024

F00517656
T.E.N. INVESTMENTS, INC.
C T CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON MO 63105

RENEWAL MONTH:
FEBRUARY

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO FOR A $25.00 FEE

1 PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS: *

9400 W 65th St (Required)

STREET
MERRIAM KS 66203-3662
CITY / STATE ZIP

2 If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent

IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address

Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

3

| OFFICERS (A) NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). MUST LIST PRESIDENT AND SECRETARY BELOW | | BOARD OF DIRECTORS (B) * NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). MUST LIST AT LEAST ONE DIRECTOR BELOW | |
|---|---|---|---|
| *PRESIDENT* | Battaglia, Marion | *NAME* | Levin, Yale |
| STREET | 5101 W 116th St | STREET | 23060 Bittersweet |
| CITY/STATE/ZIP | Leawood KS 66211 | CITY/STATE/ZIP | Southfield MI 48034 USA |
| *SECRETARY* | Adolf, Derek | *NAME* | Soave, Anthony |
| STREET | 3400 E Lafayette St | STREET | 423 Lake Shore Dr |
| CITY/STATE/ZIP | Detroit MI 48207-4962 | CITY/STATE/ZIP | Grosse Pointe Farms MI 48236 USA |
| *VICE PRESIDENT* | Killilea, Kevin | *NAME* | Piesko, Michael |
| STREET | 13060 W 52nd Ter | STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Shawnee KS 66216-1420 | CITY/STATE/ZIP | Whitmore Lake MI 48189 USA |
| *VICE PRESIDENT* | Piesko, Michael | *NAME* | |
| STREET | 4349 Shoreview | STREET | |
| CITY/STATE/ZIP | Whitmore Lake MI 48189 | CITY/STATE/ZIP | |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

4 The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable. *

Authorized party or officer sign here: Angela Lewitzke (Required)

Please print name and title of signer: Angela Lewitzke / Assistant Secretary
NAME TITLE

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 5/31/2024
__$35.00 If filed on or before 6/30/2024
__$50.00 If filed on or before 7/31/2024
__$65.00 If filed on or before 8/31/2024
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL):

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

John R. Ashcroft Secretary of State

2024 ANNUAL REGISTRATION REPORT

BUSINESS

**F00517656**
**T.E.N. INVESTMENTS, INC.**
**C T CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON MO 63105**

| | OFFICERS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | BOARD OF DIRECTORS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). |
|---|---|---|
| 3 | ***TREASURER*** **Brockhaus, Richard**<br>STREET **47321 Autumn Park Ct**<br>CITY/STATE/ZIP **Novi MI 48374**<br><br>***ASSISTANT SECRETARY*** **Lewitzke, Angela**<br>STREET **413 Tamera Dr**<br>CITY/STATE/ZIP **Kearney MO 64060-7348**<br><br>***ASSISTANT SECRETARY*** **Soave, Angelique**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236**<br><br>***ASSISTANT SECRETARY*** **Soave, Andrea**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236**<br><br>***OTHER*** **Soave, Anthony**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236**<br><br>***CHAIRMAN*** **Soave, Anthony**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236** | ***DIR.***<br>STREET<br>CITY/STATE/ZIP |

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

PLAINTIFF'S EXHIBIT 30 b

# For Profit Corporation Annual Report

1. Corporation Name: T.E.N. INVESTMENTS, INC.
2. Business Entity ID No.: 2706620
3. Tax Closing Date: December 2022
4. State of Incorporation: KS
5. Official Mailing Address:
   9400 W 65TH ST , MERRIAM KS 66203
6. Location of Principal Office:
   9400 W. 65th Street , Merriam KS 66203

Electronic File Stamp Information:

Filed

- Date:03/09/2023
- Time: 01:11:55 PM

7. Officers:

Kevin Killilea - Vice President
9400 W. 65th Street Merriam, KS 66203

Marion Battaglia - President or equivalent
9400 W. 65th Street Merriam, KS 66203

Angela Lewitzke - Asst Secretary
9400 W 65th St Merriam, KS 66203

Rick Brockhaus - Treasurer or equivalent
9400 W. 65th Street Merriam, KS 66203

Bryant Frank - Secretary or equivalent
9400 W. 65th Street Merriam, KS 66203

8. Directors:

Michael Piesko - 9400 W. 65th Street Merriam, KS 66203
Anthony Soave - 9400 W. 65th Street Merriam, KS 66203
Yale Levin - 9400 W. 65th Street Merriam, KS 66203

9. Nature and kind of business:

Automotive Sales and Services

10. Total number of shares of capital stock issued: 10000

11. Does this corporation hold more than 50% equity ownership in any other business entity on file with the Kansas Secretary of State? No

12. Does this corporation own or lease land in Kansas suitable for use in agriculture? No

"I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

Executed on March 09, 2023

Signature of Authorized Officer: Angela Lewitzke

Title/Position of the signer: Asst Secretary

John R. Ashcroft Secretary of State

2022 ANNUAL REGISTRATION REPORT

BUSINESS

PLAINTIFF'S EXHIBIT 30C

**F00517656**
**Date Filed: 2/23/2022**
**John R. Ashcroft**
**Missouri Secretary of State**

* SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: 5/31/2022

F00517656
T.E.N. INVESTMENTS, INC.
C T CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON MO 63105

RENEWAL MONTH:
FEBRUARY

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO FOR A $25.00 FEE

1 PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS: *

9400 W 65th St (Required)

STREET
MERRIAM KS 66203-3662
CITY / STATE ZIP

2 If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent

IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address

Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

3

| OFFICERS (A) NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). MUST LIST PRESIDENT AND SECRETARY BELOW | | BOARD OF DIRECTORS (B) * NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). MUST LIST AT LEAST ONE DIRECTOR BELOW | |
|---|---|---|---|
| PRESIDENT | Battaglia, Marion | NAME | Levin, Yale |
| STREET | 5101 W 116th St | STREET | 23060 Bittersweet |
| CITY/STATE/ZIP | Leawood KS 66211 | CITY/STATE/ZIP | Southfield MI 48034 USA |
| SECRETARY | Frank, Bryant | NAME | Soave, Anthony |
| STREET | 6018 Glen Eagles | STREET | 423 Lake Shore Dr |
| CITY/STATE/ZIP | West Bloomfield MI 48232 | CITY/STATE/ZIP | Grosse Pointe Farms MI 48236 USA |
| VICE PRESIDENT | Killilea, Kevin | NAME | Piesko, Michael |
| STREET | 13107 W 127th Terr | STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Overland Park KS 66213 | CITY/STATE/ZIP | Whitmore Lake MI 48189 USA |
| VICE PRESIDENT | Piesko, Michael | NAME | |
| STREET | 4349 Shoreview | STREET | |
| CITY/STATE/ZIP | Whitmore Lake MI 48189 | CITY/STATE/ZIP | |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

4 The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable. *

Authorized party or officer sign here: Angela Lewitzke (Required)

Please print name and title of signer: Angela Lewitzke / Assistant Secretary
NAME TITLE

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 5/31/2022
__$35.00 If filed on or before 6/30/2022
__$50.00 If filed on or before 7/31/2022
__$65.00 If filed on or before 8/31/2022
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL):

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

# John R. Ashcroft Secretary of State
# 2022 ANNUAL REGISTRATION REPORT

BUSINESS

**F00517656**
**T.E.N. INVESTMENTS, INC.**
**C T CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON MO 63105**

| 3 | **OFFICERS (Continued)** NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | **BOARD OF DIRECTORS (Continued)** NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). |
|---|---|---|
| | ***TREASURER*** **Brockhaus, Richard**<br>STREET **47321 Autumn Park Ct**<br>CITY/STATE/ZIP **Novi MI 48374** | ***DIR.***<br>STREET<br>CITY/STATE/ZIP |
| | ***ASSISTANT SECRETARY*** **Lewitzke, Angela**<br>STREET **4030 Jackson Dr Apt 105**<br>CITY/STATE/ZIP **Independence MO 64057** | |
| | ***ASSISTANT SECRETARY*** **Soave, Angelique**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236** | |
| | ***ASSISTANT SECRETARY*** **Soave, Andrea**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236** | |
| | ***OTHER*** **Soave, Anthony**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236** | |
| | ***CHAIRMAN*** **Soave, Anthony**<br>STREET **423 Lake Shore Dr**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236** | |

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

PLAINTIFF'S EXHIBIT 30D

# ›r Profit Corporation Annual Report

Electronic File Stamp Information:

Filed

* Date: 03/05/2019
* Time: 08:20:25 AM

Corporation Name: T.E.N. INVESTMENTS, INC.
Business Entity ID No.: 2706620
Tax Closing Date: December 2018
State of Incorporation: KS
Official Mailing Address:
9400 W 65TH ST, MERRIAM KS 66203

Location of Principal Office:
9400 W. 65th Street, Merriam KS 66203

Officers:

Rick Brockhaus - Treasurer or equivalent
9400 W. 65th Street Merriam, KS 66203
Bryant Frank - Secretary or equivalent
9400 W. 65th Street Merriam, KS 66203
Kevin Killilea - Vice President
9400 W. 65th Street Merriam, KS 66203
Marion Battaglia - President or equivalent
9400 W. 65th Street Merriam, KS 66203
Angela Lewitzke - Asst Secretary
9400 W 65th St Merriam, KS 66203

Directors:

Michael Piesko - 9400 W. 65th Street Merriam, KS 66203
Anthony Soave - 9400 W. 65th Street Merriam, KS 66203
Yale Levin - 9400 W. 65th Street Merriam, KS 66203

Nature and Kind of Business:
Automotive Sales and Services

. Total number of shares of capital stock issued: 10000

. Does this corporation hold more than 50% equity ownership in any other business entity on file with the Kansas Secretary of State? No

. Does this corporation own or lease land in Kansas suitable for use in agriculture? No

deral Employer Identification Number (FEIN): 0481211730

declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

ecuted on March 05 2019

;nature of authorized Officer: Angela Lewitzke

:le/Position of the signer: Asst Secretary

F00517656
Date Filed: 03/26/2021
John R. Ashcroft
Missouri Secretary of State

State of Missouri
John R. Ashcroft Secretary of State

Corporations Division
PO Box 778 / 600 W.Main St., Rm. 322
Jefferson City, MO 65102

PLAINTIFF'S EXHIBIT
30F

# 2021 Annual Registration Report

| | |
|---|---|
| **Charter Number** | F00517656 |
| **Entity Name** | T.E.N. INVESTMENTS, INC. |
| **Renewal Month** | February |
| **Report Due By** | 05/31/2021 |

**Registered Agent** C T CORPORATION SYSTEM

120 SOUTH CENTRAL AVENUE, Clayton, Missouri, 63105, United States

**Principal Place of Business or Corporate Headquarters**

9400 W. 65TH STREET, MERRIAM, Kansas, 66203, United States

## OFFICERS

| | |
|---|---|
| **Name** | Andrea Soave |
| **Title** | Assistant Secretary |
| **Address** | 423 Lake Shore Dr, Grosse Pointe Farms, Michigan, 48236, United States |
| **Name** | Angela Lewitzke |
| **Title** | Assistant Secretary |
| **Address** | 4030 Jackson Dr, Apt 105, Independence, Missouri, 64057, United States |

## BOARD OF DIRECTORS

| | |
|---|---|
| **Name** | Anthony Soave |
| **Title** | Director |
| **Address** | 423 Lake Shore Dr, Grosse Pointe Farms, Michigan, 48236, United States |
| **Name** | Michael Piesko |
| **Title** | Director |
| **Address** | 4349 Shoreview, Whitmore Lake, Michigan, 48189, United States |

## In Affirmation thereof, the facts stated above are true and correct:

The undersigned believes the statements presented in this filing are true and correct to the best of their knowledge and belief, they are subject to the penalties provided under section 575.040 RSMo. for making a false declaration under Section 575.060 RSMo

The undersigned agrees and represents that he/she is authorized to execute this document

| | |
|---|---|
| **Name** | Angela Lewitzke |
| **Title** | Assistant Secretary |
| **Date** | 03/26/2021 |

**Reference Number** SR272264

**Receipt Number** TR786148

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

## OFFICERS

| | |
|---|---|
| **Name** | Angelique Soave |
| **Title** | Assistant Secretary |
| **Address** | 423 Lake Shore Dr, Grosse Pointe Farms, Michigan, 48236, United States |
| **Name** | Anthony Soave |
| **Title** | Chairman |
| **Address** | 423 Lake Shore Dr, Grosse Pointe Farms, Michigan, 48236, United States |
| **Name** | Bryant Frank |
| **Title** | Secretary |
| **Address** | 6018 Glen Eagles Dr, West Bloomfield, Michigan, 48323, United States |
| **Name** | Kevin Killilea |
| **Title** | Vice President |
| **Address** | 13107 W 127th Terr, Overland Park, Kansas, 66213, United States |
| **Name** | Marion Battaglia |
| **Title** | President |
| **Address** | 5101 W 116th St, Leawood, Kansas, 66211, United States |
| **Name** | Michael Piesko |
| **Title** | Vice President |
| **Address** | 4349 Shoreview, Whitmore Lake, Michigan, 48189, United States |
| **Name** | Richard Brockhaus |
| **Title** | Treasurer |
| **Address** | 47321 Autumn Park Ct, Novi, Michigan, 48374, United States |

## BOARD OF DIRECTORS

| | |
|---|---|
| **Name** | Yale Levin |
| **Title** | Director |
| **Address** | 23060 Bittersweet, Southfield, Michigan, 48034, United States |

**State of Missouri**
John R. Ashcroft, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

**F00517656**
**Date Filed: 12/3/2024**
**John R. Ashcroft**
**Missouri Secretary of State**

# Statement of Change of Business Office Address and Registered Office Address of a Registered Agent of a Foreign or Domestic For Profit or Nonprofit Corporation or a Limited Liability Company

Instructions

1. This form is to be used by either a for profit or nonprofit corporation or a limited liability company to change the address of its existing registered agent
2. There is a $10.00 fee for filing this statement.
3. PO Box may only be used in conjunction with a physical street address.
4. Agent and address must be in the State of Missouri.
5. The corporation may not act as its own agent.

**Charter #** F00517656

The undersigned registered agent, for the purpose of changing the address of its business office in Missouri, and thereby changing the registered office address of the named business entity, represents that:

1. The name of the business entity is: T.E.N. INVESTMENTS, INC.

2. The name of the registered agent is: C T CORPORATION SYSTEM

3. The address, including street number, of the present business office of the registered agent (and the registered office of the business entity) is:

120 SOUTH CENTRAL AVENUE — Clayton MO 63105
*Address* — *City/State/Zip*

4. The address, including street number, of the business office of the registered agent (and the registered office of the business entity) is hereby **changed to:**

5661 Telegraph Rd Ste 4B — Saint Louis MO 63129-4275
*Address(PO Box may only be used in conjunction with a physical street address)* — *City/State/Zip*

5. Notice in writing of the change of the registered office address has been mailed by the registered agent to the business entity named above.

6. The address of the registered office of the business entity named above and the business office of the registered agent, as changed, is identical.

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

C T Corporation System - Marie Hauer — C T CORPORATION SYSTEM - MARIE HAUER — 12/03/2024
*Authorized Signature of Registered Agent* — *Printed Name* — *Date*

PLAINTIFF'S EXHIBIT
tabbies
30 E

Name and address to return filed document:

Name: Marie Hauer

Address: Email: marie.hauer@wolterskluwer.com

City, State, and Zip Code:

PLAINTIFF'S EXHIBIT
tabbies
31

## CREDIT APPLICATION

**Aristocrat Motors**

| Dealer Name: | | | | Dealer No. | Retail | Amount | Lease |
|---|---|---|---|---|---|---|---|
| O New O Used | Financing | Term in Months | | Mileage Program | Total Sales Price | $ | Gross Cap |
| Year | Conventional Retail | O 12 | O 60 | O 15,000 / year | Cash Down Pmt: | $ | Cap Cost Red. |
| Model | Options | O 24 | O 75 | / year | Net Trade | $ | Adjusted Cap |
| Miles on Car | Standard Lease | O 36 | O 84 | Monthly Payment | Amount Financed | $ | Adjusted Cap |
| MSRP | Single Pay Lease | O 48 | O __ | $ | Trade | | |

| PRIMARY APPLICANT | | | JOINT APPLICANT | | |
|---|---|---|---|---|---|
| Name (First, Middle Init, Last) Michael Russaw | | | Name (First, Middle Init, Last) Chapler Jackson | | |
| Address 421 SW Stacey Dr | | | Address 307 Golfview Dr | | |
| City, State, Zip Lees Summit MO 64082 | | | City, State, Zip Pleasant Hill MO 64080 | | |
| How Long (Yrs/Mo) 5 | Home Phone # 816 316 0946 | Date of Birth 5/22/82 | How Long (Yrs/Mo) 2 | Home Phone # 913 298 1335 | Date of Birth 4/10/85 |
| Social Security # 499.96 7545 | Own Rent (Live w / relative) | Rent/Mortgage $ 0 | Social Security # 546 85 2375 | Own (Rent) Live w / relative | Rent/Mortgage $ 1525 |
| Mortgage Company | | Value of Home $ | Mortgage Company | | Value of Home $ |
| Current Employer Name Self - Leenay | | | Current Employer Name JJ Investment Prop. | | |
| Employer's Address, City, State 1500 Prospect KC MO 64082 | | | Employer's Address, City, State | | |
| How Long (Yrs/Mo) 0 | Employer's Phone # 816 316 0946 | Position barber | How Long (Yrs/Mo) 1 | Employer's Phone # (816) 456 6600 | Position owner |
| Income 2300 | Monthly ● / Annually O | Annual Bonus | Income 10,000 | Monthly ✗ / Annually O | Annual Bonus |
| Previous Address (City, State, Zip) | | Years / Months / | Previous Address (City, State, Zip) | | Years / Months / |
| Name of Relative not in Household | | Phone # | Name of Relative not in Household | | Phone # |
| Address, City, State, Zip | | Relationship | Address, City, State, Zip | | Relationship |
| Name of Personal Friend | | Phone Number | Name of Personal Friend | | Phone Number |
| Prior Employer's Name | | Years / Months / | Prior Employer's Name | | Years / Months / |
| Prior Employer's Location | | | Prior Employer's Location | | |
| Source of Other Income: | | | | | |
| Annual Monthly Income $ | Source(s) | | Annual Monthly Income $ | Source(s) | |
| Have you ever filed bankruptcy? | | | Have you ever filed bankruptcy? | | |
| Are you a US Citizen? | | | | | |
| Have you ever financed or leased a car? | | | | | |
| Have you ever had any property repossessed? | | | | | |
| Do you now possess an unrestricted driver's license? | | | | | |
| Signature of Applicant [signature] | | Date 4 DEC 2018 | Signature of Joint Applicant [signature] | | Date Dec. 4, 2018 |

Credit Report: A credit report may be obtained in connection with this application, for a renewal or extension of credit for which application was made. Upon request, I will be told if a credit report(s) was/were obtained, and given the name and address of the credit reporting agency(s) providing the report(s). Credit Investigation: I authorize the dealer Financial Services to investigate my credit and employment history based on the information voluntarily provided to me which is true and correct. Bankruptcy: A bankruptcy proceeding is neither in progress nor expected. Copy provided: Upon request a copy of this application

Fair Credit Reporting Act Disclosure: This application may be considered by Financial Services and the dealer as to whether it meets purchase or lease requirements.

PLAINTIFF'S EXHIBIT 32

# LAW 553-KS-ARB-eps 6/16

## RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

13441 Dealer Number ______ Contract Number ______ DEAL# 135587 CUST# 132139

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| MICHAEL A RUSSAW<br>421 SW STACY DR<br>LEES SUMMIT MO 64082<br>816-316-0944 | CHAPTER K JACKSON<br>307 GOLFVIEW DR<br>PLEASANT HILL MO 64080<br>816-316-0944 | ARISTOCRAT MOTORS<br>9400 WEST 65TH STREET<br>MERRIAM, KS 66203 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2015 | PORSCHE CAYENNE | 57272 | WP1AB2A26FLA59974 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 16500.00 is |
|---|---|---|---|---|
| 24.90 % | $ 28509.78 | $ 29899.50 | $ 58409.28 | $ 74909.28 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 811.24 | Monthly beginning 01/18/2019 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of the part of the payment that is late. If the vehicle is primarily for personal, family, or household use, the maximum charge for each late payment will be $25.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**APPLICABLE LAW**
Federal law and Kansas law apply to this contract. This contract shall be subject to the provisions of the Kansas Uniform Consumer Credit Code (including Article 2, Parts 2 and 5) unless you are a corporation or the vehicle is purchased primarily for business or agricultural use.

**Returned Check Charge:** If any check you give us is dishonored, you will pay a charge of $30 if we demand that you do so.

**WARRANTIES SELLER DISCLAIMS**
*The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It only applies if you are an organization.*
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X [signature] Co-Buyer Signs X [signature]

Buyer Signs X [signature] Co-Buyer Signs X [signature] 51343*1*ARIST-FI 12/04/2018 06:37 pm

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including $ N/A sales tax) $ 46000.00 (1)

2 Total Downpayment =

Trade-In N/A (Year) N/A (Make) N/A (Model)

Gross Trade-In Allowance $ N/A

Less Pay Off Made By Seller $ N/A

Equals Net Trade In $ N/A

+ Cash $ 16500.00

+ Other N/A $ N/A

(If total downpayment is negative, enter "0" and see 4I below) $ 16500.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 29500.00 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.

Life $ N/A

Disability $ N/A $ N/A

B Vendor's Single Interest Insurance Paid to Insurance Company $ N/A

C Other Optional Insurance Paid to Insurance Company or Companies $ N/A

D Optional Gap Contract $ N/A

E Official Fees Paid to Government Agencies

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

F Government Taxes Not Included in Cash Price $ N/A

G Government License and/or Registration Fees

N/A $ N/A

H Government Certificate of Title Fees $ N/A

I Other Charges (Seller must identify who is paid and describe purpose.)

to N/A for Prior Credit or Lease Balance $ 0.00

to ARISTOCRAT MOTORS for ADMINISTRATIVE FEE $ 399.50

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

Total Other Charges and Amounts Paid to Others on Your Behalf $ 399.50 (4)

5 Amount Financed (3 + 4) $ 29899.50 (5)

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ____________, Year ______. SELLER'S INITIALS N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. N/A
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X N/A

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose or you may provide the required insurance through an existing policy owned or controlled by you. insurance you provide must be acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

Credit Life $ N/A

Credit Disability $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance or credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A — Type of Insurance; N/A — Term

Premium $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

☐ N/A — Type of Insurance; N/A — Term

Premium $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A — Buyer Signature; N/A — Date

X N/A — Co-Buyer Signature; N/A — Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

Buyer Signs X ____________ Co-Buyer Signs X ____________

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
   If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay what you owe at once after we give you any notice the law requires. Default means:
   - You do not pay any payment on time; or
   - You give false, incomplete, or misleading information on a credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral. We bear the burden of establishing the prospect of significant impairment.

   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including court costs, attorney fees and collection agency fees, but you will not have to pay both attorney fees and collection agency fees. Collection costs will not include costs incurred by our salaried employees and will not exceed 15% of the amount you owe.

Buyer Signs X ________ Co-Buyer Signs X ________

7343*1 ARIST FI 12/04/2018 06:37 pm

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

**We will apply the money from the sale, less allowed** expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. SERVICING AND COLLECTION CONTACTS**

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**NO COOLING OFF PERIOD**

State law does not provide for a "cooling off" or cancellation **period for this sale. After you sign this contract,** you may only cancel it if the seller agrees or **for** legal cause. **You cannot cancel this contract simply because** you change your mind. This notice does not **apply** to **home solicitation sales.**

Buyer Signs X ______ Co-Buyer Signs X ______ 5 343 ARIST-FI

**ARBITRATION PROVISION**

**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [signature] Co-Buyer Signs X [signature]

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See the rest of this contract for other important agreements.**

**NOTICE TO CONSUMER. 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision above, before signing below. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X [signature] Date 12/04/2018 Co-Buyer Signs X [signature] Date 12/04/2018

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A Address N/A

Seller signs ARISTOCRAT MOTORS Date 12/04/2018 By X [signature] Title FI MANAGER

Seller assigns its interest in this contract to CHRYSLER CAPITAL (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse

Seller ARISTOCRAT MOTORS By [signature] Title

John R. Ashcroft Secretary of State

2024 ANNUAL REGISTRATION REPORT

BUSINESS

PLAINTIFF'S EXHIBIT 33

tabbies®

001376197
Date Filed: 3/28/2024
John R. Ashcroft
Missouri Secretary of State

* SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: 6/30/2024

001376197
ARM PO, Inc.
C T CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON MO 63105

RENEWAL MONTH:
MARCH

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO FOR A $25.00 FEE

1 PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS: *

9400 W 65th St (Required)

STREET
MERRIAM KS 66203-3662
CITY / STATE ZIP

2 If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent

IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address

Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

3

**OFFICERS** — NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). MUST LIST PRESIDENT AND SECRETARY BELOW **A**

| | |
|---|---|
| *PRESIDENT* | Battaglia, Marion |
| STREET | 5101 W 116th St |
| CITY/STATE/ZIP | Leawood KS 66211 |
| *SECRETARY* | Adolf, Derek |
| STREET | 3400 E Lafayette St |
| CITY/STATE/ZIP | Detroit MI 48207-4962 |
| *VICE PRESIDENT* | Killilea, Kevin |
| STREET | 13060 W 52nd Ter |
| CITY/STATE/ZIP | Shawnee KS 66216-1420 |
| *VICE PRESIDENT* | Piesko, Michael |
| STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Whitmore Lake MI 48189 |

**BOARD OF DIRECTORS** — NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). MUST LIST AT LEAST ONE DIRECTOR BELOW **B** *

| | |
|---|---|
| *NAME* | Brockhaus, Richard |
| STREET | 47321 Autumn Park Ct |
| CITY/STATE/ZIP | Novi MI 48374 USA |
| *NAME* | Piesko, Michael |
| STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Whitmore Lake MI 48189 USA |
| *NAME* | Levin, Yale |
| STREET | 23060 Bittersweet |
| CITY/STATE/ZIP | Shouthfield MI 48034 USA |
| *NAME* | Soave, Anthony |
| STREET | 423 Lake Shore Dr |
| CITY/STATE/ZIP | Grosse Pointe Farms MI 48236 USA |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

4 The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable. *

Authorized party or officer sign here: Angela Lewitzke (Required)

Please print name and title of signer: Angela Lewitzke / Assistant Secretary
NAME TITLE

REGISTRATION REPORT FEE IS:
__$20.00 if filed on or before 6/30/2024
__$35.00 if filed on or before 7/31/2024
__$50.00 if filed on or before 8/31/2024
__$65.00 if filed on or before 9/30/2024
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL):

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**

RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

John R. Ashcroft Secretary of State

2024 ANNUAL REGISTRATION REPORT

BUSINESS

**001376197**
**ARM PO, Inc.**
**C T CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON MO 63105**

| | OFFICERS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | | BOARD OF DIRECTORS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | |
|---|---|---|---|---|
| | ***TREASURER*** | **Brockhaus, Richard** | ***DIR.*** | **Schwartz, Edward** |
| | STREET | **47321 Autumn Park Ct** | STREET | **3400 E Lafayette** |
| | CITY/STATE/ZIP | **Novi MI**<br>**48374** | CITY/STATE/ZIP | **Detroit MI**<br>**48207** |
| | ***ASSISTANT SECRETARY*** | **Lewitzke, Angela** | | |
| | STREET | **413 Tamera Dr** | | |
| | CITY/STATE/ZIP | **Kearney MO**<br>**64060** | | |
| | ***ASSISTANT SECRETARY*** | **Soave, Andrea** | | |
| 3 | STREET | **423 Lake Shore Dr** | | |
| | CITY/STATE/ZIP | **Grosse Point Farms MI**<br>**48236** | | |
| | ***ASSISTANT SECRETARY*** | **Soave, Angelique** | | |
| | STREET | **423 Lake Shore Dr** | | |
| | CITY/STATE/ZIP | **Grosse Pointe Farms MI**<br>**48236** | | |
| | ***CHAIRMAN*** | **Soave, Anthony** | | |
| | STREET | **423 Lake Shore Dr** | | |
| | CITY/STATE/ZIP | **Grosse Pointe Farms MI**<br>**48236** | | |

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

PLAINTIFF'S EXHIBIT 34

STATE OF KANSAS

OFFICE OF SECRETARY OF STATE

# INFORMATION REPORT

| | |
|---|---|
| Business ID: | 2706620 |
| Business Name: | T.E.N. INVESTMENTS, INC. |
| Reporting Year: | 2025 |

Principal Office Address

9400 W 65th St
Merriam, KS 66203 USA

Name and address of each officer of corporation

| | |
|---|---|
| Vice President - Kevin Killilea | 9400 W 65th St Merriam, KS 66203 USA |
| President - Marion Battaglia | 9400 W 65th St Merriam, KS 66203 USA |
| Asst Secretary - Angela Lewitzke | 9400 W 65th St Merriam, KS 66203 USA |
| Treasurer - Rick Brockhaus | 9400 W 65th St Merriam, KS 66203 USA |
| Secretary - Derek Adolf | 9400 W 65th St Merriam, KS 66203 USA |

Name and address of each director of corporation.

| | |
|---|---|
| Rick Brockhaus | 9400 W 65th St Merriam, KS 66203 USA |
| Mike Piesko | 9400 W 65th St Merriam, KS 66203 USA |
| Anthony Soave | 9400 W 65th St Merriam, KS 66203 USA |

Nature and Kind of Business

Automotive Sales and Service

Does this corporation hold more than 50% equity ownership in any other business that is filed with the Kansas Secretary of State?

No

Does this corporation own or lease land in Kansas that is suitable for use in agriculture?

No

Signatures

Signature of Authorized Person Angela Lewitzke

Title of Signer Assistant Secretary

Denny Hoskins Secretary of State

2025 ANNUAL REGISTRATION REPORT

BUSINESS

PLAINTIFF'S EXHIBIT 35

00467104
Date Filed: 4/21/2025
Denny Hoskins
Missouri Secretary of State

*SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: 4/30/2025

00467104
SOAVE AUTOMOTIVE GROUP, INC.
C T CORPORATION SYSTEM
5661 TELEGRAPH RD STE 4B
SAINT LOUIS MO 63129-4275

RENEWAL MONTH:
JANUARY

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO FOR A $25.00 FEE

1 PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS: *

13851 Madison Ave (Required)

STREET

Kansas City MO 64145-1609

CITY / STATE ZIP

2 If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent

IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address

Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

3

OFFICERS
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW **A**

| | |
|---|---|
| *PRESIDENT* | Battaglia, Marion |
| STREET | 5101 W 116th ST |
| CITY/STATE/ZIP | Leawood KS 66211 |
| *SECRETARY* | Adolf, Derek |
| STREET | 3400 E Lafayette St |
| CITY/STATE/ZIP | Detroit MI 48207-4962 |
| *VICE PRESIDENT* | Killilea, Kevin |
| STREET | 13060 W 52nd Ter |
| CITY/STATE/ZIP | Shawnee KS 66216-1420 |
| *VICE PRESIDENT* | Piesko, Michael |
| STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Whitmore Lake MI 48189 |

BOARD OF DIRECTORS *
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST ONE DIRECTOR BELOW **B**

| | |
|---|---|
| *NAME* | Brockhaus, Richard |
| STREET | 621 Henley St |
| CITY/STATE/ZIP | Birmingham MI 48009-5605 USA |
| *NAME* | Schwartz, Edward |
| STREET | 3400 E Lafayette |
| CITY/STATE/ZIP | Detroit MI 48207 USA |
| *NAME* | Piesko, Michael |
| STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Whitmore Lake MI 48189 USA |
| *NAME* | Levin, Yale |
| STREET | 23060 Bittersweet |
| CITY/STATE/ZIP | Shouthfield MI 48034 USA |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

4 The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable. *

Authorized party or officer sign here: Angela Lewitzke (Required)

Please print name and title of signer: Angela Lewitzke / Assistant Secretary

NAME TITLE

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 4/30/2025
__$35.00 If filed on or before 5/31/2025
__$50.00 If filed on or before 6/30/2025
__$65.00 If filed on or before 7/31/2025
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL):

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED

RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

Denny Hoskins Secretary of State
2025 ANNUAL REGISTRATION REPORT
BUSINESS

**00467104**
**SOAVE AUTOMOTIVE GROUP, INC.**
**C T CORPORATION SYSTEM**
**5661 TELEGRAPH RD STE 4B**
**SAINT LOUIS MO 63129-4275**

| | OFFICERS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | BOARD OF DIRECTORS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). |
|---|---|---|
| 3 | ***TREASURER*** **Brockhaus, Richard**<br>STREET **47321 Autumn Park Ct**<br>CITY/STATE/ZIP **Novi MI 48374**<br><br>***ASSISTANT SECRETARY*** **Lewitzke, Angela**<br>STREET **413 Tamera Dr**<br>CITY/STATE/ZIP **Kearney MO 64060-7348**<br><br>***ASSISTANT SECRETARY*** **Soave, Andrea**<br>STREET **423 Lake Shore Drive**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236**<br><br>***ASSISTANT SECRETARY*** **Soave, Angelique**<br>STREET **423 Lake Shore Drive**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236**<br><br>***OTHER*** **Soave, Anthony**<br>STREET **423 Lake Shore Drive**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236**<br><br>***CHAIRMAN*** **Soave, Anthony**<br>STREET **423 Lake Shore Drive**<br>CITY/STATE/ZIP **Grosse Pointe Farms MI 48236** | ***DIR.*** **Soave, Anthony**<br>STREET **423 Lake Shore Drive**<br>CITY/STATE/ZIP **Gorsse Pointe Farms MI 48236** |

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

Denny Hoskins Secretary of State

2025 ANNUAL REGISTRATION REPORT

BUSINESS

PLAINTIFF'S EXHIBIT 36

00725643
Date Filed: 4/21/2025
Denny Hoskins
Missouri Secretary of State

* SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: 6/30/2025

00725643
KCMER INVESTMENTS, INC.
C T CORPORATION SYSTEM
5661 TELEGRAPH RD STE 4B
SAINT LOUIS MO 63129-4275

RENEWAL MONTH:
MARCH

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO FOR A $25.00 FEE

1 PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS: *

13851 Madison Ave (Required)

STREET
Kansas City MO 64145-1609
CITY / STATE ZIP

2 If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent

IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address

Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

3

**A — OFFICERS**
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW

| | |
|---|---|
| *PRESIDENT* | Battaglia, Marion |
| STREET | 5101 W 115th St |
| CITY/STATE/ZIP | Leawood KS 66211 |
| *SECRETARY* | Adolf, Derek |
| STREET | 3400 E Lafayette St |
| CITY/STATE/ZIP | Detroit MI 48207-4962 |
| *VICE PRESIDENT* | Killilea, Kevin |
| STREET | 13060 W 52nd Ter |
| CITY/STATE/ZIP | Shawnee KS 66216-1420 |
| *VICE PRESIDENT* | Piesko, Michael |
| STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Whitmore Lake MI 48189 |

**B — BOARD OF DIRECTORS** *
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST ONE DIRECTOR BELOW

| | |
|---|---|
| *NAME* | Brockhaus, Richard |
| STREET | 3400 E Lafayette |
| CITY/STATE/ZIP | Detroit MI 48207 USA |
| *NAME* | Schwartz, Edward |
| STREET | 3400 E Lafayette |
| CITY/STATE/ZIP | Detroit MI 48207 USA |
| *NAME* | Soave, Anthony |
| STREET | 3400 E Lafayette |
| CITY/STATE/ZIP | Detroit MI 48207 USA |
| *NAME* | Piesko, Michael |
| STREET | 4349 Shoreview |
| CITY/STATE/ZIP | Whitmore MI 48189 USA |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

4 The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable. *

Authorized party or officer sign here: Angela Lewitzke (Required)

Please print name and title of signer: Angela Lewitzke / Assistant Secretary
NAME TITLE

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 6/30/2025
__$35.00 If filed on or before 7/31/2025
__$50.00 If filed on or before 8/31/2025
__$65.00 If filed on or before 9/30/2025
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL): ____

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

Denny Hoskins Secretary of State

2025 ANNUAL REGISTRATION REPORT

BUSINESS

**00725643**
**KCMER INVESTMENTS, INC.**
**C T CORPORATION SYSTEM**
**5661 TELEGRAPH RD STE 4B**
**SAINT LOUIS MO 63129-4275**

| | OFFICERS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | | BOARD OF DIRECTORS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | |
|---|---|---|---|---|
| | ***TREASURER***<br>STREET<br>CITY/STATE/ZIP | Brockhaus, Richard<br>47321 Autumn Park Ct<br>Novi MI<br>48374 | ***DIR.***<br>STREET<br>CITY/STATE/ZIP | Levin, Yale<br>23060 Bittersweet<br>Southfield MI<br>48034 |
| | ***ASSISTANT SECRETARY***<br>STREET<br>CITY/STATE/ZIP | Lewitzke, Angela<br>413 Tamera Dr<br>Kearney MO<br>64060-7348 | | |
| 3 | ***ASSISTANT SECRETARY***<br>STREET<br>CITY/STATE/ZIP | Soave, Andrea<br>3400 E Lafayette<br>Detroit MI<br>48207 | | |
| | ***ASSISTANT SECRETARY***<br>STREET<br>CITY/STATE/ZIP | Soave, Angelique<br>3400 E Lafayette<br>Detroit MI<br>48207 | | |
| | ***CHAIRMAN***<br>STREET<br>CITY/STATE/ZIP | Soave, Anthony<br>3400 E Lafayette<br>Detroit MI<br>48207 | | |

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**

RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

X001830563
Date Filed: 2/14/2025
Expiration Date: 2/14/2030
Denny Hoskins
Missouri Secretary of State

**State of Missouri**
Denny Hoskins, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

# Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

☒ New Registration ☐ Renewal ________ *Charter number* ☐ Amendment ________ *Charter number* ☐ Correction ________ *Charter number*

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered: ARISTOCRAT MOTORS

Business Address: 13851 Madison Ave
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: Kansas City, MO 64145-1609

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| KCMER INVESTMENTS, INC. | 00725643 | 13851 Madison Ave | Kansas City, MO | 64145 - 1609 | |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

| | | |
|---|---|---|
| KCMER INVESTMENTS, INC. - Derek Adolf | KCMER INVESTMENTS, INC. - DEREK ADOLF | 02/14/2025 |
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

PLAINTIFF'S EXHIBIT
37
tabbies

Name and address to return filed document:
Name: Audree J. Rodgers
Address: Email: audree.rodgers@soave.com
City, State, and Zip Code: ________

PLAINTIFF'S EXHIBIT 38

SOAVE ENTERPRISES

# Luxury Automotive Dealerships

The diverse portfolio of Soave Enterprises includes the Soave Automotive Group. Located in the Greater Kansas City area, the Soave Automotive Group inc Aristocrat Motors, added in 1999, which offers Mercedes-Benz, Porsche, Land Rover, Jaguar, Maserati and Alfa Romeo vehicles. With the addition of a new, Porsche facility as well as a renovated and expanded Jaguar and Land Rover facility, Aristocrat Motors was voted "Best Foreign Auto Dealer 2018" by the re of Ingram's Magazine.

Mercedes-Benz of Kansas City is South Kansas City's dedicated Mercedes-Benz dealer, offering both automotive lines and commercial vans. Mercedes-Be Kansas City was awarded the prestigious "Best of the Best Silver Laurel" by Mercedes-Benz for 2018.

The newest addition to Soave Automotive Group is BMW and Volkswagen of Topeka, the luxury import dealer for East Central Kansas. It opened its new fac June of 2017.




Aristocrat Motors - Kansas City, Missouri




Mercedes-Benz of Kansas City



BMW and Volkswagen of Topeka

3400 East Lafayette | Detroit, Michigan | 48207 | P. (313) 567-7000

© 2021 Soave Enterprises. All rights reserved. | Privacy & Terms

PLAINTIFF'S EXHIBIT 39

135587

# AGREEMENT TO PROVIDE ACCIDENTAL PHYSICAL DAMAGE INSURANCE

To provide protection against serious financial loss should an accident or damage occur, I understand that my installment contract requires that the vehicle be continuously covered with insurance against the risks of fire, theft and collision, and that failure to provide such insurance gives the bank listed below the right to declare the entire unpaid balance immediately due and payable. Accordingly, I have arranged for the required insurance through the insurance company shown below and have requested that the policy contain a loss payable endorsement in favor of the bank listed below.

**BANK INFO:** PLEASE PRINT

MERCEDES BENZ FINSERV USA LLC

| NUMBER / STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| PO BOX 997542 | SACRAMENTO | CA | 95899-7542 |

**PURCHASER:**

| | | | | | |
|---|---|---|---|---|---|
| NAME | FIRST: MICHAEL | MIDDLE: A | LAST: RUSSAW | | |
| ADDRESS | NUMBER / STREET: 421 SW STACY DR | CITY: LEES SUMMIT | STATE: MO | ZIP CODE: 64082 | |
| TEL. NO. | 816/316-0944 | | | | |

**VEHICLE INSURED:**

| YEAR | MAKE | BODY | MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| 2015 | PORSCHE | UT | CAYENNE | WP1AB2A26FLA59974 |

**INSURANCE AGENT:**

| | |
|---|---|
| NAME | AN |
| NUMBER AND STREET | |
| CITY, STATE ZIP CODE | |
| TELEPHONE NUMBER | 800 841 3000 |

**INSURANCE COMPANY:**

| | |
|---|---|
| NAME | GEICO |
| POLICY NUMBER | 4548871559 |
| EFFECTIVE DATE | FROM: 12/04/18 TO: 12/22/18 |
| COVERAGE | ☐ COMPREHENSIVE $ N/A DEDUCTIBLE<br>☐ COLLISION $ N/A DEDUCTIBLE ☐ FIRE THEFT |

I AUTHORIZE THE BANK TO VERIFY AND MY INSURANCE AGENT TO DISCLOSE THIS INSURANCE INFORMATION.

PURCHASER SIGNS ☛ [signature] 12/04/2018 DATE

**DEALER CONFIRMATION:**

| | | |
|---|---|---|
| ( ) AGENCY ( ) INSURANCE COMPANY | NAME OF PERSON | ____ LOSS PAYEE ( ) YES ( ) NO |
| CONFIRMED BY | DATE | |

DEALER/SALESPERSON SIGNS ☛ [signature] DEALER ARISTOCRAT MOTORS

CHRYSLER
CAPITAL

PLAINTIFF'S EXHIBIT 40

December 14, 2018

TEN INVESTMENTS INC
9400 W 65TH ST
MERRIAM, KS 66203

**Returned Contract Package from Chrysler Capital**
**Application ID: 106194276**

Dear TEN INVESTMENTS INC,
We have reviewed the enclosed contract package for Michael Russaw and are returning it due to the following reason(s):

- Contract: Signatures Missing
- Contract: Signatures Missing

Please refer to the DealerTrack Contract Status or RouteOne Decision Details screen for further details.

**Please return the corrected contract package to:**
Chrysler Capital
3268 Progress Way, Suite 2049
Wilmington, OH 45177

Chrysler Capital is committed to excellent service. If you have any questions, please call our Funding Department at 855-976-9766.

Thank you for choosing Chrysler Capital.

Sincerely,
**Chrysler Capital**

Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc.

DCN - U7883663

PLAINTIFF'S EXHIBIT 41

# CERTIFICATE OF TITLE

## STATE OF KANSAS

| | | | | | |
|---|---|---|---|---|---|
| VIN NO. | WP1AB2A26FLA59974 | STYLE: | UT | MILEAGE AND | 18 |
| YEAR: | 2015 | CLASS CODE: | 041 | MILEAGE STATUS: REPORTED AS | ACTUAL |
| MAKE: | PORSCHE | EMPTY WEIGHT: | 4597 | DATE OF APPLICATION: | 07/30/2015 |
| MODEL: | CAYENNE | | | PURCHASE DATE: | 04/03/2015 |
| TITLE NO: | AA4519046 | | | DATE TITLE PRINTED: | 09/02/2015 |

OWNER(S) NAME AND ADDRESS:

KRAFT TOOL

8325 HEDGE LANE TER
SHAWNEE, KS 66227-3544

KANSAS IS AN ELECTRONIC TITLING STATE. A KANSAS TITLE WITH A LIEN INDICATED WILL ONLY BE ISSUED AND MAILED DIRECTLY TO A REQUESTING TITLING JURISDICTION WITH LIENHOLDER'S CONSENT

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIENS(S):

TRANSFER ON DEATH BENEFACTOR(S)

MAILING INFORMATION ONLY

KRAFT TOOL
8325 HEDGE LANE TER
SHAWNEE, KS 66227-3544

VEHICLE RECORD NOTATIONS:

VEHICLE BRANDS:

I, the undersigned, hereby certify that I have approved an application for certificate of title for the vehicle described hereon, pursuant to the provisions of the Motor Vehicle Laws of this State, and the applicant named on the face hereof has been duly recorded as the lawful owner of said vehicle.

I further certify that the vehicle is subject to the security interests shown herein, if any. However, the vehicle may be subject to other security interests.

X0275845

Lisa Kaspar
Director of Vehicles

Nick Jordan
Secretary of Revenue

VOID WITHOUT WATERMARK - HOLD TO LIGHT TO VIEW

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, WHITEOUT, ALTERATIONS OR MUTILATIONS

PLAINTIFF'S EXHIBIT 42

Johnson County
Kansas

Motor Vehicle Department

# AFFIDAVIT OF CORRECTION

VEHICLE INFORMATION:

2015 — YEAR | Porche — MAKE | WP1AB2A26FLA59974 — VEHICLE INDENTIFICATION NUMBER

- ______ I/we, entered or signed in error as the PURCHASER – assignment should read:

  ______________________ CORRECT NAME OF PURCHASER

- ______ I/we, signed and printed name(s) as the PURCHASER – I/we are in fact the SELLER:

  ______________________ Sellers Signature ______________________ Purchasers Signature

  ______________________ Sellers Printed Name ______________________ Purchasers Printed Name

- ______ I/we entered the wrong date of sale on the assignment – should read: ____________ MM/DD/YEAR

- ______ I/we entered my/our name in error as lien holder. I/we have no lien on the above referenced vehicle, no fraud intended.

  ______________________ NAME ENTERED IN ERROR

- ______ I ______________________ Current personalized plate owner, relinquish all rights to personalized plate lettering

  __/__/__/__/__/__/__/, to ______________________ New personalized plate owner
  Plate lettering

- ✓ I, Donald G Meyer do solemnly swear that I signed in addition to signing my business name on back of title in error.

Donald G Meyer — Signature | Donald G Meyer — Printed

By my/our signature(s), I/we swear and affirm the above statement is true and accurate under penalty of perjury. I am aware that the law provides severe penalties for making false statements under oath.

Signature: Donald G Meyer Date: 10-24-17

Signature ______________________ Date: ____________

PLAINTIFF'S EXHIBIT 42A

# KANSAS SECURE POWER OF ATTORNEY 1871584

VEHICLE DESCRIPTION: YEAR 15 MAKE Porsche MODEL BODY TYPE VIN WP1AB2A26FLA59174

A. TRANSFEROR'S POWER OF ATTORNEY TO DISCLOSE MILEAGE

I, Kraft Tool by Donald G. Meyer (transferor's name, print) appoint Aristocrat Motors as my attorney-in-fact (transferee, dealership name, print) ... 10/24/17

I state that the odometer now reads 52714 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked.

(1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of mechanical limits.

(2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

Transferor's Signature: Kraft Tool by Donald G Meyer Transferor's Printed Name: Kraft Tool by Donald G. Meyer

Transferor's Street Address: City St Zip

Transferee's Signature: Kayce Jones Transferee's Printed Name: Kayce Jones

Transferee's Dealership Name: Aristocrat Motors

Business Street Address: 9400 W 65th St City Merriam St KS Zip 66203

B. TRANSFEREE'S POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE
(Part B is invalid unless Part A has been completed.)

I, (transferee's name, print) appoint (transferor's name, print) as my attorney-in-fact for the purpose and with full authority to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

Transferee's Signature: Transferee's Printed Name

Transferee's Name (Typed): Street Address:

City: State Zip Code

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Providing a false statement may result in fines or imprisonment.

I, (transferor's/dealership name, print) state that the odometer now reads (no tenths) miles and to the best of my knowledge that it reflects the actual mileage unless one of the following is checked.

(1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of mechanical limits.

(2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

Transferor's Signature Transferor's Printed Name

Street Address: City

State: Zip Code Date

C. CERTIFICATION (To Be Completed When Parts A and B Have Been Used-Mileage Discrepancies Void Powers of Attorney)

I, (Dealership name, print) hereby certify that the mileage I have disclosed on the title document is consistent with that provided to me in the above power of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is greater than that previously stated on the title and reassignment documents. This certification is not intended to ... nor does it create any new or additional liability under Federal or State law.

Signature: Printed Name

Street Address: City

State: Zip Code Date

[illegible]

PLAINTIFF'S EXHIBIT 43

# CERTIFICATE OF TITLE

## STATE OF KANSAS

| | | | | | |
|---|---|---|---|---|---|
| VIN NO: | WP1AB2A26FLA59974 | STYLE: | UT | MILEAGE: | 18 |
| YEAR: | 2015 | CLASS CODE: | 041 | AND MILEAGE STATUS: REPORTED AS | ACTUAL |
| MAKE: | PORSCHE | EMPTY WEIGHT: | 1597 | DATE OF APPLICATION | 02/20/2019 |
| MODEL: | CAYENNE | | | PURCHASE DATE: | 04/03/2015 |
| TITLE NO: | AA8515389 | | | DATE TITLE PRINTED: | 02/20/2019 |

OWNER(S) NAME AND ADDRESS:

KRAFT TOOL
3100 W 118TH ST
LEAWOOD, KS 66211-3058

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIENS(S):

TRANSFER ON DEATH BENEFACTOR(S):

MAILING INFORMATION ONLY

KRAFT TOOL
3100 W 118TH ST
LEAWOOD, KS 66211-3058

VEHICLE RECORD NOTATIONS:

REPLACEMENT TITLE

VEHICLE BRANDS:

KANSAS IS AN ELECTRONIC TITLING STATE. A KANSAS TITLE WITH A LIEN INDICATED WILL ONLY BE ISSUED AND MAILED DIRECTLY TO A REQUESTING TITLING JURISDICTION WITH LIENHOLDER'S CONSENT.

I, the undersigned, hereby certify that I have approved an application for certificate of title for the vehicle described hereon pursuant to the provisions of the Motor Vehicle Laws of this State, and the applicant named on the face hereof has been duly recorded as the lawful owner of said vehicle.
I further certify that the vehicle is subject to the security interests shown herein, if any. However, the vehicle may be subject to other security interests.

A0032926

David N. Harper
Director of Vehicles

Samuel M. Williams
Secretary of Revenue

VOID WITHOUT WATERMARK - HOLD TO LIGHT TO VIEW

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, WHITEOUT, ALTERATIONS OR MUTILATIONS

PLAINTIFF'S EXHIBIT 44

## Kansas Department of Revenue
## Manual Title Application

***Mail or take completed application to the County Treasurer's Motor Vehicle Office.***
***DO NOT send cash. Checks and money orders accepted.***

**Check One:**

☒ Replacement ($10.00) ☐ Add Lien ($11.50) ☐ Replace and Add Lien ($21.50)
☐ Remove Lien ($10.00) ☐ Replace and Remove Lien ($20.00)

**If replacing a title, check reason for replacement:**

☐ Lost ☐ Mutilated (attach title) ☐ Has become Illegible (attach title)

**Owner Information:**

KS Driver's License #, Kansas ID # or FEIN: ______

Name: KRAFT TOOL

IRP/CMV Acct. #: ______ US DOT #: ______

8325 HEDGE LANE TER SHAWNEE KS 66227-3544
Street Address City State Zip

**Phone Number:** 913-677-3300 **Email Address:** KAYCE.JONES@ARISTOCRATMOTORS.COM

**Vehicle Information:**

VIN: WP1AB2A26FLA59974 Year: 2015 Make: PORSCHE

License Plate Number: ______ Vehicle is/was titled in the County of: ______ KS

**Address to Mail Title (Complete information only if the address above is not where you want your title to be mailed):**

ARISTOCRAT MOTORS 9400 W 65TH ST MERRIAM KS 66203
Street Address City State Zip

**1st Lien Holder Information:**

Name ______

Address: ______
Street Address City State Zip

**2nd Lien Holder Information:**

Name ______

Address: ______
Street Address City State Zip

By my/our signature(s), I/we swear that I/we are the owner(s) of the above listed vehicle, that all liens and encumbrances, if any, are listed and that all information state here in is true, complete and correct. I/we are aware that the law provides severe penalties for making false statement under oath.

**Signature(s) of Registered Owner(s):**

Kraft Tool by Donald G Mayerby Kayce Jones POA Date: 2/20/19

______ Date: ______

TR-720B (Rev. 0916)

# Instructions

Kansas is an electronic title state. An Add Lien or Replacement title is not printed due to the lien listed on the vehicle record. If a lienholder is shown on the registration receipt, there is a lien/loan on the vehicle record. Only vehicles with no lien holder will have a paper title issued.

**Replacement:** Replaces lost, mutilated or illegible title.

**Add Lien:** Adds a lien holder to a title (attach title).

**Remove Lien:** Removes the lien from the title (attach title).

- Signatures of the owners must match the names on the face of the current Kansas title record.
- To remove an existing lien, a notarized lien release is required.
- Record the name and address of the secured party/lienholder, if applicable.
- A copy of the security agreement is not necessary.
- If a legal document or power of attorney is used, please attach it to the application.
- Incomplete information or missing signatures will void this application.
- If two or more persons are shown on the face of the title as owners with an 'and" between the names, all persons must sign this application.
- Vehicles with a GVWR of 26,000 lbs or less cannot use this form to add a second lien. Please use the Refinance Secured Title Application, form TR-720R.
- If a replacement title is being requested, attach the current title to this application if the reason selected is mutilated or has become illegible.
- You must provide a phone number as this is a required field.
- Please include your area code when entering your phone number.
- If someone other than the owner of the vehicle presents this form to pick up the title, they will need to supply a signed Power of Attorney document. Otherwise, the title will be sent to the address listed on this form.

**KANSAS DEPARTMENT OF REVENUE**
**POWER OF ATTORNEY**
www.ksrevenue.org
(For vehicles only)

**CUST# 24680**
**DEAL# 126664**

PLAINTIFF'S EXHIBIT 45

I the undersigned vehicle owner, hereby appoint:

(Name) ARISTOCRAT MOTORS

My true and lawful attorney-in-fact, to apply for a Certificate of Title and/or Registrations upon and/or endorse and transfer title thereto for the following described vehicle:

Year: **2015** Make: **PORSCHE** Style: **UT**

VIN: **WP1AB2A26FLA59974**

And represent in such transfer assignment that aforementioned vehicle title is free and clear of all liens and encumbrances, except: **(If none, write "None")**

1st Lienholder:

2nd Lienholder: **NONE**

By my signature I swear or affirm that this is a true and correct statement. I am aware that the law provides severe penalties for making false statements under oath.

**Hand Printed Owner Name:** KRAFT TOOL BY DONALD G. MEYER

**Owner Signature:** Kraft Tool by Donald G. Meyer

**Date:** 2/20/19

Federal and state law prohibits a person from signing for both buyer and seller and disclosing mileage in the same transaction, with the exception of exempt vehicles, i.e., heavy trucks, vehicles ten model years old or older. In order for a person to sign for both buyer and seller on a conforming title or an odometer disclosure statement, a "Secured Power of Attorney" must be used.

CJ Bishop

CYNTHIA L. BISHOP
Notary Public-State of Kansas
My Appt. Expires 2-2-20

Some notes on the Registration of Your Vehicle

**Enclosed: Registration Documents**

Thank you again for selecting Aristocrat for the purchase of your vehicle. We are proud of the products we offer, and the fact that by your choice, you placed your confidence in our products and our team of associates.

Enclosed you will find the title/MSO and Title Application for your vehicle. Since you are a Missouri resident registering your vehicle in Missouri, if you purchased **a pre-owned vehicle**, you will need to have an identification number (VIN)/odometer inspection done **PRIOR** to registration. This inspection can be completed by a Missouri Authorized Inspection Station, or any Missouri Auto Dealership. For this inspection there is a $12.00 fee. In lieu of this you can also have a Missouri Safety Inspection done.

To register your vehicle you will need to have the following items to present to the Department of Revenue:

- [illegible]
- Title Application
- [illegible]
- [illegible]
- [illegible]
- [illegible]

[illegible]

## Title Snapshot

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Title Nbr: | **AB1378637** | Date Of Application: | **08/05/2021** | VIN/HIN: | **WP1AB2A26FLA59974** | Transfer Reason: | |
| Year: | **2015** | Make: | **PORSCHE** | Model: | **Cayenne** | Style: | **UT** |
| County/Organization: | **Johnson** | Title Type: | **Regular** | Title Status Date: | **08/05/2021** | | |
| Odometer: | **18 Miles Actual** | Unladen Weight/Material: | **4597** | Owner Tracking Nbr: | | Customer Number: | **5290782** |
| Class: | **041** | Purchased Date: | **04/03/2015** | Print Date: | **08/05/2021** | Usage Type: | **Regular** |

Owner(s) Name and Address:

**Kraft Tool**
**3100 W 118th St**
**Leawood, KS 662113058**

PLAINTIFF'S EXHIBIT
tabbies
46

Mail To:

**Kraft Tool**
**3100 W 118th St**
**Leawood, KS 66211 USA**

---

This vehicle has following Previous Owner:
**Aristocrat Motors**
**9400 West 65Th St**
**Merriam, KS 66203**

---

This vehicle/vessel is subject to the following security interest(s):

1st Security Interest | If there are NO Security Interests "X" here: X
Date Added:
Held By: | Tracking Nbr:
Address:

---

2nd Security Interest
Date Added:
Held By: | Tracking Nbr:
Address:

---

This vehicle has following Transfer on Death Designees:

---

This vehicle has following Designations:

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Replacement Title: | **Yes** | Created By: | **kvtshct** | Document ID: | | Electronic: | **No** |

STATE of KANSAS
REGISTRATION/SECURITY INTEREST
VERIFICATION
CLK. LLB DATE 4-6-2023

PLAINTIFF'S EXHIBIT 47

STATE OF Kansas )
) ss.
COUNTY OF Johnson )

## AFFIDAVIT OF RON MEYER

I, Ron Meyer, of lawful age, and being duly sworn upon my oath, state upon personal knowledge, on my own behalf and on behalf of Kraft Tool Co.:

1. This litigation involves a 2015 Porsche Cayenne, VIN No. WP1AB2A26FLA59974 (hereinafter, the "Vehicle").

2. Through my company, Kraft Tool Co., I purchased the Vehicle (in new condition) from the Aristocrat Motors dealership in Merriam, KS (hereinafter, the "Dealership"), in 2015.

3. I sold the Vehicle back to the dealership in 2017.

4. At the time I sold the Vehicle back to the Dealership, I signed my name as part of a power of attorney assignment to the Dealership, at least two times. Exhibits G1 and G2 to this Affidavit contain my signatures.

5. Exhibits G1 and G2 contain other information. I am unsure how much (if any) of that other content appeared on those documents, when I wrote my signature in 2017.

6. At the time I sold the Vehicle back to the Dealership, I also signed the back of the title. The original title document (attached as Exhibit G3 to this affidavit) contains my signature.

7. At the time I sold the Vehicle back to the dealership, I viewed the sale as final, and neither I nor Kraft Tool Co. had any continuing expectation of ownership of the Vehicle.

8. To this day, I don't view myself (or Kraft Tool Co.) as an owner of the Vehicle.

9. I do not want to be awarded the Vehicle as part of this litigation. As far as I am concerned, my ownership rights to the Vehicle ended in 2017.

EXHIBIT G

10. Neither I nor Kraft Tool Co. have been a party to any transactions involving the Vehicle, since I sold the Vehicle back in 2017. Neither I nor Kraft Tool Co. contracted with Chapter Jackson and/or Michael Russaw with respect to the Vehicle.

11. Any actions taken by me with respect to the Vehicle (to the extent they were taken at all) were taken in my capacity as an agent of Kraft Tool Co., and not in my personal capacity.

12. Personally, I don't believe I ever communicated with Chapter Jackson or Michael Russaw with respect to the Vehicle. In 2021, someone showed up to my home looking to speak with me, and then showed up at my office, to discuss the Vehicle. I am unsure who this person was.

PLAINTIFF'S EXHIBIT 47a

FURTHER AFFIANT SAYETH NOT.

Ron Meyer (signature)

Ron Meyer

In witness whereof, I have hereunto subscribed my name and affixed my official notary seal of the State of Kansas, on October 12, 2023.

NOTARY PUBLIC State of Kansas
KA CONNIE XIONG OWEN
MY APPT EXPIRES 10/05/2026

Notary Public in and for said County and State

My Commission Expires:

10/05/2026

**KANSAS DEPARTMENT OF REVENUE**
**POWER OF ATTORNEY**
www.ksrevenue.org
(For vehicles only)

**CUST# 24680**
**DEAL# 126664**

PLAINTIFF'S EXHIBIT 47B

I the undersigned vehicle owner, hereby appoint:

(Name) ARISTOCRAT MOTORS

My true and lawful attorney-in-fact, to apply for a Certificate of Title and/or Registrations upon and/or endorse and transfer title thereto for the following described vehicle:

Year: **2015** Make: **PORSCHE** Style: **UT**

VIN: **WP1AB2A26FLA59974**

And represent in such transfer assignment that aforementioned vehicle title is free and clear of all liens and encumbrances, except: (If none, write "None")

1st Lienholder:

2nd Lienholder: **NONE**

By my signature I swear or affirm that this is a true and correct statement. I am aware that the law provides severe penalties for making false statements under oath.

**Hand Printed Owner Name:** KRAFT TOOL BY DONALD G. MEYER

**Owner Signature:** Kraft Tool by Donald G Meyer

**Date:** 2/20/19

Federal and state law prohibits a person from signing for both buyer and seller and disclosing mileage in the same transaction, with the exception of exempt vehicles, i.e., heavy trucks, vehicles ten model years old or older. In order for a person to sign for both buyer and seller on a conforming title or an odometer disclosure statement, a "Secured Power of Attorney" must be used.

C J Bishop
CYNTHIA L. BISHOP
Notary Public-State of Kansas
My Appt. Expires 2-2-20

TR-41 (Rev. 06/16)

55722*1*ARIST-FI

**EXHIBIT G1**

T.E.N. 000086

# KANSAS SECURE POWER OF ATTORNEY 1871584

VEHICLE DESCRIPTION: YEAR 15 MAKE Porsche MODEL BODY TYPE VIN WP1AB2A26FLA59174

A. TRANSFEROR'S POWER OF ATTORNEY TO DISCLOSE MILEAGE

(transferor's name, print) Kraft Tool by Donald G. Meyer

(transferee's name, print) Aristocrat Motors

... 10/24/17

I state that the odometer now reads 52714 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked.

(1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of mechanical limits.

(2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

Transferor's Signature: Kraft Tool by Donald G. Meyer Transferor's Printed Name: Kraft Tool by Donald G. Meyer

Transferor's Street Address: City St Zip

Transferee's Signature: Kayce Jones Transferee's Printed Name: Kayce Jones

Transferee's Dealership Name: Aristocrat Motors

Business Street Address: 9400 W 65th St City Merriam St KS Zip 66203

B. TRANSFEREE'S POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE
(Part B is invalid unless Part A has been completed.)

I, (transferee's name, print) appoint (transferor's name, print) as my attorney-in-fact for the purpose and with full authority to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

Transferee's Signature: Transferee's Printed Name

Transferee's Name (Typed): Street Address:

City State Zip Code

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Providing a false statement may result in fines or imprisonment.

I, (transferor's/dealership name, print) state that the odometer now reads (no tenths) miles and to the best of my knowledge that it reflects the actual mileage unless one of the following is checked.

(1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of mechanical limits.

(2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING ODOMETER DISCREPANCY

Transferor's Signature: Transferor's Printed Name

Street Address: City

State: Zip Code Date

C. CERTIFICATION (To Be Completed When Parts A and B Have Been Used-Mileage Discrepancies Void Powers of Attorney)

I, (Dealership name, print) hereby certify that the mileage I have disclosed on the title document is consistent with that provided to me in the above power of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is greater than that previously stated on the title and reassignment documents. This certification is not intended to create, nor does it create, any new or additional liability under Federal or State law.

Signature: Printed Name

Street Address: City

State: Zip Code: Date

EXHIBIT 41c

**EXHIBIT G2**

T.E.N. 000090

Missouri Department of Revenue
PO Box 3355
Jefferson City, MO 65105-3355

PLAINTIFF'S EXHIBIT
47

Chrysler Capital
PO Box 961272
Ft Worth, TX 76161

You have successfully filed a Notice of Lien with the following information:

**Owner Information**

| | |
|---|---|
| Owner | Russaw Michael A & Jackson Chapter K<br>421 SW Stacy Dr<br>Lees Summit, MO 64082 |
| DLN/FEIN Number | |

**Unit Description**

| | |
|---|---|
| Vehicle Type | Passenger Vehicle |
| Make POR | Year 2015 |
| VIN/HIN | WP1AB2A26FLA59974 |
| Purchase Date | 12/04/2018 |
| Lien Date | 12/04/2018 |
| Net Price | $0 |

**Lien Information**

| | | |
|---|---|---|
| Lienholder Type | Bank/Savings And Loan | |
| Lienholder ID Number | 0-63949 | |
| Lienholder | Chrysler Capital<br>PO Box 961272<br>Ft Worth, TX 76161 | |
| | Future Advances | No |
| | Refinance or No Change Of Ownership | No |

**Filing Information**

| | |
|---|---|
| NOL File Date | 01/09/2019 |
| Fee | $2.50 |
| Office Number | 227-001 |
| Control Number | 160002IW |

This is your receipt - Please print this page for your records.

Print

CHRYSLER
CAPITAL

PLAINTIFF'S EXHIBIT 48

P.O. Box 961275<br />Fort Worth, TX 76161

Date: January 14, 2022
To: MICHAEL A RUSSAW
Fax:
From: Chrysler Capital

---

Comments:

©2013 Chrysler Capital. Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**NOTICE TO CALIFORNIA RESIDENTS**: You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**NOTICE TO MAINE RESIDENTS**: Hours of operation: 7 a.m. to 9 p.m. Central Time, Monday through Friday. Our toll free telephone number is 1.855.563.5635.

**NOTICE TO MASSACHUSETTS RESIDENTS**: Hours of operation: 7 a.m. to 9 p.m. Central Time, Monday through Friday. Our toll free telephone number is 1.855.563.5635.

**Notice of Important Rights**:You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to Chrysler Capital.

**NOTICE TO BUFFALO RESIDENTS**: This collection agency is licensed by the City of Buffalo, New York License Number 556975.

**NOTICE TO NEW YORK CITY RESIDENTS**: This collection agency is licensed by the New York City Department of Consumer Affairs License Number 1343310.

**Confidentiality Notice:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual(s) or entity named in this document. If the reader is not the intended recipient, he/she is hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited.

©2013 Chrysler Capital. Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc.

CHRYSLER
CAPITAL

P.O. Box 961275<br />Fort Worth, TX 76161

**Account Number:** 22142238 **Primary Name:** MICHAEL A RUSSAW

| Good Through | Total Payoff | Principal | Interest | Late Fees | Misc. Fees | |
|---|---|---|---|---|---|---|
| 1/28/2022 | $23,208.56 | $20,609.12 | $2,474.44 | $125.00 | $0.00 | |

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| 12/29/2021 | $25.00 | $0.00 | $0.00 | $25.00 | $0.00 | $20,609.12 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 11/29/2021 | $25.00 | $0.00 | $0.00 | $25.00 | $0.00 | $20,609.12 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 10/29/2021 | $25.00 | $0.00 | $0.00 | $25.00 | $0.00 | $20,609.12 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 9/29/2021 | $25.00 | $0.00 | $0.00 | $25.00 | $0.00 | $20,609.12 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 8/29/2021 | $25.00 | $0.00 | $0.00 | $25.00 | $0.00 | $20,609.12 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 7/9/2021 | $-850.00 | $-35.96 | $-814.04 | $0.00 | $0.00 | $20,609.12 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 6/26/2021 | $-811.24 | $0.00 | $-811.24 | $0.00 | $0.00 | $20,645.08 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 5/17/2021 | $-811.24 | $0.00 | $-811.24 | $0.00 | $0.00 | $20,645.08 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 1/17/2021 | $-2,000.00 | $-1,082.86 | $-917.14 | $0.00 | $0.00 | $20,645.08 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 1/8/2021 | $-25.00 | $0.00 | $0.00 | $-25.00 | $0.00 | $21,727.94 |
| Waive late charge fee<br>Waiver of Fees | | | | | | |
| 12/29/2020 | $25.00 | $0.00 | $0.00 | $25.00 | $0.00 | $21,727.94 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 11/16/2020 | $-1,500.00 | $-1,050.59 | $-449.41 | $0.00 | $0.00 | $21,727.94 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 10/18/2020 | $-1,500.00 | $-998.54 | $-501.46 | $0.00 | $0.00 | $22,778.53 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 9/17/2020 | $-1,500.00 | $-961.43 | $-538.57 | $0.00 | $0.00 | $23,777.07 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 8/16/2020 | $-1,500.00 | $-1,043.95 | $-456.05 | $0.00 | $0.00 | $24,738.50 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 7/21/2020 | $-811.24 | $-210.00 | $-601.24 | $0.00 | $0.00 | $25,782.45 |
| System allocated payment<br>IVR - Pinless Debit (no fee) | | | | | | |
| 6/17/2020 | $-811.24 | $-257.62 | $-553.62 | $0.00 | $0.00 | $25,992.45 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 5/17/2020 | $-1,000.00 | $-437.16 | $-562.84 | $0.00 | $0.00 | $26,250.07 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 4/16/2020 | $-811.24 | $-261.23 | $-550.01 | $0.00 | $0.00 | $26,687.23 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 3/17/2020 | $-811.24 | $-256.00 | $-555.24 | $0.00 | $0.00 | $26,948.46 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 2/16/2020 | $-811.24 | $-250.88 | $-560.36 | $0.00 | $0.00 | $27,204.46 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 1/17/2020 | $-811.24 | $-226.65 | $-584.59 | $0.00 | $0.00 | $27,455.34 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 12/17/2019 | $-811.24 | $-258.48 | $-552.76 | $0.00 | $0.00 | $27,681.99 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 11/18/2019 | $-811.24 | $-215.79 | $-595.45 | $0.00 | $0.00 | $27,940.47 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 10/18/2019 | $-811.24 | $-230.29 | $-580.95 | $0.00 | $0.00 | $28,156.26 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | $-811.24 | $-187.47 | $-623.77 | $0.00 | $0.00 | $28,386.55 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 8/17/2019 | $-811.24 | $-202.67 | $-608.57 | $0.00 | $0.00 | $28,574.02 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 7/17/2019 | $-811.24 | $-217.84 | $-593.40 | $0.00 | $0.00 | $28,776.69 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 6/17/2019 | $-836.23 | $-410.04 | $-401.19 | $0.00 | $-25.00 | $28,994.53 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 5/28/2019 | $-811.24 | $-205.25 | $-605.99 | $0.00 | $0.00 | $29,404.57 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 4/28/2019 | $-811.24 | $-181.23 | $-630.01 | $0.00 | $0.00 | $29,609.82 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 3/28/2019 | $-811.24 | $-108.45 | $-702.79 | $0.00 | $0.00 | $29,791.05 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 3/2/2019 | $-811.24 | $0.00 | $-811.24 | $0.00 | $0.00 | $29,899.50 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 3/1/2019 | $25.00 | $0.00 | $0.00 | $25.00 | $0.00 | $29,899.50 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 2/15/2019 | $-25.00 | $0.00 | $0.00 | $-25.00 | $0.00 | $29,899.50 |
| Waive late charge fee<br>Waiver of Fees | | | | | | |
| 2/14/2019 | $-811.25 | $0.00 | $-811.25 | $0.00 | $0.00 | $29,899.50 |
| System allocated payment<br>Lockbox Payment<br>BTCH# 00001453 SEQ# 0004 CK# 000000 | | | | | | |
| 1/29/2019 | $25.00 | $0.00 | $0.00 | $25.00 | $0.00 | $29,899.50 |
| Late charge assessment<br>System Generated Transaction | | | | | | |

**Confidentiality Notice:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual(s) or entity named in this document. If the reader is not the intended recipient, he/she is hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited.

©2013 Chrysler Capital. Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc.

PLAINTIFF'S EXHIBIT 50

STATE OF KANSAS
Tenth Judicial District

**OFFICE OF DISTRICT ATTORNEY**

STEPHEN M. HOWE, DISTRICT ATTORNEY

August 18th, 2021

Chapter Jackson
P.O. Box 11143
Overland Park, KS 66207

Re: Aristocrat Motors
DA21-261

Dear Jackson,

Thank you for contacting our office. We have received and reviewed your consumer complaint against Aristocrat Motors. Your file has been assigned to Investigator Tivol Lewis, and the case number is DA21-261. The investigative process generally takes several weeks or longer, depending on the complexity of the investigation. We appreciate your patience during this process.

If you have any additional information, please send it to the attention of Tivol Lewis. Please be sure to include your case number on the first page you send.

Sincerely,

Consumer Fraud Division

PLAINTIFF'S EXHIBIT 49

STATE OF KANSAS
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION AND ANTITRUST DIVISION

DEREK SCHMIDT
ATTORNEY GENERAL

MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597
(785) 296-3751 • FAX (785) 291-3699
TOLL FREE IN KANSAS (800) 432-2310
WWW.INYOURCORNERKANSAS.ORG

August 10, 2021

Chapter Jackson
PO Box 11143
Overland Park, KS 66207

**RE: Supplier: IDENTITY THEFT**
**Our File No: CP-21-002575**

Dear Ms. Jackson:

Thank you for contacting the Consumer Protection Division within the Office of Kansas Attorney General Derek Schmidt regarding the above-named supplier. Your complaint has been reviewed and may fall under the jurisdiction of Johnson County District Attorney. We are forwarding your information to that agency and have closed our file. You may contact them with further questions by using the information below:

Johnson County District Attorney
Attn: Vicki Herlihy
150 Santa Fe Street
Olathe, KS 66061
913-715-3000

We trust this information is useful to you. You're welcome to contact our office again if we can assist you with future matters.

Sincerely,

Ed Burr
Investigator
OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT
Consumer Protection/Antitrust Division

PLAINTIFF'S EXHIBIT 51

STATE OF KANSAS
Tenth Judicial District

# OFFICE OF DISTRICT ATTORNEY

STEPHEN M. HOWE, DISTRICT ATTORNEY

September 8th, 2021

To Whom It May Concern:

Please find enclosed a subpoena issued under the authority of the Kansas Consumer Protection Act, K.S.A. 50-623 *et seq*. This inquiry is civil in nature and based upon reason to believe that a supplier has violated the provisions of the KCPA within Johnson County, Kansas.

You or your representative are directed to comply with the terms of the subpoena and produce the requested matter within 30 days from receipt. If you seek clarification or wish to request an extension to respond, you may contact the Consumer Protection Division at (913) 715-3003.

Failure to respond may result in court orders as set forth in K.S.A. 50-631(e).

Thank you for your prompt attention to this matter.

Sincerely,

Consumer Protection Division

Enclosure

PLAINTIFF'S EXHIBIT 52

OFFICE OF THE DISTRICT ATTORNEY
TENTH JUDICIAL DISTRICT
CONSUMER FRAUD DIVISION
Johnson County Courthouse
P.O. Box 728
Olathe, Kansas 66051
(913) 715-3000

Stephen M. Howe, District Attorney

**SUBPOENA DUCES TECUM**

| | | |
|---|---|---|
| STATE OF KANSAS | ) | |
| COUNTY OF JOHNSON | ) | File No. DA21-261 |
| | ) | |

PURSUANT TO THE KANSAS CONSUMER PROTECTION ACT (K.S.A. 50-623 *et seq.*)

TO: Aristocrat Motors
ATTN: Marion Battaglia, President
9400 W. 65th Street
Merriam, KS 66203

**WHEREAS, I, STEPHEN M. HOWE,** District Attorney of the Tenth Judicial District of Kansas, have reason to believe that a supplier has engaged in, is engaging in, or is about to engage in an act or practice in violation of K.S.A. 50-623 *et seq.*, and I believe it to be in the public interest that an investigation should be made to ascertain whether a supplier in fact has engaged in, is engaging in, or is about to engage in said unlawful act or practice.

**THEREFORE**, you are hereby notified and commanded to deliver within 30 days, to Emilie Burdette, a duly appointed, qualified and acting Assistant District Attorney of Johnson County, State of Kansas, Office of the District Attorney, Johnson County Courthouse, 150 W. Santa Fe. Street, 3rd floor, Olathe, KS 66061, the subject matter and evidence requested below pursuant to K.S.A. 50-631 and K.S.A. 50-633:

INSTRUCTIONS

1. **As used herein, the term "Business" shall mean Aristocrat Motors and all of its subsidiaries and departments.**

2. **Documents no longer in possession of respondent/destroyed documents:** If any responsive document is no longer in your possession, custody or control, you may produce a description of each such document. The description shall include the following:

   a. the name of each author, sender, creator, and initiator of such document;
   b. the name of each recipient, addressee, or party for whom such document was intended;

c. the date the document was created;
d. the date(s) the document was in use;
e. a detailed description of the content of the document;
f. the reason it is no longer in your possession, custody or control; and
g. the document's current location.

If the document is no longer in existence, in addition to providing the information indicated above, state on whose instructions the document was destroyed/disposed of and provide the date and manner of the disposal.

3. **Electronic documents and electronic production**: If any responsive document is available in electronic format, the document may be provided in electronic format. Electronic documents shall be produced in their native form or format with all metadata, and shall include all file, record, instructions, codes, or other information necessary to retrieve the data. Such electronic records or data should be provided on CD ROMs, USB mass storage devices such as external hard drives or flash drives, or on such other media agreed to by the Johnson County District Attorney. Further, all responsive documents may be provided via CD ROMs or on USB mass storage devices, so long as the documents are organized in a responsive manner by corresponding question number. Electronic mail is not an accepted method of production.

5. **Duty to supplement**: This subpoena is continuing in nature. You are required to amend your responses to the requests contained within this subpoena if: (1) you discover that the previous response was incorrect when made; or (2) after responding, you obtain or become aware of any additional information responsive to this subpoena. You are requested to provide such additional information until such time that you receive further notice from the Johnson County District Attorney.

6. **Declaration:** A copy of the included Declaration should be completed and delivered to the Johnson County District Attorney's Office with the production either in hard copy or included in an electronic production.

**REQUESTS**

1. Identify the following:

   a. the individual providing answers and/or documents in response to the following; including name, title or position, address and telephone number;

   b. the correct name of the Business and the address and telephone number of the principal place of business;

   c. the address and telephone number of all branch offices of the Business;

   d. the form of the Business, i.e., corporation, partnership, sole proprietorship; and

      i. if incorporated, include photocopies of Articles of Incorporation or charters, a copy of the most recent annual report, and a list of the current and past officers and shareholders in the corporation and their contact information:

ii. if a limited liability company, include a copy of the operating agreement and a list of the current and past managers and members of the company and their contact information;

iii. if a partnership, include name of general and limited partners and their contact information;

iv. if a sole proprietor, include name of proprietor and personal and business address and telephone number.

2. Provide documents detailing any other names under which the Business operates, including the complete mailing address and telephone numbers.

3. Provide documents detailing the name, address and telephone number of the registered agent for the Business.

4. Provide a list of injunctions, cease and desist orders, civil lawsuits or criminal charges involving the Business within the last five years. Identify the office or administrative agency that instituted the action, the date the action was instituted, and the outcome of the action, as well as provide a copy of the final order or judgment.

5. If the Business or any of its subsidiaries have filed for bankruptcy protection or any other court ordered corporate debt or other restructuring provide documentation indicating the nature of the case, the court in which it was filed, and the current status of the proceedings.

6. Provide copies of all licenses, permits and documents of registration wherein the Business has been granted authority to do business in Kansas and/or Johnson County, Kansas, including but not limited to local business licenses and permits, Articles of Incorporation, a list of partners and/or directors and/or fictitious name registration.

7. Provide copies of all documents (complete dealer's jacket), including all correspondence such as texts and e-mails for a transaction occurring on or about December 4th, 2018 between the Business and Michael Russaw and Chapter Jackson for the purchase of a 2015 Porsche Cayenne with VIN#WP1AB2A26FLA59974. Documents should include but not be limited to:

a. Purchase Agreement/Contract
b. Bill of Sale
c. Certificate of Title/Application For Title
d. Odometer Certification/Disclosure Statement
e. Retail Installment Sale Contract
f. Vehicle Service Contract
g. We Owe/You Owe
h. Credit Application
i. Disclosure of Dealer's Information Prior Use of Vehicle
j. Privacy Notice
k. Consumer's Right of Inspection
l. Agreement To Provide Insurance
m. Buyer's Guide

8. Provide a copy of the down payment check (payment) received from Michael Russaw and/or Chapter Jackson to the Business concerning the transaction described in number 7 above.
9. Provide copies of documents indicating the date and time the Business cashed/deposited the check identified in number 8 above.
10. Provide documents which identify the employee(s) of the Business who sold Michael Russaw and Chapter Jackson the 2015 Porsche Cayenne.
11. For each employee identified in number 10 above, provide a copy of their license to sell automobiles in Kansas.
12. Provide copies of all correspondence between the Business and Michael Russaw and Chapter Jackson concerning the delivery and/or pickup of the 2015 Porsche Cayenne.
13. Provide a copy of any documents concerning the credit approval, rating, interest rate, and suggested down payment for the purchase of a 2015 Porsche Cayenne by Michael Russaw and Chapter Jackson from the Business.
14. Provide copies of all temporary tags provided by the Business to Michael Russaw and/or Chapter Jackson for the 2015 Porsche Cayenne with VIN#WP1AB2A26FLA59974.
15. Provide all documents related to all titles received by the Business for the 2015 Porsche Cayenne with VIN#WP1AB2A26FLA59974, including but not limited to duplicate titles applied for and received by the Business.

This information is to be supplied to the above-referenced Assistant District Attorney within 30 days of this subpoena being served. Final date of service on this subpoena shall be the date of receipt.

**FAIL NOT UNDER PENALTY OF LAW.**

**WITNESS MY HAND** this 7th day of _September_, 2021_.

Stephen M. Howe
District Attorney

By: [signature]
Emilie Burdette
Assistant District Attorney

# DECLARATION

STATE OF KANSAS )
COUNTY OF JOHNSON ) File No. DA21-261
)

I, ______________________, being first duly sworn, on oath, depose and say that:

(1) I am a duly authorized custodian of the business records of ______________________ and have the authority to certify those records.

(2) The copy of the records produced in response to the Subpoena are a true copy of the records in the possession, custody and/or control of the Business.

(3) The records were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

______________________
Signature of Custodian

# OFFICER'S RETURN

I received this subpoena on the 8th day of September 2021, and served the same by mailing/delivering a true and correct copy to the party named at the time and place following:

Place:

Aristocrat Motors
Attention: Marion Battaglia, President
9400 W. 65th Street
Merriam, KS 66203

Date and Time: 9/8/21 11:20 Method of Service: U.S. Certified Mail

Officer's Signature: ____________

Tivol C. Lewis, Investigator

PLAINTIFF'S EXHIBIT 53

CHRYSLER
CAPITAL

No book out sent w/ contract

January 11, 2019

TEN INVESTMENTS INC
9400 W 65TH ST
MERRIAM, KS 66203

**Returned Contract Package from Chrysler Capital**
**Application ID: 106194276**

Dear TEN INVESTMENTS INC,
We have reviewed the enclosed contract package for Michael Russaw and are returning it due to the following reason(s):

- Title: Does Not Meet Requirements
- Title: Does Not Meet Requirements
- Stips Not Received: Book Out
- Stips Not Received: Book Out
- Down Payment: Not Received
- Down Payment: Not Received
- Dealer: Expired Approval
- Dealer: Expired Approval

Book out!! sent w/ contract
they are putting same book.

Please refer to the DealerTrack Contract Status or RouteOne Decision Details screen for further details.

**Please return the corrected contract package to:**
Chrysler Capital
3268 Progress Way, Suite 2049
Wilmington, OH 45177

Tony
coaxing fee

Chrysler Capital is committed to excellent service. If you have any questions, please call our Funding Department at 855-976-9766.

Thank you for choosing Chrysler Capital.

Need Book

Sincerely,
**Chrysler Capital**

didnt ask for stips until after approval expired

Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc.

DCN - 107787455

expiration fee $295
Anthony McCoy (214) 452-5867

PLAINTIFF'S EXHIBIT 54

# VIN WP1AB2A26FLA59974 ( Title Fraud)

From: Chapter Jackson (chapterjackson816@yahoo.com)

To: robert.hellweg@soaveauto.com; eorequest@santanderconsumerusa.com; marion.battaglia@soaveauto.com; kayce.jones@soaveauto.com; customersupport@porsche.com; kevin.killilea@soaveauto.com; ryan.meyer@soaveauto.com; sales@krafttool.com; salesorders@krafttool.com

Bcc: amanda.harmon@ks.gov

Date: Wednesday, August 11, 2021, 11:59 AM CDT

Dear Mr. Hellweg, Soave Automotive Group, Chrysler Capital, Aristocrat Motors, Porsche Corp, Marion Battaglia, and Kevin Killilea,

Does Aristocrat Motors or any of its sister companies have or had an employee by the name of Kayce Jones. Does Kayce Jones work for the company as of today? If so may I have his or her email address? I am placing all on notice of Fraud.

Kaye Jones; has represented a purported person by the name of Donald G Meyer (on behalf of Aristocrat Motors for the sale of VIN WP1AB2A26FLA59974 ) on attached document Page 1 Kansas Secure Power of Attorney; however there is no such of a person that works for Kraft Tool by the name of Donald G Meyer who is an authorized agent or by such name. Kaye Jones signed the title on behalf of Donald G Meyer as the power of attorney for a person who doesn't exist. Please see attached document Page 1 which he or she signed under oath for a Donald G Meyer on behalf of Kraft Tool as SPOA (Attachment Page 1 ) Assignment of Title for the vehicle .

Also someone has signed a affidavit of correction for the motor vehicle department in Johnson County under the penalty of perjury who purports to be a Donald G. Meyer who represents Kraft Tool regrading the sale of the vehicle. The document attached ( Page 2) states quote and is handwritten by a purported Donald G Meyer which states - I, Donald G Meyer do solemnly swear that I signed in addition to signing my business name on back of title in error. The purported person by the Name Donald G Meyer then signs his name and prints such a name Donald G Meyer. I am unable to locate a Donald G Meyer who has any form of association with Kraft Tool. I have located a Donald G Meyer but he has no association with Kraft Tool or the vehicle. My question is simply this: Do you have a Donald G Meyer who is an authorized agent of Kraft Tool that sold a Porsche 2015 on behalf of Kraft Tool with the VIN WP1AB2A26FLA59974 and can you produce such person by this legal name with valid identification whom is associated with Kraft Tool with the exact name of Donald G Meyer?

Attachment Page 3 document is a Kansas Secure Power Of Attorney form which purports to be the transferors name of Donald G Meyer for the VIN WP1AB2A26FLA59974. This document has a purported signature of a Donald G Meyer on behalf of Kraft Tool as authorized agent the form doesn't give Donald G Meyers Drivers License Number at the top of the page nor the state in which it was issued; nor does this document give Donald G Meyers street address. This purported Donald G Meyer purports to have signed a power of attorney authorizing Kayce Jones as SPOA on 10/24/17 ( Page 3) although NO Donald G Meyer exist who is affiliated with Kraft Tool.

However the signature of Donald G Meyer on attachment page 2 and Donald G Meyer signature on attachment page 3 is drastically different and such a person by the name of Donald G Meyer again such person doesn't exist nor such a person by the name of Donald G Meyer have any connections with Kraft Tool. The name Donald G

Meyer is very specific and such a name is handwritten on the documents ( Attachment page 3) which purports to transfer title of the VIN WP1AB2A26FLA59974 to aristocrat motors on 10/24/17 although such is of a forgery/ fraudulent. Can you provide me with evidence that a Donald G Meyer exist in which his full name would match the documents of title transfer.

It is my understanding that a Donald G Meyer doesn't exist and that there is no authorized agent by the name of Donald G Meyer with Kraft Tool and if in fact it isn't a Donald G Meyer whom was the authorized agent the purchase of the vehicle is not valid purchase which also means the vehicle was not legally sold to aristocrat motors on 10/24/17 which means Aristocrat did not have ownership or a valid title or legal ownership to have sold the vehicle to Micheal Russaw on 12/04/18. If Donald G Meyer ( Authorized Agent of Kraft Tool) doesn't exist the vehicle was never legally sold to Aristocrat motors on 10.24.17. Donald G Meyer would not mis spell his own name on serval documents nor make a hand written statement using a purported name of Donald G Meyer ( Attachment Page 2).

I have done my research on this matter and this information is factual in which I state. Such statements on the DMV documents must be factual for the documents are controlled documents of Kansas Division of Vehicles and made under the penalty of perjury - such documents Donald G Meyer swore the information was true and accurate under the penalty of perjury and a purported Donald G Meyer makes statements that he is aware of the laws that provide penalties for making false statements under oath. Donald G Meyer purports to represent Kraft Tool as the seller and confirmed statements that must have been made to solidify the sale of the vehicle. Also the Assigment of Title Page 1 and Page 6 is incomplete the buyer missed the step of checking the box for the question Is vehicle subject to a lien yes or no one of the boxes must be checked; the Seller did not write in the purchase price of the vehicle under the penalty of perjury.

The Title Documents are incomplete which is dated 10/24/17 and made by Donald G Meyer as an agent of Kraft Tool whom doesn't exist. I am placing Aristocrat Motors on Notice of this fraudulent misrepresentations on the title. All statements must be true on the DMV documents/ records and made correctly and truthfully. Such documents cannot be reproduced and stamped with the date 10/24/17 in the year of 2021 after such has learned about this major issue. The DMV also conformed that Aristocrat Motors applied for a duplicate title on August 5, 2021 although by Kansas statute/law the transaction is void because title was not sent/ given within 60 days. I also see that on 02/20/2019 that someone applied for a duplicate title in Leawood Kansas for the vehicle. The fact that Donald G Meyer purported name and signature is printed and signed all over the title of this vehicle for Kraft Tool as an agent is alarming.

I myself have contacted Kraft Tool at 913-422-4848 and a Donald G Meyer doesn't exist who is a person or agent of the company. I also had
an investigator go to the address on the title which is 3100 W 118th St Leawood, KS 66211 and the investigator confirmed that no Donald G Meyer exist whom has any association with Kraft Tool.
I await your reply.

Chapter Jackson
913-298-1335

Sent from Yahoo Mail. Get the app

RUSSOWJACKSONCOPIES-2.pdf
1.3MB

PLAINTIFF'S EXHIBIT 55

# Request for Documents

From: Chapter Jackson (chapterjackson816@yahoo.com)

To: robert.hellweg@soaveauto.com; marion.battaglia@soaveauto.com; jordan.kivett@aristocratmotors.com; stephanie.turner@soaveauto.com

Date: Wednesday, August 11, 2021, 01:01 PM CDT

Dear Aristocrat Motors,

Please provide me with any and all information/ documents that you have that validates and supports the 24.90 percent interest rate for the loan for the 2015 Porsche Vin Number WP1AB2A26FLA59974. Please provide me with any and all documents but not limited to my FICO score obtained by aristocrat motors to determine the loan interest rate, and any credit reports of mines ( Chapter Jackson). Please disclose what my credit score was at the time of the purported transaction.

Chapter Kris Jackson
913-298-1335

Sent from Yahoo Mail. Get the app

PLAINTIFF'S EXHIBIT 56

**From:** Chapter Jackson <chapterjackson816@yahoo.com>
**Sent:** Friday, August 13, 2021 12:04 PM
**To:** Robert Hellweg <Robert.Hellweg@SoaveAuto.com>; amanda.harmon@ks.gov; eorequest@santanderconsumerusa.com; Marion Battaglia <Marion.Battaglia@SoaveAuto.com>; customersupport@porsche.com; Jackson Jackson <jacksoncjackson@aol.com>; Kevin Killilea <Kevin.Killilea@Soaveauto.com>; mbfs.fraudcontrol@daimler.com
**Subject:** Notice of Fraud -Placing on Notice

Dear Mr. Hellweg, Aristocrat Motors, Chrysler Capital, Mercedes Benz Finserv USA LLC,

I am placing aristocrat motors/ Chrysler Capital on notice. In reviewing the documents I have discovered additional findings of fraud.

The attached document entitled Agreement To Provide Accidental Physical Damage Insurance ( attached as page 1) The Documents states: The purchaser and such document prints Michael Russaw name and address and gives a Bank Info of Mercedes Benz Finserv USA LLC and address of PO BOX 997542 Sacramento Ca 95899-7542. The documents states that Michael Russaw is to provide protection against serious financial loss should an accident or damage occur, I understand that my installment contract requires that the vehicle be continuously covered with insurance against the risk of fire, theft and collision, and that failure to provide such insurance gives the bank listed below( Which is MERCEDES BENZ FINSERV USA LLC not Chrysler Capital) the right to declare the entire unpaid balance immediately due and payable. Accordingly, I have arranged for the required insurance through the insurance company shown below and have requested that the policy contain a loss payable enforcement in favor of the bank listed below ( Mercedes Benz Finserv USA LLC) although the loan is not with Mercedes Benz Finserv USA LLC in Sacramento California. I have also confirmed with Mercedes Benz Finserv USA LLC that no such loan exist.

The document goes on to state that the insurance company name is GEICO and the policy is for Michael Russaw and the policy number for Michael Russaw insurance is 4548871559 for the vehicle identification number WP1AB2A26FLA59974. The purported effective date of the insurance policy was 12/04/18 to 12/22/18. Stephanie Turner - aristocrat motors or Chrysler Capital / of the purported bank Mercedes Benz Finserv USA did not contact the insurance company to confirm any insurance as indicated on the attached document page 1. The Deal Confirmation on ( attached page 1) is left blank the place in which the dealership ( aristocrat was to sign and date is also left blank.

If you review the attachment page two you will find Geico insurance card for policy number 4548871559 and the insured was Chapter Jackson and Christopher Adam Jackson; for Vehicle ID No. WP1AB29P04LA76931 for a Porsche Cayenne year 2004. The insurance was NOT for Micheal Russaw nor for a vehicle 2015 Porsche Cayenne in anyway. Aristocrat Motors never presented an agreement to provide accidental physical damage insurance to me and only Micheal Russaw; whom drove off the lot with the car without any insurance and without aristocrat motors confirming such insurance policy

and with the wrong lender / bank on the agreement (Mercedes Benz Finserv USA LLC is not the bank on the loan). Michael signed the document agreeing to have insurance on the vehicle for the bank Mercedes Benz Finserv USA LLC and NOT Chrysler Capital. Kansas Law requires dealerships to confirm that the person who has purchased a vehicle to have insurance before driving off the lot. There is no agreement with Chrysler Capital that would make it a provision to provide protection against serious financial loss should an accident or damage occur, there is no understanding in writing with Chrysler Capital that an installment contract would require that the vehicle vin # WP1AB2A26FLA59974 be continuously covered with insurance against the risk of fire, theft and collision, and that failure to provide such insurance gives the bank listed below( Which is MERCEDES BENZ FINSERV USA LLC not Chrysler Capital) the right to declare the entire unpaid balance immediately due and payable. Accordingly, There was no insurance on the vehicle when Michael Russaw drove off the lot with it nor did he arrange for the required insurance through the insurance company shown below nor did he request that the policy contain a loss payable enforcement in favor of the bank listed below - Mercedes Benz Finserv USA LLC.

Aristocrat Motors unlawfully took Christopher Jackson and Chapter Jackson insurance for Christopher Adam Jackson 2004 Porsche Cayenne and fudged the documents and changed the effective date which if you look at the attachment page two the real effective date for the policy 4548871559 for a Porsche 2004 and NOT a porsche was 06/22/18 although the attachment page one states the effective date was 12/04/18. The Insurance policy on attachment 2 was not a policy for attachment 1. And such is a fraudulent document with misrepresentation of facts, fraud with intentional deceit and unfair business practices. Attachment page one document states that the Bank for the loan is Mercedes Benz Finserv when in fact Mercedes Benz Finserv has no loan for the vin number WP1AB2A26FLA59974. Please provide me with evidence that Michael Russaw did in fact have insurance for the vehicle before driving off the lot on 12/04/18.

Christopher Jackson is highly upset for aristocrat used Christopher Jackson insurance policy for his 2004 Porsche and changed the dates and allowed Michael Russaw to drive off the lot without any confirmation on a insurance policy. I to date have been the only one who has made payments on the loan and put down 16,500; I have been the only one who has paid for service fees. I am demanding answers about all of these issues and such request has been ignored. I have have demanding all of my money back and such request has been ignored. I have made payments on a loan that I am not obligated to make for page two of the loan documents was never presented to me for review. I have request to review any and all documentation that would justify the exceedingly high interest rate that was given to me based on the color of my skin and not my credit score. NO credit information was in my file nor was my credit ran for the high interest rate of 24.90 percent. I have advised both Aristocrat motors and Chrysler Capital that the loan is in dispute yet I have a payment coming up on August 17, 2021 for 811 for a car that I can not register / or drive legally/ and never received title and the transfer of title agreement document was never presented to me which would allow title to be placed in my name. The car has title issues and fraud on the title for no Donald G Meyer exist who is an authorized agent for Kraft Tool. I have been requesting a resolution for these issues and to NO avail. The car has been in a flood and that was never presented to me. The list of damages is ongoing.

All of the actions and omissions of Aristocrat Motors and Chrysler Capital were willful,

wanton, and malicious, done with reckless disregard for me as a consumer the paperwork and all issues depicts Aristocrat Motors and Chrysler Capital were outrageous because of evil motive or reckless indifference to my rights and the rights of others Christopher Jackson, and were done without just cause or excuse, so that I am entitled to separate awards of punitive damages against each of the wrongdoers.

The actions and omissions of the Aristocrat Motors that I have brought to issue concerning the representations regarding the condition of the vehicle/ title constitutes fraud.

The unlawful acts constitutes a separate violation of the Kansas Consumer Protection Act, K.S.A. 50-623, et seq, and the Kansas Vehicle Dealers and Licensing Act, K.S.A. 8-2401, et seq.

In violation of K.S.A. 50-651, neither Aristocrat Motors or Chrysler Capital provided a written disclosure to me at or before entering into the purchase agreement for no purchase agreement was present nor was an odometer discloser presented to me and a Donald G Meyer signed the title over to Aristocrat Motors although no Donald G Meyer exist who is connected with Kraft Tool and who has such a signature. A Donald G Meyer signed the title under the penalty of perjury although he doesn't exist purportedly stating the odometer miles. Aristocrat Motors are in **Violations of Federal Odometer Law and Violation of Kansas Odometer Law.**

Because their is no Donald G Meyer who is associated with Kraft Tool as indicated on the title Aristocrat in making and participating in making false mileage statements, all with intent to defraud, constituted violations of 49 U.S.C. § 32705 and the regulations for the enforcement thereof at 49 C.F.R. §§ 580.1 et seq.

The conduct of Aristocrat Motors and Chrysler Capital as noted in emails and verbally violated 49 U.S.C. § 32703(4) and the regulations for the enforcement thereof at 49 C.F.R. §§ 580.1 et seq., in that the parties conspired to violate 49 U.S.C. § 32705, all of which actions were done with intent to defraud me. How can you give a loan on a car when documents are not completely executed and obligate me for a loan for a car without insurance on the vehicle and without a odometer statement, purchase agreement and without a completely executed loan agreement.

- I am making such claims Against Aristocrat Motors and Chrysler Capital as to: **VIOLATIONS OF FEDERAL ODOMETER LAW, COMMON LAW FRAUD, VIOLATIONS OF THE KANSAS CONSUMER PROTECTIONS ACT, BREACH OF EXPRESS AND IMPLIED WARRANTIES AND OF THE MAGNUSON-MOSS FEDERAL WARRANTY ACT, FOR FTC HOLDER RULE OR LENDER LIABILITY, AND CLAIMS IN TORT AND UNDER CONSUMER PROTECTION STATUTES.** Violation of Vehicle Title Statutes; YO YO Financing ----This is **illegal under both state and federal law**, and resulted in me paying interest (24.90 %) on the transaction that I have no legal obligation to pay for I did not sign page two to the loan documents again it was not presented to me for review nor my signature and I never signed a purchase agreement. Federal and state financial disclosure laws treat this as a serious legal violation. The car has water damage that was

never disclosed to me. The car was a rental car and Kraft Tool used it as a company car with multiple drivers and Aristocrat never disclosed that information. (Non Disclosure of prior rental status) And last title was not properly placed in Aristocrat Motors name for NO Donald G Meyers exist which means Kraft Tool still owns the car and such title purports to have been executed by a Donald G Meyer on behalf of Donald G Meyers Company Kraft Tool. Kraft Tool has a Ronald G Meyer who is an authorized agent for the company but NOT a Donald G Meyer.

Also please review the attached buyers Guide that makes such warranties for the vehicle vin Number WP1AB2A26FLA59974 this document states "as is no warranty" or warranty this document is incomplete and NO BOXES are checked. The buyers guide doesn't give any indication if the vehicle has a warranty or not. This document has a part of it filed out under warranty but no boxes checked with makes it an invalid document; also I was never presented this document to sign which is required by law. Although there are two versions of the Buyer's Guide. One, which offers an "As Is-No Dealer Warranty," which is not permitted in Kansas. Therefore, all used vehicles offered by Kansas dealers must be of the **"Implied Warranties Only"**. Another federal regulation in which Aristocrat has violated, the Federal Trade Commission's Used Car Rule, requires each dealership to post a buyer's guide on every car it sells. The rule applies to all vehicles, including demonstration cars, leased cars and light-duty vans and trucks. The buyer's guide is part of the purported sales contract. It overrides any conflicting statements in your regular contract. However this Buyer Guide isn't filled out and gives no indication and is the wrong buyers guide for the state of Kansas.

**The list keeps growing again I am requesting all loan documents that Aristocrat motors used to qualify me for the purported loan of 24.90 percent interest for I never saw any inquiry on my credit report from Aristocrat motors. What was my credit score? Did you run my credit? Or was the interest rate based on the color of my skin?**

**I await a reply.**

**Chapter Jackson**

**913-298-1335**

Sent from Yahoo Mail. Get the app

# Notice of Forgery/ Fraud ( Chapter Jackson) Vin Number WP1AB2A26FLA59974 Account Number 22142238

From: Chapter Jackson (chapterjackson816@yahoo.com)

To: eorequest@santanderconsumerusa.com; customersupport@porsche.com

Date: Wednesday, August 18, 2021, 11:11 AM CDT

PLAINTIFF'S EXHIBIT 57

Notice of Forgery/ Fraud
Vin Number WP1AB2A26FLA59974
Account Number 22142238

Att: Chrysler Capital / Aristocrat Motors / Johnson County D.A. Consumer Protection

I remember exactly which documents and portions of those I executed, and which documents and portions of those documents I did not execute. This being the case, I reviewed the attached entitled Retail Installment Sale Contract documents and I confirm that multiple forgeries of my signatures were added to certain documents, and sections of those documents. I confirm that my signature was forged, and that my signatures appear in multiple areas executed by someone other than me, without my consent. The forged signatures are as follows;

Page one of the attached document is my signature. Page two doesn't have a signature whatsoever of mine. Page 3 is not my signature nor is my name spelled correctly. Page 4 is not my signature and page 5 is not my signature. Other then page 1 all other signatures are of a forgery and such documents is a forged. The loan in question did not start and January why? For the purported purchase happen on December 4, 2018. Why did the loan start in Feb. 2019 and I remember trying to pay the loan and the loan was not ready which I called in to Chrysler Capital on or about Jan 2019 and I could not make a payment and the late fee as indicated on the account was waived but the interest wasn't waived although the loan wasn't ready until Feb. 2019. I tried to make the payments all the way until Feb $14^{th}$2019 and only then was the loan documents ready and payments were not able to be processed until Feb 2019 as of Jan. 2019- Feb. 2019 I was informed there wasn't a loan to make a payment on my question to Chrysler Capital is why? I have highlighted the forged signatures on attachment to this complaint for fraud/ forgery.

Dated: August 7, 2021
Chapter Jackson
913-298-1335

Sent from Yahoo Mail. Get the app

**From:** chapterjackson816@yahoo.com,
**To:** jacksoncjackson@aol.com,
**Subject:** Fw: Written Notice of Cancellation (Vin Number WP1AB2A26FLA59974)
**Date:** Tue, Mar 1, 2022 10:58 am
**Attachments:** Unknown.jpeg (215K)

PLAINTIFF'S EXHIBIT 58

attached is the notice regrading purchase agreement

Sent from Yahoo Mail. Get the app

----- Forwarded Message -----
**From:** Chapter Jackson <chapterjackson816@yahoo.com>
**To:** marion.battaglia@soaveauto.com <marion.battaglia@soaveauto.com>
**Sent:** Monday, January 17, 2022, 06:20:07 PM PST
**Subject:** Written Notice of Cancellation (Vin Number WP1AB2A26FLA59974)

I Jackson, Kris Chapter hereby demand a full refund for all monies I spent to date regarding the vehicle we will refer to as (Vin Number WP1AB2A26FLA59974) due to the attached contract is not binding upon the retailer until signed by an authorized representative. Buyer may cancel and receive full refund anytime before receipt of a copy of this contract signed by an authorized representative by giving written notice of cancellation to the retailer".

As you can see, the attached contract was never executed by you or any representative within your company. according to the Truth and Lending act, you can only have one document of any of the documents pertaining to the loan, therefore the attached document which Jordan your finance manager emailed to me on August the 4th of 2021 displays and evidences I am entitled to a full refund.

I am demanding you pay me my full down payment to Aristocrat Motors of $16,500 as well as all of my payments made to the lender Chrysler Capital for a full refund.

Regards,
Ms Jackson

Sent from Yahoo Mail. Get the app

1 Attached Images


Vehicle Purchase Agreement

PLAINTIFF'S EXHIBIT 59

**Sent:** Thursday, January 6, 2022 5:25 PM
**To:** Lewis, Tivol, DAT <Tivol.Lewis@jocogov.org>
**Subject:** Question

***This message came from outside of Johnson County Government - please use caution when opening attachments or links.***

Ms. Tivol,

Will any investigation fees or expenses pursuant to K.S.A. 50- 632(a)(4) be sought from Aristocrat Motors or any of Aristocrat sister companies for any of their unlawful actions? Will Aristocrat pay any civil penalties to the Consumer Fraud Unit as it relates to information brought to your attention by Chapter Jackson? Has the Consumer Fraud Division come to any agreements of with Aristocrat Motors as it relates to Chapter Jackson compliant? Will their be any agreed upon judgments entered between Aristocrat and the Consumer Fraud division as it relates to any documentation as to the compliant Chapter Jackson filed? Will any of Aristocrat acts and practices recited in Chapter Jackson complaint be determined and declared to be deceptive and unconscionable acts and practices and violations of the KCPA, as provided by K.S.A. 50-632(a)(1). Will you be closing Chapter Jackson case without any fines or fees to the benefit of Kansas Consumer Protection Unit within the District Attorney office?

Sent from Yahoo Mail. Get the app

PLAINTIFF'S EXHIBIT 60

# RE: Question

From: Burdette, Emilie, DAT (emilie.burdette@jocogov.org)

To: chapterjackson816@yahoo.com

Cc: Tivol.Lewis@jocogov.org

Date: Friday, January 7, 2022, 12:51 PM CST

Ms. Jackson:

Investigator Lewis shared your email with me. I also received your voicemail. At this time and for the reasons Investigator Lewis shared with you yesterday, we have closed your file and do not plan to take further action regarding the facts of your specific case.

You are encouraged to consult with a private attorney regarding any claims you may want to pursue on your own behalf. Our office is tasked with the enforcement of the Kansas Consumer Protection Act, K.S.A. 50-623 et seq., on behalf of the entirety of residents of Johnson County. It is my assessment that your case is fact-specific and is better suited for a private cause of action with an attorney that would represent you individually. The KCPA allows claims to be brough by private citizens. A private attorney could also advise you on possible claims in addition to the KCPA.

Thank you for your cooperation during the pendency of this matter. I apologize that we were unable to provide you with the outcome you sought.

Sincerely,

Emilie Burdette

Assistant District Attorney

Johnson County DA's Office

(913) 715-3000

**From:** Chapter Jackson <chapterjackson816@yahoo.com>

PLAINTIFF'S EXHIBIT 61

STATE OF Kansas )
) ss.
COUNTY OF Johnson )

**AFFIDAVIT OF MARION BATTAGLIA ON BEHALF OF HIMSELF AND ON BEHALF OF SOAVE AUTOMOTIVE GROUP, INC.**

I, Marion Battaglia, of lawful age, and being duly sworn upon my oath, state upon personal knowledge on behalf of myself individually and on behalf of Soave Automotive Group, Inc.:

1. I am currently the president of Soave Automotive Group, Inc.

2. I understand that this litigation involves a 2015 Porsche Cayenne, VIN No. WP1AB2A26FLA59974 (hereinafter, the "Vehicle").

3. T.E.N. Investments, Inc. does business as "Aristocrat Motors" at its Porsche dealership located at 9415 W 65th St., Merriam, KS 66203 (the "Dealership").

4. T.E.N. Investments, Inc. operates the Dealership, and sold the Vehicle to Chapter Jackson and Michael Russaw.

5. Soave Automotive Group, Inc. does not operate or own the Dealership, nor did it operate or own the Dealership as of December 2018 or early 2019.

6. Soave Automotive Group, Inc. did not sell the Vehicle to Chapter Jackson and/or Michael Russaw.

7. Personally, I had no direct role in the Vehicle transaction. I was not a party to the Vehicle transaction, and I never personally contracted with Michael Russaw and/or Chapter Jackson. Any actions taken by me with respect to the Vehicle (to the extent they were taken at all) were taken in my capacity as an agent of T.E.N. Investment, Inc., and not in my personal capacity.

8. Personally, I have never communicated with Chapter Jackson or Michael Russaw with respect to the Vehicle.

**EXHIBIT D**

FURTHER AFFIANT SAYETH NOT.

Marion Battaglia

In witness whereof, I have hereunto subscribed my name and affixed my official notary seal of the State of Kansas on October 16 2023.

Notary Public in and for said County and State

My Commission Expires:

6/11/27

ANGELA M. LEWITZKE
Notary Public-State of Kansas
My Appt. Expires 6/11/27

PLAINTIFF'S EXHIBIT 62

STATE OF Kansas )
) ss.
COUNTY OF Johnson )

**AFFIDAVIT OF ANGELA LEWITZKE ON BEHALF OF T.E.N. INVESTMENTS, INC.**

I, Angela Lewitzke, of lawful age, and being duly sworn upon my oath, state upon personal knowledge on behalf of myself individually and on behalf of T.E.N. Investments, Inc.:

1. I have reviewed the document production of T.E.N. Investments, Inc., and am relying on my personal knowledge and upon what these business records of T.E.N. Investments, Inc. show.

2. This litigation involves a 2015 Porsche Cayenne, VIN No. WP1AB2A26FLA59974 (hereinafter, the "Vehicle").

3. T.E.N. Investments, Inc. ("T.E.N.") does business as "Aristocrat Motors" at its Porsche dealership located at 9415 W 65th St., Merriam, KS 66203 (the "Dealership").

4. Soave does not operate the Dealership; the entity that operates the Dealership is T.E.N.

5. T.E.N. originally sold the Vehicle (in new condition) to Kraft Tool Co., in 2015. The date on the original title (attached as Exhibit A1 to this Affidavit) contains this 2015 date.

6. Kraft Tool Co. sold the Vehicle back to T.E.N. in 2017.

7. In 2017, when the Dealership purchased the Vehicle from Kraft, it obtained two powers of attorney in its favor, from Kraft Tool Co. (through Kraft Tool Co.'s agent, Ron Meyer).

8. The signatures for the powers of attorney were unaccompanied by a printed name for Ron Meyer at the time of execution.

**EXHIBIT A**

9. When the Dealership purchased the vehicle back from Kraft in 2017, it did not re-title the vehicle in its own name.

10. On December 4, 2018, Jackson (as "co-buyer") and Michael Russaw (as "buyer") entered into a retail installment contract with the Dealership for the purchase of the Vehicle.

11. Jackson gave a $16,500 down payment in the form of a cashier's check, and the remainder of the purchase was financed.

12. The purchase price for the Vehicle was agreed upon, and was fair and consistent with the market value of the Vehicle at the time of the sale.

13. The true and actual mileage of the Vehicle was depicted on the odometer of the Vehicle at the time of sale, and the dealership had zero knowledge that the odometer had been tampered with, adjusted, altered, or changed in any way.

14. Though other deal-related documents may contain round numbers (*e.g.*, 56,000) for the vehicle mileage, the amount as disclosed in the Odometer Disclosure Statement was accurate (as the actual mileage) as of the time of sale.

15. The Vehicle was operable and had no known issues at the time of the sale to Russaw and Jackson.

16. The December 4, 2018 retail installment contract lists the annual percentage rate, finance charged, amount financed, total of payments, and total sale price following the subtraction of the $16,500 down payment, given via cashier's check.

17. It was T.E.N. (and not Soave) that sold the Vehicle to Michael Russaw and Chapter Jackson, and Soave was not a party to the contract.

18. When the Dealership sent the title documents to Michael Russaw in late January 2019, the package included the original title, an "Affidavit of Correction," and an application for

Missouri title and license. The documents sent to Russaw are attached as Exhibit A3 to this Affidavit.

19. This Affidavit of Correction had likely been completed by the Dealership in October 2017, at around the time that Kraft Tool Co. sold the Vehicle back to the Dealership.

20. At the time it was sent to Russaw, this Affidavit of Correction (executed pursuant to Meyer's power of attorney) had not been filed or submitted to any agency, and was provided to Russaw so that he could get title in Missouri.

21. The name "Donald Meyer" (rather than Ronald Meyer) was used in the Affidavit of Correction because the person who completed it only had Ronald Meyer's signature to go off of, and did not have a printed name for him. This was a simple mistake.

22. The Dealership applied for duplicate title in February 2019. This duplicate title is attached as Exhibit A2 to this Affidavit.

23. I had no direct role in the Vehicle transaction itself.

24. I was not a party to the Vehicle transaction, and I never personally contracted with Michael Russaw and/or Chapter Jackson.

25. My only original involvement with this transaction was assigning the retail installment contract by affixing my signature.

26. Any actions taken by me with respect to the Vehicle (to the extent they were taken at all) were taken in my capacity as an agent of T.E.N. Investment, Inc., and not in my personal capacity.

27. I never communicated with Chapter Jackson or Michael Russaw with respect to the Vehicle, until after this litigation was initiated.

FURTHER AFFIANT SAYETH NOT.

Angela Lewitzke

In witness whereof, I have hereunto subscribed my name and affixed my official notary seal of the State of Kansas, on October 11, 2023.

Notary Public in and for said County and State

My Commission Expires:
7/28/24

CARI C. REED
Notary Public-State of Kansas
My Appt. Expires 7/28/24

PLAINTIFF'S EXHIBIT 63

STATE OF Kansas )
) ss.
COUNTY OF Johnson )

## AFFIDAVIT OF STEPHANIE TURNER

I, Stephanie Turner, of lawful age, and being duly sworn upon my oath, state upon personal knowledge:

1. I have reviewed the document production of T.E.N. Investments, Inc., and am relying on my personal knowledge and upon what these business records of T.E.N. Investments, Inc. show.

2. As of December 2018, I was the finance manager at the Aristocrat Motors Porsche Dealership in Merriam, KS (hereinafter, the "Dealership").

3. This litigation involves a 2015 Porsche Cayenne, VIN No. WP1AB2A26FLA59974 (hereinafter, the "Vehicle").

4. Michael Russaw (as "buyer") and Chapter Jackson (as "co-buyer") purchased the Vehicle from the Dealership in December 2018.

5. I signed many of the documents related to the deal for the Vehicle, including the retail installment contract.

6. I also witnessed Jackson and Russaw signing many of these documents, on December 4, 2018.

7. Jackson gave a $16,500 down payment in the form of a cashier's check, and the remainder of the purchase was financed.

8. The purchase price for the Vehicle was agreed upon, and was fair and consistent with the market value of the Vehicle at the time of the sale.

**EXHIBIT B**

9. The lender (Chrysler Capital) approved the loan and set the terms on December 4, 2018.

10. Chapter Jackson (as co-buyer) signed the 5-page retail installment contract twice on page 1, once on page 3, once on page 4, and twice on page 5, on December 4, 2018. Exhibit B1 to this Affidavit is the version of the retail installment contract executed on December 4, 2018.

11. At the time of the sale to Russaw and Jackson, the mileage on the odometer of the Vehicle was 57,272 miles, and this was reflected accurately in the Odometer Disclosure Statement (which I signed). This Odometer Disclosure Statement is attached as Exhibit B2 to this Affidavit.

12. The true and actual mileage of the Vehicle was depicted on the odometer of the Vehicle at the time of sale, and the dealership had zero knowledge that the odometer had been tampered with, adjusted, altered, or changed in any way.

13. Though other deal-related documents may contain round number (*e.g.*, 56,000) for the vehicle mileage, the amount as disclosed in the Odometer Disclosure Statement was accurate as of the time of sale.

14. The Vehicle was operable and had no known issues at the time of the sale to Russaw and Jackson.

15. Russaw and Jackson went home on December 4 with the only car they had expressed interest in purchasing. There was no "bait and switch."

16. Russaw and Jackson represented that they lived in Missouri, and I told them that they would have to register the Vehicle themselves in Missouri (in other words, the Dealership wouldn't do it). They acknowledged this, and this was made explicit in a Dealership-provided form that read: "Are we Registering Your Vehicle? X No." Exhibit B3 to this Affidavit contains this form.

17. After we submitted the retail installment contract to Chrysler Capital, Chrysler Capital subsequently informed us that we were missing a signature for Chapter Jackson, on the second page of the Retail Installment Contract.

18. The dealership obtained Jackson's signature on page 2, and submitted a subsequent version of the retail installment contract to Santander as documentation for the loan. This document is attached as Exhibit B4 to this Exhibit.

19. Personally, I was not a party to the Vehicle transaction, and I never personally contracted with Michael Russaw and/or Chapter Jackson.

20. Any actions taken by me with respect to the Vehicle (to the extent they were taken at all) were taken in my capacity as an agent of T.E.N. Investment, Inc. (specifically, as a finance manager assigned to the subject transaction), and not in my personal capacity.

FURTHER AFFIANT SAYETH NOT.

S. Turner

Stephanie Turner

In witness whereof, I have hereunto subscribed my name and affixed my official notary seal of the State of KANSAS, on October 13th, 2023.

Notary Public in and for said County and State

My Commission Expires:

04/24/2026

PREM TAMANG
Notary Public - State of Kansas
My Appt. Exp. 04/24/2026

PLAINTIFF'S EXHIBIT 104

STATE OF Missouri )
) ss.
COUNTY OF Jackson )

## AFFIDAVIT OF KAYCE JONES

I, Kayce Jones, of lawful age, and being duly sworn upon my oath, state upon personal knowledge:

1. I have reviewed the document production of T.E.N. Investments, Inc., and am relying on my personal knowledge and upon what these business records of T.E.N. Investments, Inc. show.

2. As of early 2019, I was the title clerk at the Aristocrat Motors Porsche Dealership in Merriam, KS (hereinafter, the "Dealership").

3. This litigation involves a 2015 Porsche Cayenne, VIN No. WP1AB2A26FLA59974 (hereinafter, the "Vehicle").

4. My first involvement with the Vehicle was in late 2018 or early 2019, when I became involved in getting the title documentation put together to send to the purchasers.

5. My goal was to put together title documentation, so that it could be sent to the purchasers so they could register the Vehicle themselves in Missouri.

6. When I began putting together the documentation, the Dealership already had two powers of attorney that had been given in favor of the Dealership, at the time of the sale of the Vehicle back to the Dealership (before my employment began).

7. These two powers of attorney (attached as Exhibit C1 and Exhibit C2 to this Affidavit) contained only a signature, when I first saw them. The other content was added later.

EXHIBIT C

8. A printed name for the individual signing the power of attorney did not appear on either power of attorney form, when I first encountered these documents.

9. At the time, I mistakenly thought that both signatures were for a "Donald Meyer," as the "R" looked like a "D."

10. I now know that these signatures were given by "Ronald Meyer," but I didn't know this at the time. This was a simple mistake.

11. At around this time, I filled out the rest of the Kansas secure power of attorney, and wrote "Kraft Tool by Donald G. Meyer," instead of "Ronald Meyer," believing this was the correct individual.

12. I signed the original title on behalf of the Dealership.

13. Within 60 days of December 4, 2018, the Dealership sent the necessary title documents to the address provided by Michael Russaw, the primary buyer.

14. According to business records of the Dealership, the title documents were sent by the Dealership on January 31, 2019. Exhibit C3 to this Affidavit contains those records.

15. The documents actually sent on January 31, 2019 are attached as Exhibit C4 to this Affidavit.

16. The title documents were actually delivered to Michael Russaw's address (421 SW Stacy) on February 1, 2019.

17. UPS business records (attached as Exhibit C5 to this Affidavit) show that the title documents were delivered to Michael Russaw's address on February 1, 2019. The tracking number in these UPS records matches the tracking number contained on page 1 of Exhibit C4.

18. At some point after I caused these original title documents to be sent, I was asked to request a duplicate title from the State of Kansas.

19. I requested a duplicate title in February 2019. I believed I was authorized by the power of attorney to request the duplicate title.

20. At the time I requested the duplicate title, I still believed that the signature for Ronald Meyer was actually the signature for Donald Meyer.

21. Therefore, in February 2019, I submitted one of the previously-executed powers of attorney to the state of Kansas, and wrote "Kraft Tool by Donald G. Meyer." I believed I was authorized to do this under the power of attorney. Exhibit C1 contains this document, and I wrote the printed language (the signature had previously been given by Meyer).

22. A duplicate title was issued.

23. On the duplicate title, I signed for Kraft Tool as the previous seller, but did it expressly via the previous power of attorney given to the Dealership ("Kraft Tool by Donald Meyer by Kayce Jones SPOA"). This was a simple mistake, and I was authorized by the power of attorney to sign for Meyer. Exhibit C6 to this Affidavit contains the replacement title filled out by me.

24. At the time I requested the duplicate title, I still believed that the signature for Ronald Meyer was actually the signature for Donald Meyer.

25. I was not a party to the Vehicle transaction, and I never personally contracted with Michael Russaw and/or Chapter Jackson.

26. Any actions taken by me with respect to the Vehicle (to the extent they were taken at all) were taken in my capacity as an agent of T.E.N. Investment, Inc. (specifically, as the Dealership's title clerk), and not in my personal capacity.

27. I never had any communications with Chapter Jackson and/or Michael Russaw, until after this litigation was initiated. By this point, I was no longer employed by the Dealership.

FURTHER AFFIANT SAYETH NOT.

Kayce [illegible]es

In witness w ereof, I have hereunto subscribed my name and affixed my official notary seal of the State of Missouri on October 13, 2023.

Brett Emily Wade

Notary Public in and for said C ty and State

My Commission Expires:
1/6/2027

BRETT EMILY WADE
My Commission Expires
01-06-2027
NOTARY SEAL
Jackson
County
Commission # 14483278
NOTARY PUBLIC - STATE OF MISSOURI

PLAINTIFF'S EXHIBIT 65

STATE OF Kansas )
) ss.
COUNTY OF Johnson )

## AFFIDAVIT OF ROBERT HELLWEG

I, Robert Hellweg, of lawful age, and being duly sworn upon my oath, state upon personal knowledge:

1. I understand that this litigation involves a 2015 Porsche Cayenne, VIN No. WP1AB2A26FLA59974 (hereinafter, the "Vehicle").

2. Personally, I had no direct role in the Vehicle transaction. I was not a party to the Vehicle transaction, and I never personally contracted with Michael Russaw and/or Chapter Jackson. Any actions taken by me with respect to the Vehicle (to the extent they were taken at all) were taken in my capacity as an agent of T.E.N. Investment, Inc., and not in my personal capacity.

3. I never communicated with Chapter Jackson or Michael Russaw with respect to the Vehicle transaction itself, until Summer 2021. This was long after the transaction had occurred, and my communications with Chapter Jackson related to complaints she began making at that time.

EXHIBIT F

FURTHER AFFIANT SAYETH NOT.

Robert Hellweg

In witness whereof, I have hereunto subscribed my name and affixed my official notary seal of the State of Kansas, on October 16, 2023.

Notary Public in and for said County and State

My Commission Expires:

6/11/27

ANGELA M. LEWITZKE
Notary Public-State of Kansas
My Appt. Expires 6/11/27

PLAINTIFF'S EXHIBIT 66

STATE OF Kansas )
) ss.
COUNTY OF Johnson )

**AFFIDAVIT OF KEVIN KILLILEA**

I, Kevin Killilea, of lawful age, and being duly sworn upon my oath, state upon personal knowledge:

1. I understand that this litigation involves a 2015 Porsche Cayenne, VIN No. WP1AB2A26FLA59974 (hereinafter, the "Vehicle").

2. Personally, I had no direct role in the Vehicle transaction. I was not a party to the Vehicle transaction, and I never personally contracted with Michael Russaw and/or Chapter Jackson. Any actions taken by me with respect to the Vehicle (to the extent they were taken at all) were taken in my capacity as an agent of T.E.N. Investment, Inc., and not in my personal capacity.

3. Personally, I have never communicated with Chapter Jackson or Michael Russaw with respect to the Vehicle.

**EXHIBIT E**

FURTHER AFFIANT SAYETH NOT.

Kevin Killilea

In witness whereof, I have hereunto subscribed my name and affixed my official notary seal of the State of KANSAS, on October 11, 2023.

Notary Public in and for said County and State

My Commission Expires:
6/11/2027

ANGELA M. LEWITZKE
Notary Public-State of Kansas
My Appt. Expires 6/11/27

# Soave Automotive/Aristocrat Motors/Kansas City Mercedes Benz

From: Kevin Case (kevin.case@caselinden.com)

To: chapterjackson816@yahoo.com

Date: Friday, August 13, 2021, 02:02 PM CDT

PLAINTIFF'S EXHIBIT 67

Ms. Jackson:

I am legal counsel for the above-referenced and I have been provided documentation concerning the transaction at issue.

I have no idea which "bar association" you contacted as there are many throughout the Kansas City region. Most counties have their own such association with differing levels of participation. I assure you I'm properly licensed to represent my clients regarding this transaction.

You are invited to communicate with me regarding this transaction. However, you are no longer welcome to communicate with my client or its representatives. I have found that once matters reach me it is no longer productive to have dialogue with my client. So please respect my request that you direct all further communications regarding this matter to me in lieu of direct contact with my client.

To that end, if you have an attorney working on your behalf, I would be pleased to speak directly to her/him on this matter.

With kind regards,

Kevin D. Case

Case Linden P.C.

2600 Grand Boulevard, Suite 300

Kansas City, Missouri 64108

Tel: 816 979 1500

Mobile: 816 377 3494

kevin.case@caselinden.com

www.caselinden.com

# 4620220194; Jackson, Chapter Kris v. Soave etc. For Settlement Discussions Only

From: Kevin Case (kevin.case@caselinden.com)

To: jackson@chchproductions.com; chapterjackson816@yahoo.com; kevin.case@caselinden.com

Date: Friday, February 11, 2022, 01:20 PM CST

PLAINTIFF'S EXHIBIT 68

Ms. Jackson:

Presently, the used car market is red hot in the US. I suspect that your vehicle may have increased in value since its sale to your co-buyer and to you. That of course depends upon its condition. But I'm wondering if that might be of interest in light of my understanding of your Quiet Title action.

Would you ever consider permitting us to inspect it as condition to possibly making an offer to purchase it? Of course in any such transaction the buyer would be required to participate in such a sale.

If not, I understand.

Thank you for considering this email.

Kind regards,

Kevin D. Case

Case Linden P.C.

2600 Grand Boulevard, Suite 300

Kansas City, Missouri 64108

Tel: 816 979 1500

Mobile: 816 377 3494

kevin.case@caselinden.com

www.caselinden.com

PLAINTIFF'S EXHIBIT 69

‹ Return to Current Obituaries




PLANT A TREE

SEND A CARD

# Horst Schwab

July 25, 1931 — October 14, 2024

Horst H. Schwab, 93, passed away October 14, 2024, peacefully with his beloved wife by his side.

Horst was born July 25, 1931, the eldest son to Hermann and Erna Schwab of Mannheim, Germany. During his childhood Horst endured many hardships that served to create the man that he became in his life. This time molded a young boy to become determined to

create his own destiny in life with hard work, incredible work ethic, and dedication to whatever he was doing in life.

After several years of working for Daimler AG in Germany, Horst was one of ten people chosen by Mercedes Benz to be contracted out for 3 years to the first importers of Mercedes Benz cars, (Studebaker), to work and train their mechanics in the United States. Kansas City was Horst's destination, which he chose by chance, by pulling a city name out of a hat. Armed with his knowledge, tools, limited English vocabulary (of only 10 words), and $17 Horst embarked upon a journey that would change the rest of his life when he landed in KC on May 1, 1959 and began working for Keith Ware Studebaker-Packard for the next 3 years.

Upon completion of his contract, Horst returned home to Germany but not before he decided to pack his tools and store them in a friend's garage. Three months later Horst quit his job with Daimler AG and returned to Kansas City with the help of his good friend and then sponsor Frank Schmitz.

In 1962 Horst opened Horst Schwab's Mercedes-Benz Specialized Repair Shop after recognizing the great potential Kansas City had for a master mechanic like himself. Not long after, Daimler AG, USA contacted him and asked him to become a Mercedes Benz franchise owner. Horst knew he could repair cars but he was not sure that he could sell cars but he leapt at the opportunity that fell into his lap and an icon was born. In 1963 Horst founded Aristocrat Motors at 1620 Baltimore. In the late 1960's BMW came calling and Horst became the first BMW dealer in Kansas City. A few years later Horst gave the BMW franchise to his friend Fred Hoffkemeyer, a fellow German mechanic. Aristocrat continued to grow and the dealership was relocated to 1535 Baltimore in 1974.

Ridiculed and told he would fail, Horst dared to start construction on a new home for his

beloved Aristocrat Motors, Inc. bringing in his friend and architect Alan Feingold to design the project. Everyone said that nobody would drive all the way out to Merriam, Kansas, in 1984, to buy a car but Horst courageously laughed and told everyone to just wait and see that one day this area will be lined with car dealerships. And in September 1985, Horst's vision for Aristocrat Motors, Inc. opened in Merriam, Kansas; people did come and car dealerships do line the road beside Aristocrat.

Over time Horst grew Aristocrat by acquiring Polo Motors, Jaguar from Jack Roach, Land Rover, Audi, and Porsche from Art Bunker, and adding Ferrari to the list of franchises that his company represented. Horst was able to build and grow Aristocrat through his sheer determination, grit, hard work, great employees, and as he said, "Lots and lots of luck"! After 36 years of Horst's sole ownership and leadership he sold Aristocrat Motors, Inc. to Soave Enterprises.

After retirement Horst and his wife, Brenda, built their dream home on their Clay County cattle ranch. Horst enjoyed working side by side with the builder and craftsmen as their dream became a reality and oftentimes you could find him out in the fields helping to work cattle. He traded his trademark double breasted suits for jeans and boots and a simple life in the country; but as always, Horst always retained his true love for cars. Retirement also allowed Horst to indulge in many great travel adventures with family and friends, wood turning, and being his wife's sous chef.

Horst's life was full of beautiful moments spent with family, friends, and the little pleasures that brought him joy. His legacy is not only in the tangible creations he left behind but in the impact he had on the lives of those he touched. Horst H. Schwab will be deeply missed and always loved, yet his spirit will continue to inspire us and guide us in the stories we share and the memories we hold near and dear to our hearts. His life was well-lived and his legacy will shine with the love and kindness he leaves behind.

Case 2:25-cv-04342-JLS-E Document 1-1 Filed 05/14/25 Page 153 of 213 Page ID #:234

Horst is survived by his loving companion and wife of 30 years, Brenda, daughter Marion Ciraldo (Uwe Goetzinger), granddaughter Tanja Wuest-Pitak (Jean), great-granddaughter Chiara Wuest, brother Werner Schwab, niece Susi Schlegel (Marc), and great niece Cassandra Schlegel.

As per Horst's wishes, there will not be a funeral service or celebration of life. In lieu of flowers contributions may be made in Horst's name to St. Luke's Hospice House or Harvesters Community Food Network.

To order memorial trees in memory of Horst Schwab, please visit our tree store.

Make a donation to **Harvesters – The Community Food Network** in memory of Horst Schwab

## Photo Gallery





CELEBRATING THE LIFE OF

# Horst Schwab

View Book Buy Book



A beautifully bound keepsake book filled with memories and condolences from family and friends.

### Share Your Memory

Contribute your memory to the online guestbook to be featured in this unique keepsake book.

Share Your Memory

## Guestbook

Your name

Add Photos Light Candle Submit Post

**CH+CH JACKSON <jackson@chchproductions.com>**

PLAINTIFF'S EXHIBIT 70

9/28/2023 9:16 AM

# Jackson Deposition

To Trevor Bond <trevor.bond@caselinden.com>

Mr. Bond,

I have been asked to email you on behalf of Ms. Jackson who is resting at a Houston hospital from a life threatening incident yesterday.

Ms. Jackson boarded a flight from California yesterday with her destination being Kansas City with one stop in Houston. During the 1st leg of her flight to Houston Ms. Jackson began having a medical episode caused by the illness Ms. Jackson suffers from which you are well aware of and argued in court on the record you were not going to consider.

That said, Ms. Jackson went into cardiac arrest, could not breathe, an adrenaline shot had to be administered, and Ms. Jackson had to be given oxygen for the remainder of the flight. The airline had to speed up the flight due to the emergency. Emergency crew personnel were waiting at the airport to intercept Ms. Jackson and immediately rushed Ms. Jackson to the hospital to be cared for.

I have attached pictures for you to put on the record if you wish to do so.

If at such time Ms. Jackson is cleared and can leave, she herself will contact you in writing.

In short, due to the life threatening medical emergency during her attempt to attend your deposition today at 9am, Ms. Jackson will not be physically able to attend the deposition.

- IMG_1897.pdf (260 KB)
- IMG_1898.pdf (335 KB)
- IMG_1913.pdf (201 KB)

ARISTOCRAT MOTORS Home Vehicles About us FAQ's Contact Choose




PLAINTIFF'S EXHIBIT 70

**Let us know what you're looking for**

Enter an address

Start date

Return date

Submit

**✔ Quick Finds**

Aristocrat Motors will find your dream car!!

**✔ Insured cars**

You gotta get you own insurance homie!!

**✔ Safe and reliable**

You'll get what you pay for!!

ABOUT OUR SERVICE

## This is how we do it!!

Start your journey

PLAINTIFF'S EXHIBIT 71



PLAINTIFF'S EXHIBIT 72



PLAINTIFF'S EXHIBIT 73



PLAINTIFF'S EXHIBIT 74



PLAINTIFF'S EXHIBIT 75



PLAINTIFF'S EXHIBIT 76

## You Need to Schedule the Following Appointments

**Follow Up with** Follow up with primary care provider
**When:** Within 1 to 2 Days

# Medications

| | What | How Much | When | Why | Instructions | Next Dose |
|---|---|---|---|---|---|---|
| *New* | EPINEPHrine (EpiPen Auto-Injector 0.3 mg injectable kit) | 0.3 Milligram Intramuscular | One time | Allergic reaction | Refills: 1 Printed Prescription | |

# Education Materials

## Allergic Reaction, Mild to Moderate

Allergies may happen from anything your body is sensitive to. This may be food, medications, pollens, chemicals, and nearly anything around you in everyday life that produces allergens. An allergen is anything that causes an allergy producing substance. Allergens cause your body to release allergic antibodies. Through a chain of events, they cause a release of *histamine* into the blood stream. Histamines are meant to protect you, but they also cause your discomfort. This is why antihistamines are often used for allergies. Heredity is often a factor in causing allergic reactions. This means you may have some of the same allergies as your parents.

Allergies happen in all age groups. You may have some idea of what caused your reaction. There are many allergens around us. It may be difficult to know what caused your reaction. If this is a first time event, it may never happen again. Allergies cannot be cured but can be controlled with medications.
SYMPTOMS You may get some or all of the following problems from allergies.

- Swelling and itching in and around the mouth.
- Tearing, itchy eyes.
- Nasal congestion and runny nose.
- Sneezing and coughing.
- An itchy red rash or hives.
- Vomiting or diarrhea.
- Difficulty breathing.

**Seasonal allergies** occur in all age groups. They are seasonal because they usually occur during the same season every year. They may be a reaction to molds, grass pollens, or tree pollens. Other causes of allergies are house dust mite allergens, pet dander and mold spores. These are just a common few of the thousands of allergens around us. All of the symptoms listed above happen when you come in contact with pollens and other allergens. Seasonal allergies are usually not life threatening. They are generally more of a nuisance that can often be handled using medications.

**Hay fever** is a combination of all or some of the above listed allergy problems. It may often be treated with simple over-the-counter medications such as diphenhydramine. Take medication as directed. Check with your caregiver or package insert for child dosages.
TREATMENT AND HOME CARE INSTRUCTIONS **If hives or rash are present:**

- Take medications as directed.

Patient: JACKSON, CHAPTER
FIN: 495107857500

77262

• You may use an over-the-counter antihistamine (*diphenhydramine*) for hives and itching as needed. Do not drive or drink alcohol until medications used to treat the reaction have worn off. Antihistamines tend to make people sleepy.
• Apply cold cloths (*compresses*) to the skin or take baths in cool water. This will help itching. Avoid hot baths or showers. Heat will make a rash and itching worse.
• If your allergies persist and become more severe, and over the counter medications are not effective, there are many new medications your caretaker can prescribe. Immunotherapy or desensitizing injections can be used if all else fails. Follow up with your caregiver if problems continue.
SEEK MEDICAL CARE IF: • Your allergies are becoming progressively more troublesome.
• You suspect a food allergy. Symptoms generally happen within 30 minutes of eating a food.
• Your symptoms have not gone away within 2 days or are getting worse.
• You develop new symptoms.
• You want to retest yourself or your child with a food or drink you think causes an allergic reaction. **Never test yourself or your child of a suspected allergy without being under the watchful eye of your caregivers.** A second exposure to an allergen may be life-threatening.
SEEK IMMEDIATE MEDICAL CARE IF: • You develop difficulty breathing or wheezing, or have a tight feeling in your chest or throat.
• You develop a swollen mouth, hives, swelling, or itching all over your body.

A severe reaction with any of the above problems should be considered life-threatening. **If you suddenly develop difficulty breathing call for local emergency medical help. THIS IS AN EMERGENCY.**
MAKE SURE YOU: • Understand these instructions.
• Will watch your condition.
• Will get help right away if you are not doing well or get worse.

Document Released: 10/14/2008 Document Revised: 03/11/2013 Document Reviewed: 10/14/2008
ExitCare® Patient Information ©2013 ExitCare, LLC.

## Angioedema

Angioedema is the sudden swelling of tissue in the body. Angioedema can affect any part of the body, including the legs, hands, genitals, face, mouth, lips, and internal organs, like your intestines.

Depending on the cause, angioedema may happen just once. However, some people may have repeated bouts of angioedema during their lives.

Symptoms may be mild and may occur along with other allergic symptoms such as itchy, red, swollen areas of skin (hives). Severe angioedema can be life-threatening if it affects the air passages and blocks breathing.

### What are the causes?

This condition may be caused by:

- Foods, such as milk, eggs, shellfish, wheat, or nuts.
- Certain medicines, such as ACE inhibitors, birth control pills, dyes used in X-rays, or NSAIDs, such as ibuprofen.

Hereditary angioedema (HAE) is genetic. Episodes can be triggered by:

- Illness, infection, or emotional or physical stress.
- Changes in hormone levels.
- Exercise.
- Minor surgical or dental procedures.

In some cases, the cause of this condition is not known.

### What increases the risk?

You are more likely to develop HAE if you have family members with this condition.

## What are the signs or symptoms?



Angioedema Normal

Symptoms of this condition depend on where the swelling happens.

Symptoms of this condition include:

- Swollen skin.
- Hives.
- Pain, pressure, or tenderness in the affected area.
- Swollen eyelids, face, lips, or tongue.
- Trouble drinking, swallowing, or closing the mouth completely.
- Hoarseness or sore throat.
- Wheezing or trouble breathing.

If your internal organs are affected, symptoms may also include:

- Nausea.
- Pain in the abdomen.
- Vomiting or diarrhea.
- Trouble swallowing.
- Trouble passing urine.

## How is this diagnosed?

This condition may be diagnosed based on:

- An exam of the affected area.
- Your medical history.
- Whether anyone in your family has had this condition before.
- A review of any medicines you have been taking.
- Tests, including:
  - Allergy skin tests to see if the condition was caused by an allergic reaction.
  - Blood tests to see if the condition was caused by certain inherited or genetic diseases.

## How is this treated?

Treatment for this condition depends on the cause and severity of your symptoms. It may involve any of the following:

- Avoiding triggers, if they are known. Triggers may include foods or environmental allergens.
- Stopping medicines permanently if they cause the condition. These include ACE inhibitors.

Case 2:23-cv-02404-DDC-ADM Document 1-1 Filed 10/16/23 Page 34 of 107

- Taking medicines to treat symptoms or prevent future episodes. These may include:
  - Antihistamines.
  - Epinephrine injections.
  - Steroids.
  - Blood products to treat specific types of non-allergic angioedema.
- Breathing tubes or ventilators in severe cases in which breathing is affected.

Severe cases of angioedema are treated at the hospital. Mild to moderate angioedema usually gets better in 24–48 hours.

## Follow these instructions at home:

- Take over-the-counter and prescription medicines only as told by your health care provider.
- If you were given medicines for emergency allergy treatment, always carry them with you. This includes epinephrine injector kits.
- Wear a medical bracelet as told by your health care provider.
- If something triggers your condition, avoid the trigger. Triggers can be foods, environmental allergens, stress, or exercise.
- Avoid all medicines that caused your angioedema. This is for your entire life.
- If your condition is inherited and you are thinking about having children, talk to your health care provider. It is important to discuss the risks of passing on the condition to your children.

## Where to find more information

- American Academy of Allergy Asthma & Immunology: www.aaaai.org

## Contact a health care provider if:

- You continue to have repeated episodes of angioedema.
- Episodes of angioedema start to happen more often than they used to, even after you take steps to prevent them.
- You have episodes of angioedema that are more severe than they have been before, even after you take steps to prevent them.
- You are thinking about having children.

## Get help right away if:

- You have severe swelling of your mouth, tongue, or lips.
- Your swelling gets worse.
- You have trouble breathing, swallowing, or talking.
- You have chest pain, dizziness or light-headedness, or you pass out.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

## Summary

**Patient: JACKSON, CHAPTER**
**FIN: 495107857500**

77262

- Angioedema is the sudden swelling of tissues.
- It is important to be aware of all triggers or causes for your angioedema and to avoid them.
- Treatment for this condition depends on the cause and severity of your symptoms.
- Severe angioedema can be life-threatening if it blocks the air passages.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/20/2022 Document Reviewed: 04/20/2022 Elsevier Patient Education © 2023 Elsevier Inc.

# Anaphylactic Reaction, Adult

An anaphylactic reaction (anaphylaxis) is a sudden, severe allergic reaction by the body's disease-fighting system (immune system). Anaphylaxis can be life-threatening. This condition must be treated right away. Sometimes a person may need to be treated in the hospital.

## What are the causes?

This condition is caused by exposure to a substance that you are allergic to (allergen). In response to this exposure, the body releases proteins (antibodies) and other compounds, such as histamine, into the bloodstream. This causes swelling in certain tissues and loss of blood pressure to important areas, such as the heart and lungs.

Common allergens that can cause anaphylaxis include:

- Foods, especially peanuts, wheat, shellfish, milk, and eggs.
- Medicines.
- Insect bites or stings.
- Blood or parts of blood received for treatment (transfusions).
- Chemicals, such as dyes, latex, and contrast material that is used for medical tests.

## What increases the risk?

This condition is more likely to occur in people who:

- Have allergies.
- Have had anaphylaxis before.
- Have a family history of anaphylaxis.
- Have certain medical conditions, including asthma and eczema.

## What are the signs or symptoms?

Symptoms of anaphylaxis may include:

- Feeling warm in the face (flushed). This may include redness.
- Itchy, red, swollen areas of skin (hives).
- Swelling of the eyes, lips, face, mouth, tongue, or throat.
- Difficulty breathing, speaking, or swallowing.
- Dizziness, light-headedness, or fainting.
- Pain or cramping in the abdomen.
- Vomiting or diarrhea.

## How is this diagnosed?

This condition is diagnosed based on:

Patient: JACKSON, CHAPTER
FIN: 495107857500

77262

Case 2:23-cv-02403-DDC-TJJ Document 167-3 Filed 09/10/24 Page 8 of 10
Case 2:23-cv-02464-DDC-ADM Document 1-1 Filed 10/16/23 Page 36 of 107

- Your symptoms.
- A physical exam.
- Blood tests.
- Recent history of exposure to allergens.

## How is this treated?

If you think you are having an anaphylactic reaction, you should do the following right away:

- Give yourself an epinephrine injection using what is commonly called an auto-injector "pen" (pre-filled automatic epinephrine injection device). Your health care provider will teach you how to use an auto-injector pen.
- Call for emergency help. If you use a pen, you must still get emergency medical treatment in the hospital. Treatment in the hospital may include:
  - Medicines to help:
    - Tighten your blood vessels (epinephrine).
    - Relieve itching and hives (antihistamines).
    - Reduce swelling (corticosteroids).
  - Oxygen therapy to help you breathe.
  - IV fluids to keep you hydrated.

## Follow these instructions at home:

**Safety**

- Always keep an auto-injector pen near you. This can be lifesaving if you have a severe anaphylactic reaction. Use your auto-injector pen as told by your health care provider.
- **Do not** drive after an anaphylactic reaction until your health care provider approves.
- Make sure that you, the members of your household, and your employer know:
  - What you are allergic to, so it can be avoided.
  - How to use an auto-injector pen to give you an epinephrine injection.
- Replace your epinephrine immediately after you use your auto-injector pen. This is important if you have another reaction. If possible, carry two epinephrine auto-injector pens.
- If told by your health care provider, wear a medical alert bracelet or necklace that states your allergy.
- Learn the signs of anaphylaxis so that you can recognize and treat it right away.
- Work with your health care providers to make an anaphylaxis plan. Preparation is important.

**General instructions**

- Tell all your health care providers that you have an allergy
- If you have hives or rash:
  - Use an over-the-counter antihistamine as told by your health care provider.
  - Apply cold, wet cloths (cold compresses) to your skin or take baths or showers in cool water. Avoid hot water.
- Take over-the-counter and prescription medicines only as told by your health care provider.

**Patient: JACKSON, CHAPTER**
**FIN: 495107857500**

77262

- Keep all follow-up visits as told by your health care provider. This is important.

## How is this prevented?

- Avoid allergens that have caused an anaphylactic reaction in the past.
- When you are at a restaurant, tell your server that you have an allergy. If you are not sure whether a menu item contains an ingredient that you are allergic to, ask your server.

## Where to find more information

- American Academy of Allergy, Asthma and Immunology: aaaai.org
- American Academy of Pediatrics: healthychildren.org

## Get help right away if:

- You develop symptoms of an allergic reaction. You may notice them soon after you are exposed to a substance.
- You used epinephrine. You need more medical care even if the medicine seems to be working. This is important because anaphylaxis may happen again within 72 hours (rebound anaphylaxis). You also may need more doses of epinephrine.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Do the following right away:**

- **Use the auto-injector pen as you have been instructed.**
- **Get medical help. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

## Summary

- An anaphylactic reaction (anaphylaxis) is a sudden, severe allergic reaction by the body's disease-fighting system (immune system).
- This condition can be life-threatening. If you have an anaphylactic reaction, get medical help right away.
- Your health care provider may teach you how to use an auto-injector "pen" (pre-filled automatic epinephrine injection device) to give yourself a shot.
- Always keep an auto-injector pen with you. This could save your life. Use it as told by your health care provider.
- If you use epinephrine, you must still get emergency medical treatment, even if the medicine seems to be working.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 02/03/2022 Document Reviewed: 02/03/2022 Elsevier Patient Education © 2023 Elsevier Inc.

# Allergies

diphenhydrAMINE

Patient: JACKSON, CHAPTER
FIN: 495107857500

77262

## Problems

Ongoing
No qualifying data

## Additional Information

- Follow up with your Primary Care Physician;**if you do not have a Primary Care Physician**,visit memorialhermann.org/doctors to select one of our affiliated physicians or contact our department 832.658.6432 to schedule an In-Person or Virtual Office Visit
- If you have a more Urgent needs, please check in online for our Urgent Care using memorialhermann.org/urgentcare
- If you are experiencing a medical emergency, call 911 or go to the nearest emergency room
- Still not sure of what kind of care you need? Call the free 24/7 Nurse Health Line. Call 713.338.7979 or check nursehealthline.org
- Using the Memorial Hermann **Everyday Well app**, you can review a summary of your medical record, find affiliated physicians and locations, view your lab and imaging results, schedule appointments or check in online, access your Virtual Clinic appointment, pay select bills and so much more
- To Join **Everday Well**, visit memorialhermann.org/joineverydaywell or scan the QR code below

**Patient: JACKSON, CHAPTER**
**FIN: 495107857500**

77262

PLAINTIFF'S EXHIBIT
tabbies'
T2

000001

**Memorial Hermann Healthcare System**
Memorial Hermann Northeast Hospital
Emergency Department
18951 Memorial North
Humble, TX 77338 2815407700

**Patient Name: JACKSON, CHAPTER**
Birthdate: [redacted]1985 Age: 38 Years Sex: Female
Allergies: diphenhydrAMINE

Pharmacist please note--Allergy list may be incomplete.

Patient Address: PO BOX 11143C
OVERLAND PARK, KS 66207
Home Phone: (913)298-1335
Work Phone:

**Prescription Details:** **Date Issued: 09/27/2023**

**Rx: EpiPen Auto-Injector 0.3 mg injectable kit** Start Date: 09/27/2023
SIG: 0.3 mg IM ONCE
Dispense/Supply: 1 (one) ea
Refill: <1>

A generically equivalent product may be dispensed unless the practitioner handwrites 'Brand Necessary' or 'Brand Medically Necessary' on the face of the prescription.

Adam Thomas Tetke, DO
NPI #: 1710328232
18951 N Memorial Dr
Humble, TX 77338, (913)338-6565

340140091 5900NE

EXHIBIT _____

CASE LINDEN KURTZ BUCK PC
ATTORNEYS AT LAW

PLAINTIFF'S EXHIBIT 78

Case Linden Kurtz Buck PC
2600 Grand Boulevard, Suite 300
Kansas City, Missouri 64108
Tel: 816.979.1500
Fax: 816.979.1501
Offices in St. Louis:
Tel: 314.812.4750
Offices in Wichita:
Tel: 316.854.1517
www.caselinden.com

Kevin D. Case
Patric S. Linden
Jacob L. Kurtz
Cory R. Buck
Trevor M. Bond
Ellen C. T. Mathis
Shane C. Hamman
Jamie L. Welch
Hannah L. Woofter
Andrew M. Serrone

Licensed in Missouri
Licensed in Kansas
Licensed in Iowa & Nebraska
Licensed in Illinois
Licensed in Colorado

September 28, 2023

Via email: jackson@chchproductions.com
and chapterjackson816@yahoo.com
Chapter Kris Jackson
P.O. Box 11143
Overland Park, KS 66207

Re: *Chapter Kris Jackson v. Soave Automotive Group, Inc., et al.*
In the District Court of Johnson County, Kansas
Case No. 22CV00108

Dear Ms. Jackson:

As you are aware, your deposition was scheduled for today, at your request. Though the deposition was scheduled to start at 9:00 a.m. CST, I first heard at 9:17 a.m. CST that you were not going to make an appearance. I received an email from someone else (through your email account) reporting that you had suffered a medical emergency yesterday (9/27/23). I also received a similar text message from someone at approximately the same time, though that person did not identify him/herself, either.

First, I wish you the best in your recovery, and I hope that you feel better in the coming days.

Second, I am requesting documentation of your condition and the issues you experienced while on a flight yesterday. This includes medical records, details of what flight(s) you were on, current photographs, communications, and any other documents that give details about the medical condition you experienced yesterday. We need these documents to assess our path going forward. We will of course treat any of your medical records as highly confidential.

I would also request documentation of the time when these issues occurred. I saw that you were emailing the Court as late as last night. However, I never received word of any issues until I was sitting at the deposition location this morning. If there is a simple explanation for why this is, then I would be happy to hear it. As I am sure you can appreciate, we incurred costs related to your failure to appear for the deposition in attending, renting the room, and

compensating both a court reporter and videographer for their time, and this all would have been avoided if yourself or someone else informed me of these issues yesterday (or even up to this morning prior to the deposition start time).

Please provide these documents to us as soon as possible, and good luck in your recovery.

With kind regards,

/s/ Trevor Bond
Trevor Bond

TB/bw

cc: Kevin D. Case

PLAINTIFF'S EXHIBIT

TMC
TRUMAN MEDICAL CENTERS

university health

To whom it may concern,

Regarding Jackson, Chapter Kris (DOB [redacted]985)

Ms. Jackson had an incident occur on a flight on September 27th, 2023.
It would be reasonable to avoid traveling at this time to avoid similar incidents from occurring at this time,
until we figure out what may have triggered her symptoms.

The patient was provided with an EpiPen and referred to another specialist for further evaluation.
We will continue to investigate and revisit this issue in 2-3 months.

This letter was provided per patient request.

Patient seen and discussed with Dr. Aljubran

Ishaan Jakhar, MD
Allergy/Immunology Fellow, PGY-4

10/04/23

Pulmonary & Allergy Clinic

2301 Holmes St Kansas City, Missouri 64108 816.404.5495 Fax 816.404.5507 www.TruMed.org

*Primary teaching hospital for the University of Missouri Kansas City School of Medicine. Committed to Diversity and Inclusion*

PLAINTIFF'S EXHIBIT 80

Advanced

Back Archive Move Delete Spam

Inbox 1.2K
Unread
Starred
Drafts
Sent
Archive
Spam
Trash
Less

Views Hide
Photos
Documents
Emails to myself
Subscriptions
Receipts
Credits
Travel

Folders Hide
New Folder
claims
pictures

Donna L. Policicchio assignment number 6949775

**Chapter Jackson**

chapterjackson816@yahoo.co

calendar-midwest@veritext.com

Dear Ms. Policicchio,

I would like to memorialize the finishing comments at the end of the deposition which took place on October 30, 2024 at the deposition. Patrick Linden and I was informed by you that most of the exhibits that Mr. Linden presented during the deposition missing in which Patrick Linden then stated that he would provide those to you at a later date, please confirm that you did not have the exhibits presented during the deposition given to you to attach to the transcript and that they were to be provided to you at a later date. Could you also confirm how many exhibits were missing from the record?
Sent from my iPhone

Reply Reply All Forward

PLAINTIFF'S EXHIBIT 81

# Your e-mail has been received

From: Calendar-Midwest (calendar-midwest@veritext.com)

To: chapterjackson816@yahoo.com

Date: Friday, November 1, 2024 at 03:01 AM CDT

Thank you for contacting Veritext. Your email has been received and we will be responding shortly. If this is an urgent request please forward the original email to us with the word Urgent in the subject line, or call your local Veritext office.

Thank you for being a valued Veritext client.

# Fw: Donna L. Policicchio assignment number 6949775, 10/30/24, Chapter Jackson

PLAINTIFF'S EXHIBIT 82

From: Peggy Nelson (cs-midwest@veritext.com)

To: chapterjackson816@yahoo.com

Date: Friday, November 1, 2024 at 11:24 AM CDT

Hello,

The reporter replied:

> Hello Ms. Jackson,
>
> The court reporter does not have in her possession the following exhibits: Exhibits 8, 9, 10, 11, 13, 14, 15. She has reached out to Attorney Linden regarding this issue. If you have any of these exhibits in your possession, please forward them immediately to Veritext at the address listed on the business card she provided to you. The suite number has changed to Suite 2100.
>
> Thank you!
> Donna

Thank you,

**Peggy Nelson**
Client Services Associate

**VERITEXT**
Illinois • Indiana • Kansas • Minnesota • Missouri • North Dakota • Ohio • Wisconsin
cs-midwest@veritext.com
312-442-9087

***Is there anything else we can do for you?***
***We value your opinion and would love to get your feedback on how we did!***
***Please share your thoughts by clicking HERE***




On November 1, 2024 at 3:01 AM CDT chapterjackson816@yahoo.com wrote:

Dear Ms. Policicchio,

I would like to memorialize the finishing comments at the end of the deposition which took place on October 30, 2024 at the deposition. Patrick Linden and I was informed by you that most of the exhibits that Mr. Linden presented during the deposition missing in which Patrick Linden then stated that he would provide those to you at a later date, please confirm that you did not have the exhibits presented during the deposition given to you to attach to the transcript and that they were to be provided to you at a later date. Could you also confirm how many exhibits were missing from the record?
Sent from my iPhone

# File(s) for: Jackson, Kris Chapter v Soave Automotive Group, Inc., et al.; | Witness(es): Chapter Kris Jackson | 10/30/2024 | Assignment: 6949775

From: cs-midwest@veritext.com

To: chapterjackson816@yahoo.com

Date: Tuesday, January 7, 2025 at 03:37 PM CST

PLAINTIFF'S EXHIBIT 83

VERITEXT LEGAL SOLUTIONS

## Your files are ready.

**Files**

019C2E16-7495-40AB-8E49-0013EED292F4 Click here to download

Thank you for choosing Veritext. Your files are available for download below and may be provided in multiple file formats for your convenience.

Transcripts and exhibits are also available for download via MyVeritext. If your file link is disabled, please check your email for an updated set of deliverables.

Should you need any assistance, please reply to this email or call **888-391-3376**.

## PROCEEDING DETAILS:

- **CASE:** Jackson, Kris Chapter vs. Soave Automotive Group, Inc., et al.
- **WITNESS:** Chapter Kris Jackson
- **DATE:** 10/30/2024
- **ASSIGNMENT #:** 6949775

---

## HAVE YOU HEARD ABOUT SMART SUMMARY?

Smart Summary is an AI-generated summarization of the official proceeding delivered alongside the certified transcript. Smart Summary is securely delivered in an editable and convenient Word format that you can modify and make your own. The perfect springboard for your case analysis -- Smart Summary will save you time and boost your efficiency!

***Start Smart | Save Time | Heighten Your Productivity!***
*To Stop Receiving Future Smart Summaries – OR – To Reinstate Smart Summary Delivery for this Proceeding – Contact Us!*

## NEED A MYVERITEXT ACCOUNT?

REQUEST AN ACCOUNT

- Schedule and Modify your Calendar
- Search and Access Transcripts & Exhibits
- Participate in Remote Depositions
- Keep Your Data Secure and Private

888-391-3376

**PLEASE NOTE:** For data security purposes, the above direct hyperlink(s) to your files will expire in 30 days. You can always retrieve your files at any time on MyVeritext.

**DISCLAIMER:** This email, including any attachments or links, is intended solely for parties authorized to access this specific matter and may contain confidential, proprietary or privileged material. If you are not an authorized party to the matter, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify the sender immediately and then permanently delete the email and all copies (including any attachments or download links).

Content Retention & Destruction Policy

PLAINTIFF'S EXHIBIT 84

Advanced

← Back | Archive | Move | Delete | Spam

Inbox 1.2K
Unread
Starred
Drafts
Sent
Archive
Spam
Trash
Less

Views Hide
Photos
Documents
Emails to myself
Subscriptions
Receipts
Credits
Travel

Folders Hide
+ New Folder
claims
pictures

312-736-9597

----------- Forwarded message -----------
From: cs-midwest@veritext.com
Date: January 7, 2025 at 10:33 AM CST
Subject: 6949775
To: litsup-midwest@veritext.com

Good morning,

Please create a watermarked copy of the transcript for the witness to review and sign. They were sent something on 11/17/24 but I cannot see what it was. They said that the link expired.

6949775
chapterjackson816@yahoo.com

Thank you!

Alexander Bravo
Client Services Associate

'Tis the season for your feedback!

***We value your opinion and would love to get your feedback on how we did today!***
***Please share your thoughts and mention my name by clicking HERE***

**VERITEXT**
Illinois • Indiana • Kansas • Minnesota • Missouri • North Dakota • Ohio • Wisconsin
cs-midwest@veritext.com
312-736-9597

Reply Reply All Forward

Thank you. Got it. Cool.

**Peggy Nelson**
cs-midwest@veritext.com
+ Add to contacts



PLAINTIFF'S EXHIBIT 85

# Fwd: Chapter Kris Jackson

From: Angela Swan (aswan@angelaswanlaw.com)

To: [redacted]

Date: Friday, December 20, 2024 at 12:55 PM CST

---------- Forwarded message ---------
From: **Gold, Gretchen M.** <gretchen.gold@lathropgpm.com>
Date: Fri, Dec 20, 2024 at 10:53 AM
Subject: Chapter Kris Jackson
To: aswan@angelaswanlaw.com <aswan@angelaswanlaw.com>

Ms. Swan, I have left several messages on your office voice mail and finally spoke to I presume a receptionist this morning.

You recently served Horst Schwab (deceased), Edward Setzler (deceased), Manfred Hetzel and Terry Buchholtz with the petition against Chrysler. You also named Aristocrat Motor Company, Inc.

Mr Schwab used to own Aristocrat Motor Company but sold the assets to Soave Automotive Group in 1999 – 25 years ago. He also sold the right to use the name Aristocrat Motors. After the sale, the corporation Aristocrat Motor Company Inc was formally dissolved. You need to dismiss the individuals named above and dismiss Aristocrat Motor Company, Inc. and add the proper parties.

Please confirm you will take immediate action to do so, as Mr. Hetzel and Ms. Buchholtz should not have to incur any legal expenses related to this given they have had nothing to do with the dealership since 1999, and certainly not when your client alleges he was damaged.

Lathrop GPM

**Gretchen Gold**
Partner

Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Direct: 816.460.5410
gretchen.gold@lathropgpm.com
lathropgpm.com

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

--
Thank you,
Angela Swan | **Attorney**
**Email:** aswan@angelaswanlaw.com

THE LAW OFFICES OF ANGELA SWAN
WWW.ANGELASWANLAW.COM
21151 South Western Ave Ste 177
Torrance, CA 90501
Phone 310-755-2515
Fax 310-878-0349
*Legal issues are overwhelming. At the Law Offices Of Angela Swan we are dedicated to providing you with relief and legal representation*

**CONFIDENTIALITY NOTICE**

This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby **NOTIFIED** that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**

Angela Swan ESQ. does not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format.

PLAINTIFF'S EXHIBIT
86

10:58 5G

Gretchen Gold just submitted your form: Get in touch
on angelaswanlaw

**Message Details:**

FIRST NAME: Gretchen

LAST NAME: Gold

PHONE: 816-460-5410

EMAIL:

gretchen.gold@lathropgpm.com

MESSAGE: I represent Manfred Hetzel, whom you served with a summons relating to the Chapter Kris Jackson complaint. You also improperly served him with documents directed at Edward Setzler (deceased), Horst Schwab (deceased) and Terry Buckholtz who do not nor have they ever lived at the same address. Horst Schwab sold the assets of Aristocrat Motors in 1999 (25 years ago) to Soave Automotive Group - including the right to use the name Aristocrat

10:59

directed at Edward Setzler (deceased), Horst Schwab (deceased) and Terry Buckholtz who do not nor have they ever lived at the same address. Horst Schwab sold the assets of Aristocrat Motors in 1999 (25 years ago) to Soave Automotive Group - including the right to use the name Aristocrat Motors. I believe that is who your lawsuit should be directed to. I have no contact information for Soave Automotive. Mr. Hetzel assumes you will dismiss any claims against the above individuals who have had nothing to do with the dealership since 1999. you may contact me if you have further questions. Please confirm that the lawsuits against the above individuals will be dismissed immediately.

99+

PLAINTIFF'S EXHIBIT 87

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**JACKSON, KRIS CHAPTER,**

**Plaintiff,**

**v.**

**SOAVE AUTOMOTIVE GROUP, INC., et al.,**

**Defendants.**

**Case No: 2:23-cv-02403-DDC-TJJ**

**JOINT RULE 26(A)(1) INITIAL DISCLOSURES OF DEFENDANTS**

Defendants Soave Automotive Group, Inc., T.E.N. Investments, Inc., Marion Battaglia, Stephanie Turner, Angela Lewitzke, Robert Hellweg, Kayce Jones, and Santander Consumer USA, Inc. (collectively, "Defendants"), jointly and through undersigned counsel, respectfully provide the following initial disclosures, as required by Fed. R. Civ. P. 26.

**1.0 The name(s), and if known, the address(es) and telephone number(s) of each individual likely to have discoverable information to support claims and defenses (Fed. R. Civ. P. 26(a)(1)(A)(i)).**

1.01 Plaintiff Chapter Kris Jackson
P.O. Box 11143
Overland Park, KS 66207
(913) 298-1335

Plaintiff is likely to have discoverable information regarding the transaction at issue, Plaintiff's allegations, defenses of the Defendants, and the nature and extent of Plaintiff's damages, if any.

1.02 Michael Russaw
7920 E. 117th Ter.
Kansas City, MO 64134
(816) 316-0946

Mr. Russaw (the primary purchaser of the subject vehicle) is likely to have discoverable information regarding the transaction at issue, Plaintiff's allegations, and defenses of the Defendants.

1.03 Corporate Representative of Defendant Santander Consumer USA, Inc.
As a represented party, this Defendant should be contacted only through defense counsel.

Defendant Santander is likely to have discoverable information regarding the transaction at issue, the financing process and procedures, Plaintiff's allegations, and its defenses.

1.04 Corporate Representative of T.E.N. Investments, Inc.
As a represented party, this Defendant should be contacted only through defense counsel.

Defendant T.E.N. Investments, Inc. is likely to have discoverable information regarding the transaction at issue, the sales process and procedures, Plaintiff's allegations, and defenses of the Defendants.

1.05 Corporate Representative of Soave Automotive Group, Inc.
As a represented party, this Defendant should be contacted only through defense counsel.

Defendant Soave Automotive Group, Inc. is likely to have discoverable information regarding the transaction at issue, Plaintiff's allegations, and defenses of the Defendants.

1.06 Robert Hellweg
As a represented party, this Defendant should be contacted only through defense counsel.

Mr. Hellweg is likely to have discoverable information regarding the transaction at issue, Plaintiff's allegations, and the defenses of the Defendants.

1.07 Stephanie Turner
As a represented party, this Defendant should be contacted only through defense counsel.

Ms. Turner is likely to have discoverable information regarding the transaction at issue, Plaintiff's allegations, and the defenses of the Defendants.

1.08 Kayce Jones

As a represented party, this Defendant should be contacted only through defense counsel.

Ms. Jones is likely to have discoverable information regarding the transaction at issue, Plaintiff's allegations, and the defenses of the Defendants.

1.09 Angela Lewitzke
As a represented party, this Defendant should be contacted only through defense counsel.

Ms. Lewitzke is likely to have discoverable information regarding the transaction at issue, Plaintiff's allegations, and the defenses of the Defendants.

1.10 Marion Battaglia
As a represented party, this Defendant should be contacted only through defense counsel.

Mr. Battaglia is likely to have discoverable information regarding the transaction at issue, Plaintiff's allegations, and the defenses of the Defendants.

1.11 Christopher Jackson
Contact Information Unknown

Mr. Jackson is likely to have discoverable information regarding the transaction at issue, Plaintiff's allegations, and the defenses of the Defendants. Mr. Jackson has filed a motion to intervene as a plaintiff in Plaintiff's related Johnson County litigation.

1.12 Ronald Meyer
8325 Hedge Lane Ter.
Shawnee, KS 66227

Mr. Meyer (a previous owner of the subject vehicle) is likely to have discoverable information regarding the transaction at issue, Plaintiff's allegations, and the defenses of the Defendants.

1.13 Any individuals identified in Plaintiff's disclosures pursuant to Fed. R. Civ. P. 26.

1.14 Any individuals identified in any other Defendant's disclosures pursuant to Fed. R. Civ. P. 26.

1.15 All witnesses necessary to lay foundation.

1.19 Other individuals discovered during further investigation of this case.

**2.0 A Copy of, or Description by Category and Location of, All Documents, Data Compilations, and Tangible Things That are in the Possession, Custody, or Control of the Party and That the Disclosing Party May Use to Support its Claims or Defenses (Fed. R. Civ. P. 26(a)(1)(A)(ii)).**

**Documents Produced by Defendant Santander Consumer USA, Inc.:**[1]

2.01 Deal documents (SC 000001-000105)

2.02 Payment details (SC 000106-000111)

2.03 Communications between Santander and the Dealership (SC 000112-000118)

2.04 Activity notes (SC 000119-000155)

2.05 Contract status documents (SC 000156-000158)

2.06 Financing application (SC 000159-SC 000162)

2.07 Photocopies of Plaintiff and Michael Russaw's drivers' licenses (SC 000163-000164)

2.08 Recordings and logs of Plaintiff's calls to Defendant Santander (SC 000165-000166)

**Documents Produced by Defendant T.E.N. Investments, Inc.:**[2]

2.09 Dealership Deal documents (T.E.N. 000001-000079)

2.10 Communications between dealership employees (T.E.N. 000080-000081)

2.11 Title documents for subject vehicle (T.E.N. 000082-000094)

---

[1] These documents have been produced to Plaintiff at a previous date, in connection with Plaintiff's related Johnson County litigation. Many of these documents were produced pursuant to a protective order entered in the state court litigation, and Santander Consumer USA, Inc. objects to producing these documents in this case without a protective order. To the extent these same documents need to be produced to Plaintiff again, Santander would request it not be required to do so until there is a protective order in place. Santander plans to request a similar protective order in this federal litigation.

[2] These documents have been produced to Plaintiff at a previous date, in connection with Plaintiff's related Johnson County litigation.

2.12 Repair invoices for subject vehicle (T.E.N. 000095-000098)

**Documents Produced by other Defendants:**

As to the other Defendants (Soave Automotive Group, Inc., Marion Battaglia, Stephanie Turner, Angela Lewitzke, Robert Hellweg, and Kayce Jones), there are no additional documents to produce.

**3.0 Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii)).**

This section is not applicable to the Defendants, as they are not seeking damages from Plaintiff at this time.

**4.0 Insurance Agreements (Fed. R. Civ. P. 26(a)(1)(A)(iv)).**

4.01 Dealership Insurance Agreement

There is an insurance policy held by the dealership, which may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment. T.E.N. Investments, Inc. has requested a copy of that policy, and a copy of that policy (with premium information redacted) will be produced to Plaintiff as soon as it is received.

Respectfully submitted,

**Case Linden Kurtz Buck P.C.**

s/Trevor Bond
Kevin D. Case, USDC KS 14570
Trevor Bond, USDC KS 27809
Jamie L. Welch, USDC KS 29318
2600 Grand Boulevard, Suite 300
Kansas City, MO 64108
Tel: (816) 979-1500
Fax: (816) 979-1501
kevin.case@caselinden.com
trevor.bond@caselinden.com
jamie.welch@caselinden.com
Attorneys for Defendants

**Certificate of Service**

I hereby certify that on November 6, 2023, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Chapter Kris Jackson
P.O. Box 11143
Overland Park, KS 66207
pro se

s/Trevor Bond
Trevor Bond

PLAINTIFF'S EXHIBIT 88

# UNDERSTANDING YOUR BUSINESS DEPOSIT ACCOUNTS

## TABLE OF CONTENTS


**TERMS AND CONDITIONS OF YOUR ACCOUNT**....1
Important Information About Procedures for Opening a New Account....1
Agreement....1
Liability....1
Deposits....1
Withdrawals....2
Understanding and Avoiding Overdraft and Nonsufficient Funds (NSF) Fees....2
Payment Order of Items....3
Arbitration Provision....3
**OVERDRAFT ACCESS POLICY**....3
Business, Organization and Association Accounts....4
Positive Pay....4
Stop Payments....4
Telephone Transfers....4
Amendments and Termination....4
Notices....4
Statements....4
Account Transfer....4
Direct Deposits....4
Temporary Account Agreement....4
Setoff....4
Restrictive Legends or Endorsements....4
Sample Signature....5
Facsimile Signatures....5
Check Processing....5
Check Cashing....5
Truncation, Substitute Checks, and Other Check Images....5
Remotely Created Checks....5
Unlawful Internet Gambling Notice....5
Endorsements....5
Death or Incompetence....5
Fiduciary Accounts....5
Credit Verification....5
Legal Actions Affecting Your Account....5
Account Security....5
Telephonic Instructions....6
Monitoring and Recording Telephone Calls and Consent to Receive Communications....6
Claim of Loss....6
Early Withdrawal Penalties....6
Address or Name Changes....6
Resolving Account Disputes....6
Waiver of Notices....6
Funds Transfers....6
Internal Accounting of Balances....7
**BUSINESS DEBIT CARD AGREEMENT TERMS AND CONDITIONS**....7
**YOUR ABILITY TO WITHDRAW FUNDS**....8
Common Features....9


## TERMS AND CONDITIONS OF YOUR ACCOUNT

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT** - To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth (for individuals), and other information that will allow us to identify you. We may also ask to see your driver's license (for individuals) or other identifying documents.

**AGREEMENT** - This document, along with any other documents we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you sign the signature card or open or continue to use the account, you agree to these rules. You will receive a separate schedule of rates, qualifying balances, and fees if they are not included in this document. If you have any questions, please call us.

This agreement is subject to applicable federal laws, the laws of the state of Missouri and other applicable rules such as the operating letters of the Federal Reserve Banks and payment processing system rules (except to the extent that this agreement can and does vary such rules or laws). The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

(1) summarize some laws that apply to common transactions;
(2) establish rules to cover transactions or events which the law does not regulate;
(3) establish rules for certain transactions or events which the law regulates but permits variation by agreement; and
(4) give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular.

**LIABILITY** - You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and we can deduct any amounts deposited into the account and apply those amounts to the shortage. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**DEPOSITS** - We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of endorsement or lack of endorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing endorsement, claim of alteration, encoding error, counterfeit cashier's check or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the

© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.
AIB-B 8/1/2019 3q Custom TCM-27Bx,7z,5,4n 201988789-010 EMOAIB19

payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. If you deliver a deposit to us and you will not be present when the deposit is counted, you must provide us an itemized list of the deposit (deposit slip). To process the deposit, we will verify and record the deposit, and credit the deposit to the account. If there are any discrepancies between the amounts shown on the itemized list of the deposit and the amount we determine to be the actual deposit, we will notify you of the discrepancy. You will be entitled to credit only for the actual deposit as determined by us, regardless of what is stated on the itemized deposit slip. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check or draft for deposit, we may require any third-party endorsers to verify or guarantee their endorsements, or endorse in our presence.

**WITHDRAWALS -**

**Generally** - Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to endorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated checks** - A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks mechanically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

**Checks and withdrawal rules** - If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted by our policy, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply any frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify your account as another type of account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.

**Cash withdrawals** - We recommend you take care when making large cash withdrawals because carrying large amounts of cash may pose a danger to your personal safety. As an alternative to making a large cash withdrawal, you may want to consider a cashier's check or similar instrument. You assume full responsibility of any loss in the event the cash you withdraw is lost, stolen, or destroyed. You agree to hold us harmless from any loss you incur as a result of your decision to withdraw funds in the form of cash.

**Multiple signatures, electronic check conversion, and similar transactions** - An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the signatures or otherwise examine the original check or item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**Notice of withdrawal** - We reserve the right to require not less than 7 days' notice in writing before each withdrawal from an interest-bearing account, other than a time deposit or demand deposit, or from any other savings deposit as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.) Withdrawals from a time account prior to maturity or prior to any notice period may be restricted and may be subject to penalty. See your notice of penalty for early withdrawal.

**UNDERSTANDING AND AVOIDING OVERDRAFT AND NONSUFFICIENT FUNDS (NSF) FEES -**

**Generally** - The information in this section is being provided to help you understand what happens if your account is overdrawn. Understanding the concepts of overdrafts and nonsufficient funds (NSF) is important and can help you avoid being assessed fees or charges. This section also provides contractual terms relating to overdrafts and NSF transactions.

An overdrawn account will typically result in you being charged an overdraft fee or an NSF fee. Generally, an overdraft occurs when there is not enough money in your account to pay for a transaction, but we pay (or cover) the transaction anyway. An NSF transaction is slightly different. In an NSF transaction, we do not cover the transaction. Instead, the transaction is rejected and the item or requested payment is returned. In either situation, we can charge you a fee.

**Determining your account balance** - We use the "ledger/actual balance" method to determine whether your account is overdrawn, that is, whether there is enough money in your account to pay for a transaction. Importantly, your actual balance may not be the same as your account's "available" balance. This means that certain transactions may be denied regardless of your account's actual balance. Your account's actual balance only includes transactions that have settled up to that point in time, that is, transactions (deposits and payments) that have posted to your account. The actual balance does not include outstanding transactions (such as checks that have not yet cleared and electronic transactions that have been authorized but which are still pending). The balance on your periodic statement is the ledger balance for your account as of the statement date. As the name implies, your available balance is calculated based on the money "available" in your account to make payments. In other words, the available balance takes transactions that have been authorized, but not yet settled, as well as any "holds" placed on deposits that have not yet cleared, and subtracts them from the actual balance. Any funds available from pending deposits are added to the available balance. For more information on how holds placed on funds in your account can impact your available balance, read the subsection titled "A temporary debit authorization hold affects your account balance.

**Overdrafts** - You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying, or not paying, discretionary overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Nonsufficient funds (NSF) fees** - If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times and that we do not monitor or control the number of times a transaction is presented for payment. You agree that we may charge you an NSF fee each time a payment is presented if the amount of money in your account is not sufficient to cover the payment, regardless of the number of times the payment is presented.

**Payment types** - Some, but not necessarily all, of the ways you can access the funds in your account include debit card transactions, automated clearing house (ACH) transactions, and check transactions. A debit card transaction might be authorized by use of a PIN, a Signature, or a chip. An example of an ACH transaction is a preauthorized payment you have set up on a recurring basis. All these payment types can use different processing systems and some may take more or less time to post. This information is important for a number of reasons. For example, keeping track of the checks you write and the timing of the preauthorized payments you set up will help you to know what other transactions might still post against your account. For information about how and when we process these different payment types, see the "Payment order of items" subsection below.

**Balance information** - Keeping track of your balance is important. You can review your balance in a number of ways including reviewing your periodic statement, reviewing your balance online, accessing your account information by phone, or coming into one of our branches.

**Funds availability** - Knowing when funds you deposit will be made available for withdrawal is another important concept that can help you avoid being assessed fees or charges. Please see our funds availability disclosure for information on when different types of deposits will be made available for withdrawal. For those accounts to which our funds availability policy disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the times we receive the item and when we return the item or send a notice in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**A temporary debit authorization hold affects your account balance** - On debit card purchases, merchants may request a temporary hold on your account for a specified sum of money when the merchant does not know the exact amount of the purchase at the time the card is authorized. The amount of the temporary hold may be more or less than the actual amount of your purchase. Some common transactions where this occurs involve purchases of gasoline, hotel rooms, or meals at restaurants. When this happens, our processing system cannot determine that the amount of the hold exceeds the actual amount of your purchase. This temporary hold, and the amount charged to your account, will eventually be adjusted to the actual amount of your purchase, but it could be three calendar days, or even longer in some cases, before the adjustment is made. Until the adjustment is made, the amount of funds in your account available for other transactions will be reduced by the amount of the temporary hold. If another transaction is presented for payment in an amount greater than the funds left after the deduction of the temporary hold amount, you will be

© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.

charged an NSF or overdraft fee according to our NSF or overdraft fee policy. You will be charged the fee even if you would have had sufficient funds in your account if the amount of the hold had been equal to the amount of your purchase.

**PAYMENT ORDER OF ITEMS** - The law permits us to pay items (such as checks or drafts) drawn on your account in any order. To assist you in handling your account with us, we are providing you with the following information regarding how we process the items that you write. When processing items drawn on your account, our policy is to prioritize them according to the dollar amount of each item. While we may depart from this policy under some circumstances, we generally pay the largest items first. This policy will allow your largest, and perhaps most important, items (such as your rent or mortgage payment), to be paid first but might also increase the overdraft or NSF fees you must pay if funds are not available to pay all of the items. If an item is presented without sufficient funds in your account to pay it, we may, at our discretion, pay the item (creating an overdraft) or return the item (NSF). The amounts of the overdraft and NSF fees are disclosed elsewhere. We encourage you to make careful records and practice good account management. This will help you to avoid writing checks or drafts without sufficient funds and incurring the resulting fees.

**ARBITRATION PROVISION**

This Arbitration Provision describes when and how a "Claim" (as defined below) between you and us may be arbitrated. Arbitration is a method of resolving disputes in front of one or more neutral persons, instead of having a trial in court in front of a judge and/or jury.

(a) Your Right to Reject: If you don't want this Arbitration Provision to apply, you may reject it by mailing us a written rejection notice which gives your name and the date of this agreement, and contains a statement that you (both of you, if more than one) reject the Arbitration Provision of this agreement. The rejection notice must be sent to us at 238 Madison Street, Jefferson City, Missouri 65101 Attention: Legal Department. A rejection notice is only effective if it is signed by you (all of you, if more than one) and if we receive it within fifteen (15) days after the date of this agreement. If you don't reject this Arbitration Provision, it will be effective as of the date of this agreement. Your rejection of this Arbitration Provision will not affect any other provision of this agreement.

(b) "Claim" means any claim, dispute or controversy between you and us that in any way arises from or relates to this agreement, including disputes arising from actions or omissions prior to the date of this agreement. "Claim" has the broadest possible meaning, and includes initial claims, counterclaims, cross-claims and third-party claims. It includes disputes based upon contract, tort, consumer rights, fraud and other intentional torts, constitution, statute, regulation, ordinance, common law and equity (including any claim for injunctive or declaratory relief). It also includes disputes about the validity, enforceability, arbitrability or scope of this Arbitration Provision or this agreement.

(c) Excluded Claims: Notwithstanding any language in this Arbitration Provision to the contrary, the term "Claim" does not include any dispute about the validity, effect or enforceability of the prohibitions against class proceedings or multiple-party proceedings described in Subsection (g) below (the "Class Action Waiver"); any such dispute shall be resolved by a court and not by an arbitrator or arbitration administrator. In addition, the following claims or proceedings will not be subject to this Arbitration Provision: (1) any individual action brought by you or us in small claims court, unless such action is transferred, removed, or appealed to a different court; (2) the exercising of any self-help rights or the right to restrain funds in a deposit account, including set-off; (3) the right or obligation to interplead funds in the event of a dispute; (4) the obligation to comply with legal process; (5) the right to obtain provisional remedies such as injunctive relief, seizure, attachment or garnishment; (6) recoupment, repossession, trustee's sales and the like; or (7) any individual action in court by one party that is limited to preventing the other party from using a self-help remedy and that does not involve a request for damages or monetary relief of any kind. The institution and/or maintenance of any such right, action or litigation shall not constitute a waiver of the right of either of the parties to compel arbitration regarding any other dispute subject to arbitration pursuant to this Arbitration Provision.

(d) Starting an Arbitration: Either you or we may require any Claim to be arbitrated. Arbitration is started by giving written notice to the other party of the intent to arbitrate. This written notice shall also be given to the "Administrator" (as defined below) per the Administrator's rules and procedures. The filing of a lawsuit does not negate the right to demand arbitration over the Claim and may address any Claims brought in the lawsuit. Arbitration of a Claim must comply with this Arbitration Provision and, to the extent not inconsistent or in conflict with this Arbitration Provision, the applicable rules of the arbitration Administrator.

(e) Choosing the Administrator: "Administrator" means the American Arbitration Association ("AAA"), 1633 Broadway, 10th Floor, New York, NY 10019, www.adr.org, or any other company selected by mutual agreement of the parties. If the AAA cannot or will not serve and the parties are unable to select an Administrator by mutual consent, the Administrator will be selected by a court. Within twenty (20) days of either party providing written notice of the intent to arbitrate, you may either select the AAA as Administrator or propose another company for our consideration. If you do not select the Administrator on time, then the AAA will serve as the Administrator. Notwithstanding any language in this Arbitration Provision to the contrary, no arbitration may be administered, without the consent of all parties to the arbitration, by any Administrator that has in place a formal or informal policy that purports to override the Class Action Waiver. A single arbitrator will be selected in accordance with the Administrator's rules and procedures.

(f) IF YOU OR WE ELECT TO ARBITRATE A CLAIM, YOU WILL NOT HAVE THE RIGHT TO PURSUE THAT CLAIM IN COURT OR HAVE A JURY DECIDE THE CLAIM. ALSO, YOUR ABILITY TO OBTAIN INFORMATION FROM US IS MORE LIMITED IN AN ARBITRATION THAN IN A LAWSUIT. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION.

(g) IF YOU OR WE ELECT TO ARBITRATE A CLAIM: (1) NEITHER YOU NOR WE MAY PARTICIPATE IN A CLASS ACTION IN COURT OR IN CLASS-WIDE ARBITRATION, EITHER AS A PLAINTIFF, DEFENDANT OR CLASS MEMBER; (2) CLAIMS BROUGHT BY OR AGAINST YOU MAY NOT BE JOINED OR CONSOLIDATED WITH CLAIMS BROUGHT BY OR AGAINST ANY OTHER PERSON; AND (3) THE ARBITRATOR SHALL HAVE NO AUTHORITY TO CONDUCT A CLASS-WIDE ARBITRATION OR MULTIPLE-PARTY ARBITRATION.

(h) Location and Costs of Arbitration: Any arbitration hearing that you attend must take place at a location reasonably convenient to you. Each Administrator charges fees to administer an arbitration proceeding and the arbitrator also charges fees. If you assert a non-frivolous claim in arbitration, we will reimburse you for the fees charged to you by the Administrator and/or arbitrator. We will bear the expense of our attorneys, experts and witnesses. You will bear the expense of your attorneys, experts and witnesses, but the arbitrator may direct us to reimburse you for the expense of your attorneys, experts and witnesses if you prevail and as the arbitrator deems appropriate.

(i) Governing Law: This Arbitration Provision is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 (the "FAA"), and not by any state arbitration law. The arbitrator must apply applicable substantive law consistent with the FAA and applicable statutes of limitations and claims of privilege recognized at law. The arbitrator is authorized to award all remedies permitted by the substantive law that would apply if the action were pending in court. At the timely request of either party, the arbitrator must provide a brief written explanation of the basis for the award.

(j) Right to Discovery: In addition to the parties' rights to obtain discovery pursuant to the arbitration rules of the Administrator, either party may submit a written request to the arbitrator to expand the scope of discovery normally allowable under the arbitration rules of the Administrator. The arbitrator shall have discretion to grant or deny that request.

(k) Arbitration Result and Right of Appeal: Judgment upon the award given by the arbitrator may be entered by any court having jurisdiction. The arbitrator's decision is final and binding, except for any right of appeal provided by the FAA. However, if the amount of the Claim exceeds $50,000 or involves a request for injunctive or declaratory relief that could foreseeably involve a cost or benefit to either party exceeding $50,000, any party can appeal the award to a three-arbitrator panel administered by the Administrator, which panel shall reconsider any aspect of the initial award requested by the appealing party. The decision of the panel shall be by majority vote. Reference in this Arbitration Provision to "the arbitrator" shall mean the panel of arbitrators if an appeal of the arbitrator's decision has been taken. The costs of such an appeal will be borne as set forth above.

(l) Special Payment: If you initiate arbitration in accordance with the terms set forth above on your own behalf (and not on behalf of any other party and an arbitrator determines that you were entitled to greater relief than that offered by us in our last written settlement offer, then the arbitrator shall award you $1,000 (not including any arbitration fees and attorneys' fees and costs to which you may be entitled).

## OVERDRAFT ACCESS POLICY

It is the policy of Central Bancompany (hereafter known as Bank) to comply with all applicable laws and regulations and to conduct business in accordance with applicable safety and soundness standards.

Your Understanding Your Deposit Account brochure describes the duties, obligations and rights of the Depositor, the Authorized Signatories and the Bank with regard to your deposit accounts. Your Understanding Your Deposit Account brochure is incorporated herein for all purposes as if it were set forth verbatim, and its terms shall control any possible conflict, if any, between any provision of the Overdraft Access Policy and that of the Understanding Your Deposit Account brochure.

The Bank is not obligated to pay any item presented for payment if your account does not contain sufficient collected (available) funds. Any discretionary service payment by the Bank of any non-sufficient fund check, in-person withdrawal, ATM withdrawal, or other electronic item does not obligate the Bank to pay any additional non-sufficient fund check, in-person withdrawal, ATM withdrawal, or other electronic item or to provide prior written notice of its decision to refuse to pay any additional non-sufficient fund check, in-person withdrawal, ATM withdrawal, or other electronic item.

Pursuant to the Bank's commitment to always provide better customer service, if you maintain an account that has been open for a minimum of ninety days, the Bank will consider approving your overdrafts, whether they result from checks, in-person withdrawal, ATM withdrawal, or other electronic transactions. In deciding whether or not to approve your overdrafts, the Bank may consider a number of factors, including, but not limited to, whether or not your account is in good standing, how long your account has been open, your average deposit balances held with the Bank, and/or whether or not you or your account is subject to any legal or administrative order or levy. Then the Bank will consider, as a discretionary courtesy and not a right or obligation, approving your reasonable overdrafts. Overdraft Access is neither an overdraft line of credit nor an overdraft protection agreement.

Each month your Overdraft Access amount will appear on your deposit account statement. Any and all bank fees and charges, including without limitation, the non-sufficient fund/overdraft fees, will be added to your Overdraft Access

© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.

balance, regardless of whether such charges and fees result in a balance exceeding your Overdraft Access limit.

The total Overdraft Access (negative) balance, including any and all bank fees and charges, is due and payable upon demand, and the Depositor and each Authorized Signatory will continue to be liable for such amounts, as described in the Understanding Your Deposit Account brochure.

Again, approval of reasonable overdrafts through Overdraft Access on business accounts in good standing (as described above) is only a courtesy, and not a right or obligation. Accordingly, the listing of an Overdraft Access amount on your account statement is not a guarantee or agreement that your overdrafts will be paid. It is within the Bank's sole and absolute discretion to cease this service at any time without prior written notice, reason or cause.

If you present a check, in-person withdrawal, ATM withdrawal, or other electronic transaction for payment and we create an overdraft, pursuant to provisions in the Understanding Your Deposit Account brochure, you agree to pay us the amount of any overdraft and applicable fees as published, immediately, without notice or demand from us, unless you otherwise specify you wish all NSFs returned. Each account holder is jointly and severally responsible under the terms outlined in Understanding Your Deposit Account brochure for paying any overdraft amounts. The current Overdraft Fee/Returned Item Charge (NSF) is $35.00.

You have the right to "Opt-Out" of Overdraft Access. Contact any Customer Service Representative to request removal of Overdraft Access from your account.

**BUSINESS, ORGANIZATION AND ASSOCIATION ACCOUNTS** - Earnings in the form of interest, dividends, or credits will be paid only on collected funds, unless otherwise provided by law or our policy. You represent that you have the authority to open and conduct business on this account on behalf of the entity. We may require the governing body of the entity opening the account to give us a separate authorization telling us who is authorized to act on its behalf. We will honor the authorization until we actually receive written notice of a change from the governing body of the entity.

**POSITIVE PAY:** We offer "positive pay" service to business checking account customers. Under the positive pay service, you notify us in advance of checks that you write on your account, including information about the contents of the check. When the check is presented to us for payment, we will compare the contents of the check with the information you provided to us. If the check does not match the information you gave us then we will contact you for instructions on how to handle the check. Positive pay is an important method for protecting your accounts against fraud and forgery and we strongly recommend that you use positive pay. You agree that if you do not use the positive pay system then you may not make any claims against us, and we will have no liability, for any losses you might experience from forged, altered or fraudulent checks drawn on your account.

**STOP PAYMENTS** - The rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Generally, if your stop-payment order is given to us in writing it is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if you do not confirm your order in writing within that time period. We are not obligated to notify you when a stop-payment order expires.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

**TELEPHONE TRANSFERS** - A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. Limitations on the number of telephonic transfers from a savings account, if any, are described elsewhere.

**AMENDMENTS AND TERMINATION** - We may change any term of this agreement. Rules governing changes in interest rates are provided separately in the Truth-in-Savings disclosure or in another document. For other changes, we will give you reasonable notice in writing or by any other method permitted by law. We may also close this account at any time upon reasonable notice to you and tender of the account balance personally or by mail. We may also close your account if it remains at a zero balance for a full statement cycle. Items presented for payment after the account is closed may be dishonored. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items to be paid from the account. Reasonable notice depends on the circumstances, and in some cases such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change or account closure becomes effective. For instance, if we suspect fraudulent activity with respect to your account, we might immediately freeze or close your account and then give you notice. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s).

**NOTICES** - Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Notice to any of you is notice to all of you.

**STATEMENTS** - **Your duty to report unauthorized signatures, alterations and forgeries** - You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors or problems** - In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error or problem - such as an encoding error or an unexpected deposit amount. Also, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing endorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Duty to notify if statement not received** - You agree to immediately notify us if you do not receive your statement by the date you normally expect to receive it. Not receiving your statement in a timely manner is a sign that there may be an issue with your account, such as possible fraud or identity theft.

**ACCOUNT TRANSFER** - This account may not be transferred or assigned without our prior written consent.

**DIRECT DEPOSITS** - If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**TEMPORARY ACCOUNT AGREEMENT** - If the account documentation indicates that this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**SETOFF** - We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**RESTRICTIVE LEGENDS OR ENDORSEMENTS** - The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive endorsements or other special instructions on every check. For this reason, we are not required to honor any restrictive legend or endorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or

© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.

expenses that result from your placement of these restrictions or instructions on your checks. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive endorsement.

**SAMPLE SIGNATURE** - You agree that we will not be liable for signature verification on items when your account is opened using an electronic process in which a signature sample is not able to be provided. You agree that it is your responsibility to contact the bank to determine the best way to provide a signature sample to better protect your account(s) from fraud and authenticate items drawn on your account.

**FACSIMILE SIGNATURES** - Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

**CHECK PROCESSING** - We process items mechanically by relying solely on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and endorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of endorsements unless you notify us in writing that the check requires multiple endorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**CHECK CASHING** - We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash such a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**TRUNCATION, SUBSTITUTE CHECKS, AND OTHER CHECK IMAGES** - If you truncate an original check and create a substitute check, or other paper or electronic image of the original check, you warrant that no one will be asked to make payment on the original check, a substitute check or any other electronic or paper image, if the payment obligation relating to the original check has already been paid. You also warrant that any substitute check you create conforms to the legal requirements and generally accepted specifications for substitute checks. You agree to retain the original check in conformance with our internal policy for retaining original checks. You agree to indemnify us for any loss we may incur as a result of any truncated check transaction you initiate. We can refuse to accept substitute checks that have not previously been warranted by a bank or other financial institution in conformance with the Check 21 Act. Unless specifically stated in a separate agreement between you and us, we do not have to accept any other electronic or paper image of an original check.

**REMOTELY CREATED CHECKS** - Like any standard check or draft, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a check or draft that can be used to withdraw money from an account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account owner (or a signature purported to be the signature of the account owner). In place of a signature, the check usually has a statement that the owner authorized the check or has the owner's name typed or printed on the signature line.

You warrant and agree to the following for every remotely created check we receive from you for deposit or collection: (1) you have received express and verifiable authorization to create the check in the amount and to the payee that appears on the check; (2) you will maintain proof of the authorization for at least 2 years from the date of the authorization, and supply us the proof if we ask; and (3) if a check is returned you owe us the amount of the check, regardless of when the check is returned. We may take funds from your account to pay the amount you owe us, and if there are insufficient funds in your account, you still owe us the remaining balance.

**UNLAWFUL INTERNET GAMBLING NOTICE** - Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

**ENDORSEMENTS** - We may accept for deposit any item payable to you or your order, even if they are not endorsed by you. We may give cash back to any one of you. We may supply any missing endorsement(s) for any item we accept for deposit or collection, and you warrant that all endorsements are genuine.

To ensure that your check or share draft is processed without delay, you must endorse it (sign it on the back) in a specific area. Your entire endorsement (whether a signature or a stamp) along with any other endorsement information (e.g. additional endorsements, ID information, driver's license number, etc.) must fall within 1½" of the "trailing edge" of a check. Endorsements must be made in blue or black ink, so that they are readable by automated check processing equipment.

As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all endorsement information within 1½" of that edge.




It is important that you confine the endorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed endorsements and information. You agree that you will indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your endorsement, another endorsement or information you have printed on the back of the check obscures our endorsement.

These endorsement guidelines apply to both personal and business checks.

**DEATH OR INCOMPETENCE** - You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**FIDUCIARY ACCOUNTS** - Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**CREDIT VERIFICATION** - You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**LEGAL ACTIONS AFFECTING YOUR ACCOUNT** - If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. Or, in our discretion, we may freeze the assets in the account and not allow any payments out of the account until a final court determination regarding the legal action. We may do these things even if the legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys' fees and our internal expenses) may be charged against your account. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**ACCOUNT SECURITY** -

**Duty to protect account information and methods of access** - It is your responsibility to protect the account numbers and electronic access devices (e.g., a Debit card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized.

Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment.

You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss

© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.

entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

**Positive pay and other fraud prevention services** - Except for consumer electronic fund transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help identify and limit fraud or other unauthorized transactions against your account, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have been prevented by the services we offered. You will not be responsible for such transactions if we acted in bad faith or to the extent our negligence contributed to the loss. Such services include positive pay or commercially reasonable security procedures. If we offered you a commercially reasonable security procedure which you reject, you agree that you are responsible for any payment order, whether authorized or not, that we accept in compliance with an alternative security procedure that you have selected. The positive pay service can help detect and prevent check fraud and is appropriate for account holders that issue: a high volume of checks, a lot of checks to the general public, or checks for large dollar amounts.

**TELEPHONIC INSTRUCTIONS** - Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**MONITORING AND RECORDING TELEPHONE CALLS AND CONSENT TO RECEIVE COMMUNICATIONS** - Subject to federal and state law, we may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording.

To provide you with the best possible service in our ongoing business relationship for your account we may need to contact you about your account from time to time by telephone, text messaging or email. However, we first obtain your consent to contact you about your account in compliance with applicable consumer protection provisions in the federal Telephone Consumer Protection Act of 1991 (TCPA), CAN-SPAM Act and their related federal regulations and orders issued by the Federal Communications Commission (FCC).

- Your consent is limited to your account, and as authorized by applicable law and regulations.
- Your consent is voluntary and not conditioned on the purchase of any product or service from us.

With the above understandings, you authorize us to contact you regarding your account throughout its existence using any telephone numbers or email addresses that you have previously provided to us by virtue of an existing business relationship or that you may subsequently provide to us.

This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device.

If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

**CLAIM OF LOSS** - The following rules do not apply to a transaction or claim related to a consumer electronic fund transfer governed by Regulation E (e.g., an everyday consumer debit card or ATM transaction). The error resolution procedures for consumer electronic fund transfers can be found in our initial Regulation E disclosure titled, "Electronic Fund Transfers." For other transactions or claims, if you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of lost, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you.

You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

**EARLY WITHDRAWAL PENALTIES (and involuntary withdrawals)** - We may impose early withdrawal penalties on a withdrawal from a time account even if you don't initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our setoff against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your notice of penalty for early withdrawals for additional information.

**ADDRESS OR NAME CHANGES** - You are responsible for notifying us of any change in your address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us. If provided elsewhere, we may impose a service fee if we attempt to locate you.

**RESOLVING ACCOUNT DISPUTES** - We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable for any items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**WAIVER OF NOTICES** - To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit an item and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**FUNDS TRANSFERS** - The terms used in this section have the meaning given to them in Article 4A of the Uniform Commercial Code - Funds Transfers (UCC 4A). This section will generally not apply to you if you are a consumer. However, even if you are a consumer, this section will apply to that part of any funds transfer that is conducted by Fedwire. This section is subject to UCC 4A as adopted in the state in which you have your deposit with us. This agreement is also subject to all clearing house association rules, rules of the Board of Governors of the Federal Reserve System and their operating circulars. If any part of this agreement is determined to be unenforceable, the rest of the agreement remains effective. This agreement controls funds transfers unless supplemented or amended in a separate written agreement signed by us. This agreement does not apply to a funds transfer if any part of the transfer is governed by the Electronic Fund Transfer Act of 1978 (EFTA), except this agreement does apply to a funds transfer that is a remittance transfer as defined in EFTA unless the remittance transfer is an electronic fund transfer as defined in EFTA.

**Funds transfer** - A funds transfer is the transaction or series of transactions that begin with the originator's payment order, made for the purpose of making payment to the beneficiary of the order. A funds transfer is completed by the acceptance by the beneficiary's bank of a payment order for the benefit of the beneficiary of the originator's order. You may give us a payment order orally, electronically, or in writing, but your order cannot state any condition to payment to the beneficiary other than the time of payment. Credit entries may be made by ACH.

**Authorized account** - An authorized account is a deposit account you have with us that you have designated as a source of payment of payment orders you issue to us. If you have not designated an authorized account, any account you have with us is an authorized account to the extent that payment of the payment order is not inconsistent with the use of the account.

**Acceptance of your payment order** - We are not obligated to accept any payment order that you give us, although we normally will accept your payment order if you have a withdrawable credit in an authorized account sufficient to cover the order. If we do not execute your payment order, but give you notice of our rejection of your payment order after the execution date or give you no notice, we are not liable to pay you as restitution any interest on a withdrawable credit in a non-interest-bearing account.

**Cutoff time** - If we do not receive your payment order or communication canceling or amending a payment order before our cutoff time on a funds transfer day for that type of order or communication, the order or communication will be deemed to be received at the opening of our next funds transfer business day.

**Payment of your order** - If we accept a payment order you give us, we may receive payment by automatically deducting from any authorized account the amount of the payment order plus the amount of any expenses and charges for our services in execution of your payment order. We are entitled to payment on the payment or execution date. Unless your payment order specifies otherwise, the payment or execution date is the funds transfer date we receive the payment order. The funds transfer is completed upon acceptance by the beneficiary's bank. Your obligation to pay your payment order is excused if the funds transfer is not completed, but you are still responsible to pay us any expenses and charges for our services. However, if you told us to route the funds transfer through an intermediate bank, and we are unable to obtain a refund because the intermediate bank that you designated has suspended payments, then you are still obligated to pay us for the payment order. You will not be entitled to interest on any refund you receive because the beneficiary's bank does not accept the payment order.

**Security procedure** - As described more fully in a separate writing, the authenticity of a payment order or communication canceling or amending a payment order issued in your name as sender may be verified by a security procedure. You affirm that you have no circumstances which are relevant to the determination of a commercially reasonable security procedure unless those circumstances are expressly contained in a separate writing signed by us. You may choose from one or more security procedures that we have developed, or you may develop your own security procedure if it is acceptable to us. If you refuse a commercially reasonable security procedure that we have offered you, you agree that you will be bound by any payment order issued in your name, whether or not authorized, that we accept in good faith and in compliance with the security procedure you have chosen.

**Duty to report unauthorized or erroneous payment** - You must exercise ordinary care to determine that all payment orders or amendments to payment orders that we accept that are issued in your name are authorized, enforceable, in the correct amount, to the correct beneficiary, and not otherwise erroneous. If you discover (or with reasonable care should have discovered) an unauthorized, unenforceable, or erroneously executed payment order or amendment, you

© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.

must exercise ordinary care to notify us of the relevant facts. The time you have to notify us will depend on the circumstances, but that time will not in any circumstance exceed 14 days from when you are notified of our acceptance or execution of the payment order or amendment or that your account was debited with respect to the order or amendment. If you do not provide us with timely notice you will not be entitled to interest on any refundable amount. If we can prove that you failed to perform either of these duties with respect to an erroneous payment and that we incurred a loss as a result of the failure, you are liable to us for the amount of the loss not exceeding the amount of your order.

**Identifying number** - If your payment order identifies an intermediate bank, beneficiary bank, or beneficiary by name and number, we and every receiving or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediate bank or person different than the bank or beneficiary identified by name. Neither we nor any receiving or beneficiary bank have any responsibility to determine whether the name and identifying number refer to the same financial institution or person.

**Record of oral or telephone orders** - You agree that we may, if we choose, record any oral or telephone payment order or communication of amendment or cancelation.

**Notice of credit** - If we receive a payment order to credit an account you have with us, we are not required to provide you with any notice of the payment order or the credit.

**Provisional credit** - You agree to be bound by the automated clearing house association operating rules that provide that payments made to you or originated by you by funds transfer through the automated clearing house system are provisional until final settlement is made through a Federal Reserve Bank or otherwise payment is made as provided in Article 4A-403(a) of the Uniform Commercial Code.

**Refund of credit** - You agree that if we do not receive payment of an amount credited to your account, we are entitled to a refund from you in the amount credited and the party originating such payment will not be considered to have paid the amount so credited.

**Amendment of funds transfer agreement** - From time to time we may amend any term of this agreement by giving you reasonable notice in writing. We may give notice to anyone who is authorized to send payment orders to us in your name or to anyone who is authorized to accept service.

**Cancelation or amendment of payment order** - You may cancel or amend a payment order you give us only if we receive the communication of cancelation or amendment before our cutoff time and in time to have a reasonable opportunity to act on it before we accept the payment order. The communication of cancelation or amendment must be presented in conformity with the same security procedure that has been agreed to for payment orders.

**Intermediaries** - We are not liable for the actions of any intermediary, regardless of whether or not we selected the intermediary. We are not responsible for acts of God, outside agencies, or nonsalaried agents.

**Limit on liability** - You waive any claim you may have against us for consequential or special damages, including loss of profit arising out of a payment order or funds transfer, unless this waiver is prohibited by law. We are not responsible for attorney fees you might incur due to erroneous execution of payment order.

**Erroneous execution** - If we receive an order to pay you, and we erroneously pay you more than the amount of the payment order, we are entitled to recover from you the amount in excess of the amount of the payment order, regardless of whether you may have some claim to the excess amount against the originator of the order.

**Objection to payment** - If we give you a notice that reasonably identifies a payment order issued in your name as sender that we have accepted and received payment for, you cannot claim that we are not entitled to retain the payment unless you notify us of your objection to the payment within 60 days of our notice to you.

**Internal Accounting of Balances** - **<u>No effect on your account</u>:** For regulatory and accounting purposes, your checking account will consist of two 'sub-accounts' on our books: (1) either a transaction sub-account or an interest-bearing transaction sub-account and (2) a non-transaction sub-account. These sub-accounts are treated as a single account for statements and daily use of your account. Interest is not earned on either sub-account for non interest-bearing checking accounts. On interest-bearing checking accounts, the same interest rate may be paid on both sub-accounts, and your periodic statement will reflect a single blended annual percentage yield (APY) earned.

Whenever your transaction sub-account balance exceeds a threshold amount (which we may set and change at our discretion), we may transfer funds above that amount to the non-transaction sub-account. As these funds are needed to pay items presented against your checking account, we will transfer funds from the non-transaction sub-account to the transaction sub-account, up to six times per statement period. If a sixth transfer is needed, the entire balance in the non-transaction sub-account will be transferred into the transaction sub-account. This process may be repeated each monthly statement period.

This balance accounting has no effect on the daily use of your account, on how checks are paid, or on how your account activity appears on your monthly statement.

## BUSINESS DEBIT CARD AGREEMENT TERMS AND CONDITIONS

**Introduction.** This Business Debit Card Agreement ("Agreement") contains contract terms and other important information relating to your Business Debit Card ("Card"). These terms govern the operation of this account unless varied or supplemented in writing. This Agreement also incorporates any other terms and conditions provided separately with your account agreement as well as the terms of any disclosures you may have received. You should read this Agreement carefully and keep a copy for your records.

**Applicable Law.** This Agreement will be governed by the laws of the state in which your account is located as well as federal laws and regulations. Normal banking customs and practices also apply.

**Definitions.** Unless inconsistent, words and phrases used in this document shall be construed so that the singular includes the plural and the plural includes the singular. The words "we," "our," and "us" refer to the financial institution which issues the Card. The words "you" and "your" refer to the owner of the specific account for which Card transactions are permitted. The word "Cardholder" refers to any person authorized by you to use the Card.

**Business Debit Card Purpose.** You and any Cardholder agree that this Card is for use by business owners and employees. The Card can be used for business purpose point-of-sale and Automated Teller Machine (ATM) transactions only. The Card may not be used for personal purposes. You acknowledge and understand that the Card shall not be treated as a consumer card under the provisions of state and federal law. You agree to provide written instructions to all Cardholders that the Card shall not be used for consumer purposes. We assume all transactions are for business purposes. We do not monitor transactions to determine their purpose.

**Account Requirement, Payment Responsibility, Transferability, Enforceability.** The services described in this Agreement will be available to you only as long as you maintain a business checking or savings account with us. You are liable for the payment of Card transactions authorized by you or your agent or any Cardholder or their agent. This account may not be transferred or assigned without our written consent.

If any terms of this Agreement cannot be legally enforced, it will be considered changed to the extent necessary to comply with applicable laws. If any part of this Agreement becomes unenforceable, it will not make any other part unenforceable.

**How to Use the Business Debit Card, Security Procedures.** The Card allows Cardholders to directly access the business checking or savings account specified in your Card Authorization Form. We will issue Cards and codes to you at your request. Each Card will identify your business as well as the Cardholder.

You agree to the following security procedures. Each Cardholder must sign their Card before it may be used. You agree to require both a Card and a code to be used together to obtain cash at designated ATMs. However, you may use your Card to purchase goods or pay for services without a code. Once a Card has been issued it cannot be transferred to another person. You agree to immediately notify us when you terminate a Cardholder's rights and to promptly return the Card to us. You agree to provide written instructions to all Cardholders about the importance of protecting the Card and code. You agree to examine your receipts and periodic statements in a timely manner. You agree that the dollar/frequency limits assigned to each Cardholder will also act as a security procedure.

**Termination and Amendments.**

- We may terminate this Agreement by written notice to you.
- You may terminate this Agreement by calling or writing.

We may make amendments to this Agreement in the same method as provided in the terms and conditions provided in your account agreement. Use of your Card after receipt of notice of an amendment constitutes your acceptance of the change.

**Notices.** Any notices mailed to you under this Agreement will be mailed to the address we have for you in our records. You will keep us notified of your current mailing address.

**Overdraft Protection.** If your account has an overdraft protection feature, unless otherwise agreed in writing, Card transactions that would otherwise overdraw your account will be covered by the overdraft protection feature. Your overdraft protection feature will be documented on a separate agreement. You should become familiar with that document as some of the terms, such as your liability for unauthorized transfers initiated with your Card, may vary from the terms of this Agreement.

### TYPES OF TRANSACTIONS

Below are the types of transactions your Card will accommodate.

**ATM Transfers.** You may access your account by ATM using your Card and code to:

- make deposits to your checking account.
- make deposits to your savings account.
- get cash withdrawals from your checking or savings account.
  - you may withdraw no more than $ 800.00 per calendar day.
- transfer funds between your savings and checking account(s).
- get information about:
  - the account balance of your checking account.
  - the account balance of your savings account.

Some of these services may not be available at all terminals.

**Point-of-Sale Transactions.** You may access your checking account with your Card to purchase goods, pay for services, get cash from a merchant, if the merchant permits, or from a participating financial institution, and do anything that a participating merchant will accept.

Using your Card and/or code:

- you may make no more than 25 transactions per calendar day.
- you may not exceed $2000.00 in transactions per calendar day.

**Currency Conversion and Cross-Border Transaction Fees.** If you initiate a transaction with your Card in a currency other than US Dollars, Mastercard will

© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.

convert the charge into a US Dollar amount. The Mastercard currency conversion procedure is based on rates observed in the wholesale market or, where applicable, on government-mandated rates. The currency conversion rate Mastercard generally uses is the rate for the applicable currency that is in effect on the day the transaction occurred. However, in limited situations, particularly where Mastercard transaction processing is being delayed, Mastercard may instead use the rate for the applicable currency in effect on the day the transaction is processed.

As a result, we charge you an International Transaction Fee of 3%. The International Transaction fee is charged on all cross-border transactions regardless of whether there is a currency conversion. A cross-border transaction is a transaction that occurs at a card acceptance location in a different country from the country in which the card was issued. This means a cross-border transaction can occur even though the transaction is made when you are not in a foreign country. For example, a transaction made online with a foreign merchant is a cross-border transaction even though made while you are physically in the United States.

**Advisory Against Illegal Use.** You agree not to use your Card for illegal gambling or other illegal purpose. Display of a payment card logo by, for example, an online merchant does not necessarily mean that transactions are lawful in all jurisdictions in which the Cardholder may be located.

**Mastercard Automatic Billing Updater Notice of Right to Opt Out.** Your Mastercard Business Debit Card will be automatically enrolled in the free Mastercard® Automatic Billing Updater (ABU) service. With ABU, your account files will be updated when information changes because of a product upgrade, card expiration, loss or theft, account closure or other changes. A participating merchant can access that updated card information before requesting a payment. Since not all merchants participate, you should also contact the merchants directly if your card information changes. You are entitled to opt out of this service. You may opt out at any time.

If you want to opt out, phone us at 855-401-4599. You must include your name, last four digits of your card number, and business name. If you opt out, you may opt back in if you decide you want the Mastercard Automatic Billing Updater service in the future. You may opt in the same way(s) that you can opt out.

**ATM Operator/Network Fees.** When you use an ATM not owned by us, you may be charged a fee by the ATM operator or any network used (and you may be charged a fee for a balance inquiry even if you do not complete a fund transfer).

**FEES**

- We charge $5.00 to replace a lost or stolen Card.
- We charge $15.00 for each alternate shipping address.
- We charge $25.00 for each expedited/rush shipment.
- Please refer to the disclosure provided to you when the business checking account was opened for additional information on fees.

**DOCUMENTATION**

**Terminal Transfers.** You can get a receipt at the time you make a transfer to or from your account using an automated teller machine or point-of-sale terminal. However, you may not get a receipt if the amount of the transfer is $15 or less.

**Retain Copies for Your Records.** You should retain copies of all records including receipts, credit slips (for returned merchandise), and cancellation numbers (for cancelled reservations). You should also mark each transaction in your account record (but not while at a terminal). You should review your periodic statement for accuracy and compare your account record against your periodic statement to reconcile balances.

**Periodic Statements.** You will get a monthly account statement from us for your checking account that will also include a record of transactions made using your Card.

**Periodic Statements.** You will get a monthly account statement from us for your savings account that will also include a record of transactions made using your Card, unless there are no transfers in a particular month. In any case, you will get a statement at least quarterly.

**LIMITATIONS ON OUR LIABILITY**

We will not be liable if:

- you do not have enough money in your account to make the transfer.
- you have an overdraft line and the transfer would cause you to exceed your credit limit.
- an ATM does not have sufficient cash.
- a terminal or system is not working properly.
- circumstances beyond our control (such as fire or flood) prevent the transfer.
- a merchant refuses to accept your Card.
- an ATM rejects your Card.

There may be other limitations on our liability.

**UNAUTHORIZED TRANSFERS**

**Additional Risk Associated with Use of Business Debit Cards.** You will not have the benefit of any consumer law limiting liability with respect to the unauthorized use of your Card. This means your liability for the unauthorized use of your Card could be greater than the liability in a consumer debit card transaction. You accept and agree to undertake the additional risk and greater measure of liability associated with the use of business debit cards as described in this Agreement.

**Your Liability for Unauthorized Transfers.** You are liable for Card transactions you do not authorize if we can prove that we processed the transaction in good faith and in compliance with a commercially reasonable security procedure to which we both agreed, unless otherwise required by law.

Tell us AT ONCE if you believe your Card and/or code has been lost or stolen. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus your maximum overdraft line of credit). If your Card and/or code is lost, stolen, or used without your permission, you agree to notify us immediately and to promptly confirm such notice in writing. Your liability for transactions with your Card and/or code will continue until 2 business days after the day we receive such written notice. If you do not notify us within one year from when the periodic statement containing an unauthorized transaction was first mailed or made available to you, we will be entitled to treat the information in the periodic statement as correct, and you will be precluded from asserting otherwise.

**Additional Limits on Liability.** You will not be liable for any unauthorized transactions using your Card if: (i) you can demonstrate that you have exercised reasonable care in safeguarding your card from the risk of loss or theft, and (ii) upon becoming aware of a loss or theft, you promptly report the loss or theft to us. Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

**Contact in Event of Unauthorized Transfer.** If you believe your Card and/or code has been lost or stolen or that someone has transferred or may transfer money from your account without your permission, call or write us at the telephone number or address listed in this disclosure.

**Consequential Damages.** We will not be liable for any consequential or incidental damages resulting from the unauthorized use of your Card.

**ERROR RESOLUTION**

You agree to examine your receipts and periodic statements using ordinary care and to report any errors or problems to us within a reasonable time. You agree that the time to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of one year from when the statement containing the error or problem was first mailed or made available to you. If you do not report within one year, we will be entitled to treat such information as correct and you will be precluded from asserting otherwise. You further agree that if you fail to report to us within 14 days from when the statement was first mailed or made available to you, that we will not be required to pay interest on any refund to which you may be entitled. We will only recredit your account for errors or problems as required by law.

Call or write us immediately with errors or questions about your electronic transfers at the telephone number or address listed in this disclosure. If you tell us orally, we may require your complaint or question in writing within 14 business days.

If you provide us with timely notice of an error or problem in your periodic statement, we will investigate the matter and notify you of the results within a reasonable amount of time. The exact time will depend on the specific circumstances of the error or problem.

You may ask for copies of the documents that we used in our investigation.

BANKCARD SERVICES
P.O. BOX 779
JEFFERSON CITY, MISSOURI 65102
Business Days: Monday through Friday
Excluding Federal Holidays
Phone: 866-998-4617
or
Contact your local branch office

# YOUR ABILITY TO WITHDRAW FUNDS

This policy statement applies to "transaction" accounts, but not to savings deposits. Transaction accounts, in general, are accounts which permit an unlimited number of payments to third persons and an unlimited number of telephone and preauthorized transfers to other accounts of yours with us. Checking accounts are the most common transaction accounts. Savings accounts and money market deposit accounts are examples of savings deposits. Feel free to ask us whether any of your other accounts might also be under this policy.

Our policy is to make funds from your cash and check deposits available to you on the first business day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. Once the funds are available, you can withdraw them in cash and we will use the funds to pay checks that you have written.

Please remember that even after we have made funds available to you, and you have withdrawn the funds, you are still responsible for checks you deposit that are returned to us unpaid and for any other problems involving your deposit.

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and federal holidays. If you make a deposit before closing on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after closing or on a day we are not open, we will consider that the deposit was made on the next business day we are open.

If you make a deposit at an ATM before 2:00 P.M. on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit at an ATM after 2:00 P.M. or on a day we are not open, we will consider that the deposit was made on the next business day we are open.

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

**LONGER DELAYS MAY APPLY**

**Case-by-case delays.** In some cases, we will not make all of the funds that you deposit by check available to you on the first business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $225 of your deposits, however, will be available on the first business day.

If we are not going to make all of the funds from your deposit available on the first business day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

**Safeguard exceptions.** In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

We believe a check you deposit will not be paid.
You deposit checks totaling more than $5,525 on any one day.
You redeposit a check that has been returned unpaid.
You have overdrawn your account repeatedly in the last six months.
There is an emergency, such as failure of computer or communications equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh business day after the day of your deposit.

**SPECIAL RULES FOR NEW ACCOUNTS**

If you are a new customer, the following special rules will apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you (and you may have to use a special deposit slip). The excess over $5,525 will be available on the ninth business day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,525 will not be available until the second business day after the day of your deposit.

Funds from all other check deposits will be available on the tenth business day after the day of your deposit.

**COMMON FEATURES**

**Definitions - Dormant, Lost Contact, and Inactive Accounts**

Contact us if you do not receive your regular statement. You must keep us notified of your current address. Additional fees may be applied to your account if we lose contact with you.

A Checking Account is considered Dormant if we have Lost Contact with you and there have been no deposits or withdrawals to your account for three months or more.

A Savings Account is considered Dormant if we have Lost Contact with you, your account receives a monthly bank statement and there have been no deposits or withdrawals for three months or more.

A Savings Account is considered Dormant if we have Lost Contact with you, your account receives a bank statement quarterly, and there have been no deposits or withdrawals by you for a period of 13 months or more.

Checking and Savings Accounts with balances of $15.00 or less are subject to a fee equal to the balance if they are considered Inactive or Lost Contact.

A Checking Account is considered Inactive if there have been no deposits or withdrawals after 12 months or more.

A Savings Account is considered Inactive if there have been no deposits or withdrawals after 24 months or more.

A Checking or Savings Account is considered Lost Contact if the Bank can no longer reach you by mail.

**Earnings Credit -**

An Earnings Credit may be applied to your account to reduce or eliminate fees.
If your account features an earnings credit:

- If the earnings credit exceeds the fees for any period, you will not be assessed any fees, but you will not receive credit (be paid), or carry forward any excess earnings credit.
- The earnings credit is calculated on the Average Available Balance maintained in your account each month. (The Average Available Balance is the Average Collected Balance reduced by the Reserve Requirement). This balance is then multiplied by an Earnings Credit Allowance rate, divided by the number of days in the calendar year, then multiplied by the number of days in the calendar month. At our discretion, the Earning Credit Allowance rate and Reserve Requirement may change at any time. The earnings credit begins to accrue no later than the business day we receive credit for the deposit of noncash items (for example, checks).

**Notification Regarding FDIC Insurance**

The Federal Deposit Insurance Corporation provides deposit insurance coverage to the customers of each financial institution that is FDIC-insured. The Central Trust Bank is an FDIC insured bank which has several divisions which operate under different names. These division names include, but are not limited to, Central Bank of the Midwest, Bank Central, Jefferson Bank and HSA Central.

It is important for you to be aware that any division of The Central Trust Bank is considered part of that bank and as such, all deposits placed in deposit accounts with The Central Trust Bank, including any of its divisions, will be aggregated with all other deposits placed in deposit accounts with The Central Trust Bank, including any of its divisions, for the purpose of determining FDIC insurance coverage.

By agreeing to the terms and conditions for your account, all account owners acknowledge receipt of and agree with the terms of this disclosure.



© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.
AIB-B 8/1/2019 3q Custom TCM-27Bx,7z,5,4n 201988789-010 EMOAIB19

# UNDERSTANDING YOUR BUSINESS DEPOSIT ACCOUNT REAL-TIME PAYMENTS ADDENDUM

This Understanding Your Business Deposit Account Real-Time Payments Addendum (this "Addendum") modifies and supplements the terms and conditions of the Understanding Your Business Deposit Account agreement (the "Agreement") with Bank. This Addendum is effective as of May 1, 2023 (the "Effective Date"). You will be bound by this Addendum as of the Effective Date unless you close your account before the Effective Date.

Changes to the sections in the Agreement include:

- **RTP Rules and Definitions.** Real-Time Payment ("RTP") transactions are governed by the RTP System Operating Rules ("RTP Rules"). The terms "RTP Payment," "RTP System," "sender," "receiver," "sending participant," and "receiving participant" are used in this Agreement as defined in the RTP Rules. A "participant" is the sender or receiver's depository institution that sends or receives the RTP Payment on behalf its depository customer.

**Definition of "Item"**. The definition of "Item" in the Agreement is amended to add an RTP Payment to the list of types of Items provided under that definition.

**Governing Laws and Rules.** If you are a natural person and your account was established primarily for personal, family or household purposes, your RTP Payment transactions are "electronic fund transfers" subject to the federal Electronic Fund Transfer Act and the provisions of the Agreement governing such transactions. Our Electronic Fund Transfer Act Disclosures are included in the Agreement. In all other cases, your RTP Payment transactions are funds transfers subject to Article 4A of the New York Uniform Commercial Code and the provisions of the Agreement governing such transactions.

- **Eligible Accounts/Transactions.** All demand deposit accounts (i.e., checking accounts) are eligible to receive RTP Payments. For clarity, your account is able only to receive RTP Payments. You are not permitted to send RTP Payments. Should Bank offer the ability to send RTP Payments in the future, that service will be subject to a separate set of terms and conditions that you must agree to.

**Receiving Real-Time Payments.** Except as otherwise set forth below in this paragraph, funds transferred to you through the RTP System at any time 24 hours per day, 7 days per week, including weekends and state and federal holidays, will be credited to your account immediately upon our acceptance and posting of the RTP Payment and will be available for withdrawal immediately thereafter. RTP Payments are typically completed within a few seconds of transmission of the RTP Payment by the sender, unless the RTP Payment fails, is rejected or is delayed due to a review by us or the sending participant (the sender's depository institution), for suspected fraud, regulatory, or compliance reasons. Transaction limits imposed by the RTP System or sending participant may also prevent RTP Payments from being sent to your account. An RTP Payment also may fail, be rejected or returned for the following reasons, including without limitation: (i) there are insufficient funds available in the sender's account when the sender submits the payment request; (ii) the sending participant or we suspect or determine that the payment does not comply with the RTP Rules; (iii) you instruct us to return the payment after it was received; (iv) the payment exceeds the sender's limits; (v) your account is closed, invalid, restricted or ineligible to receive such payments, or is being monitored for suspected fraudulent or other illegal activity; (vi) the sender's account at the sending participant is being monitored for suspected fraudulent or other illegal activity, or (vii) the RTP System is unavailable. We will not communicate to you that any RTP Payment has failed (if it fails).

**Eligible Payments.** The RTP System may be used, and you agree to use the RTP System, only for payments between a sender and receiver whose accounts are located in the United States. Even if you are otherwise permitted under the Agreement to receive payments to your account on behalf of another (such as in the case of a fiduciary account or an account for the benefit of a minor), you may not, and agree not to, receive RTP Payments to your account on behalf of any person or entity that is not residing or otherwise domiciled in the United States. We are under no obligation to accept, in whole or in part, any RTP Payment or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCen").

**Return of Payment.** If you wish to return a payment sent to you through the RTP System, you must contact us at 866-236-8744 and provide us with sufficient information to identify the RTP transaction you wish to return. We will attempt to honor your request, but we will have no liability for our failure to do so. You authorize us to debit such amounts from your account in order to complete any such return.

**Request for Return of Payment.** RTP Payments cannot be canceled or amended by the sender. A sender may request a return of funds sent to you through the RTP System. If we receive a message from the sending participant (the sender's depository institution) requesting return of an RTP credit to your account, we will attempt to contact you about that request. You must comply with our reasonable requests for information regarding any such request by the sender for return of an RTP Payment, including whether the payment was unauthorized or erroneous, within two (2) business days of each such request for information by us. You may, but are not obligated under the RTP Rules to, comply with any such request for return of funds by agreeing to return all or part of the funds requested. If any such funds are returned, we may return them by any payment method permitted under the RTP Rules, as we choose in our sole discretion. You authorize us to debit such amounts from your account to complete any such return.

**ARBITRATION. THE AGREEMENT REQUIRES DISPUTES REGARDING THIS ADDENDUM TO BE RESOLVED IN INDIVIDUAL ARBITRATION. THE TERMS OF THE ARBITRATION CLAUSE AND WAIVER OF CLASS ACTION APPEAR ON PAGE 3 OF THE AGREEMENT.**

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number ____ Contract Number ____ R.O.S. Number ____ Stock Number ____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| [illegible] | [illegible] | JAGUAR LAND ROVER MISSION VIEJO<br>28701 MARGUERITE PARKWAY<br>MISSION VIEJO, CA 92692 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | [illegible] | PORSCHE CAYENNE | [illegible] | [illegible] | Personal, family or household unless otherwise indicated below.<br>☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ ____ is |
|---|---|---|---|---|
| ____ % | $ ____ (e) | $ ____ | $ ____ (e) | $ ____ (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | |
| One Payment of | N/A | |
| 47 | | |
| N/A | N/A | N/A |
| One final payment | [illegible] | [illegible] |

PLAINTIFF'S EXHIBIT 89 tabbies

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

**ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1. **Total Cash Price**
   - A. Cash Price of Motor Vehicle and Accessories $ ____ (A)
     1. Cash Price Vehicle $ ____
     2. Cash Price Accessories $ N/A
     3. Other (Nontaxable)
        Describe N/A $ N/A
        Describe N/A $ N/A
   - B. Document Processing Charge (not a governmental fee) $ 80.00 (B)
   - C. Emissions Testing Charge (not a governmental fee) $ 50.00 (C)
   - D. (Optional) Theft Deterrent Device (to whom paid) N/A $ N/A (D)
   - E. (Optional) Theft Deterrent Device (to whom paid) N/A $ N/A (E)
   - F. (Optional) Theft Deterrent Device (to whom paid) N/A $ N/A (F)
   - G. (Optional) Surface Protection Product (to whom paid) N/A $ N/A (G)
   - H. (Optional) Surface Protection Product (to whom paid) N/A $ N/A (H)
   - I. EV Charging Station (to whom paid) N/A $ N/A (I)
   - J. Sales Tax (on taxable items in A through I) $ ____ (J)
   - K. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) (to whom paid) ____ $ ____ (K)
   - L. (Optional) Service Contract (to whom paid) N/A $ N/A (L)
   - M. (Optional) Service Contract (to whom paid) N/A $ N/A (M)

## STATEMENT OF INSURANCE

**NOTICE.** No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

### Vehicle Insurance

| | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | N/A Mos. | $ N/A |
| $ N/A Ded. Collision | N/A Mos. | $ N/A |
| Bodily Injury $ N/A Limits | N/A Mos. | $ N/A |
| Property Damage $ N/A Limits | N/A Mos. | $ N/A |
| Medical N/A | N/A Mos. | $ N/A |
| N/A | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A (a) |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X ____

Co-Buyer X ____

Seller X ____

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Application for Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N/A Mos. | ____ | $ N/A |
| Credit Disability | N/A Mos. | ____ | $ N/A |
| Total Credit Insurance Premiums | | | $ N/A (b) |

Insurance Company Name N/A
N/A

Home Office Address N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 ...

Central Bank of the Midwest

A Division of The Central Trust Bank

PLAINTIFF'S EXHIBIT 90

March 5, 2025

Chapter Kris Jackson
PO Box 11143
Overland Park, KS 66207

RE: Demand for Arbitration

Dear Chapter Kris Jackson;

This is to confirm receipt of the Demand for Arbitration. No further action will be taken by Central Bank until arbitration has commenced, in which case Central Bank will participate as required.

Sincerely,

Christina M Sullins

Christina M. Sullins
Director of Operations

PLAINTIFF'S EXHIBIT 91

# Dates for Inspection of Documents to inspect Original Loan Documents

From: Chapter Jackson (chapterjackson816@yahoo.com)

To: patric.linden@caselinden.com; jamie.welch@caselinden.com

Date: Wednesday, November 13, 2024 at 07:29 PM CST

Mr. Linden as you are aware Ms. Jackson has requested to inspect and make copies of original Loan documents and original deal jacket documents- Could you provide the dates as such was requested for Ten Investments to produce for inspection and Santander Consumer to produce for inspection.

The Plaintiff would like to meet and confer regarding this matter before she request a meeting with the court and file a motion to compel.

The Plaintiff would like to meet and confer with you regarding spoliation of evidence before filing the motion.

Also the Plaintiff received the discovery and objections for Ten Investments and Santander she would like to meet and confer before requesting a meeting with the court and before filing the motion to compel.

Could you provide a date and time you are open for discussion.

Very well thanks

Sent from Yahoo Mail. Get the app

PLAINTIFF'S EXHIBIT

CONFIDENTIALITY STATEMENT:

The information transmitted by the preceding e-mail is intended only for use of the person or entity to which it is addressed and may contain material that is subject to the attorney-client and/or attorney work-product privileges. This information is confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by telephone and return the original message to me at the above address, via U.S. Postal Service. Thank you.

**From:** Chapter Jackson <chapterjackson816@yahoo.com>
**Sent:** Friday, August 13, 2021 1:50 PM
**To:** Robert Hellweg <Robert.Hellweg@soaveauto.com>
**Cc:** Kevin Case <Kevin.Case@caselinden.com>
**Subject:** Re: Notice of Fraud -Placing on Notice

Question You have not provided me with any lawyer that has a bar license in the state of Kansas. Does Kevin Case practice law in the state of Kansas? I can't find a Kevin Case who has a valid license to practice law in the state of Kansas? I have also contacted the bar association and no Kevin Case has been identified.

Thank you

Chapter Jackson

On Aug 13, 2021, at 1:20 PM, Robert Hellweg <Robert.Hellweg@soaveauto.com> wrote:

Ms. Jackson

You had asked for the address and name of our lawyer before this was sent to me, I have forwarded this email on to our counsel.

Again, his name is Kevin Case and I have copied him (cc) into this response.

All future communication on the matter should go to Mr. Case.

Thank you

Robert Hellweg

PLAINTIFF'S EXHIBIT 92

# State of Missouri

**Matt Blunt, Secretary of State**

Corporations Division
P.O. Box 778, Jefferson City, MO 65102

James C. Kirkpatrick State Information Center
600 W. Main Street, Rm 322, Jefferson City, MO 65101

FILED

FEB 0 3 2003

Matt Blunt
SECRETARY OF STATE

## Application for Certificate of Authority For a Foreign For-Profit Corporation

(Submit in duplicate with filing fee of $155.00)

1. The corporation's name is T.E.N. Investments, Inc.

   and it is organized and existing under the laws of Kansas

2. The name it will use in Missouri is T.E.N. Investments, Inc.

3. The date of its incorporation was 2/23/1999 (month/day/year), and the period of its duration is perpetual

4. The address of its principal place of business 9400 W. 65th Street, Merriam, KS 66203 (Address, City/State/Zip)

5. The name and address of its registered agent and office in the State of Missouri is

   KH Corporate Services, 2345 Grand Boulevard, Ste. 2100, Kansas City, MO 64108 (Name, Address, City/State/Zip)

6. The specific purpose(s) of its business in Missouri are:

   auto sales and any lawful act or activity in which corporations may engage under Missouri law.

7. The name of its officers and directors and their business addresses are as follows:

   **(Officers)** Name Address City/State/Zip

   President Ernest J. Tumminia, 11140 Brookwood, Leawood, KS 66211

   ~~Vice President~~--Chairman, Anthony Soave, 423 Lake Shore Drive, Grosse Pointe Farms, MI 48236

   Secretary Bryant M. Frank, 6018 Glen Eagles, West Bloomfield, MI 48232

   Treasurer Kathleen B. McCann, 1394 Memory Lane, Milford, MI 48381

   **(Board of Directors)**

   Director Anthony Soave, 423 Lake Shore Drive, Grosse Point Farms, MI 48236
   Yale Levin, 23060 Bittersweet, Southfield, MI 48034
   Director Ernest J. Tumminia, 11140 Brookwood, Leawood, KS 66211
   Kathleen B. McCann, 1394 Memory Lane, Milford, MI 48381
   Director Peter C. Saputo, 2463 Heronwood Drive, Bloomfield Hills, MI 48302

8. The effective date of this document is the date it is filed by the Secretary of State of Missouri, unless you indicate a future date, as follows:

   ____________________
   (Date may not be more than 90 days after the filing date in this office)

In affirmation thereof, the facts stated above are true.

[signature] ERNEST J. TUMMINIA PRESIDENT 1-30.2003
(Must be an Officer or Chairman listed in #7, above) (Printed Name) (Title) (Date)

Note: You must submit current original certificate of good standing or certificate of existence with this application. This may be obtained from your Secretary of State or other authority that issues corporate charters.

Corp. #42 (11/01)

T.E.N. Invest CertofAuth.max

# STATE OF KANSAS

OFFICE OF
SECRETARY OF STATE
RON THORNBURGH

**To all to whom these presents shall come, Greetings:**

I, RON THORNBURGH, Secretary of State of the state of Kansas, do hereby certify that I am the custodian of records of the State of Kansas relating to corporations and that I am the proper official to execute this certificate.

I FURTHER CERTIFY THAT

T.E.N. INVESTMENTS, INC.

is a regularly and properly organized corporation under the laws of the state of KANSAS, having been incorporated in Kansas on the 23rd day of February, A.D. 1999 and has paid all fees and franchise taxes due this office and is in good standing according to the records now on file in the office of Secretary of State.

In testimony whereof:
I hereto set my hand and cause to be affixed my official seal.
Done at the City of Topeka, this 21st day of January, A.D. 2003

Ron Thornburgh

RON THORNBURGH
SECRETARY OF STATE

No. F00517656

# STATE OF MISSOURI

## Matt Blunt
## Secretary of State

CORPORATION DIVISION - CERTIFICATE OF AUTHORITY

WHEREAS,
T.E.N. INVESTMENTS, INC.

using in Missouri the name
T.E.N. INVESTMENTS, INC.

has complied with the General and Business Corporation Law which governs Foreign Corporations; by filing in the office of the Secretary of State of Missouri authenticated evidence of its incorporation and good standing under the Laws of the State of KANSAS.

NOW, THEREFORE, I, MATT BLUNT, Secretary of State of the State of Missouri, do hereby certify that said corporation is from this date duly authorized to transact business in this State, and is entitled to all rights and privileges granted to Foreign Corporations under the General and Business Corporation Law of Missouri.

IN TESTIMONY WHEREOF, I have set my hand and imprinted the GREAT SEAL of the State of Missouri, on this, the 3rd day of FEBRUARY, 2003.

Secretary of State

$155.00

PLAINTIFF'S EXHIBIT 93

# State of California
## Secretary of State

S

## Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

F432620

**FILED**

In the office of the Secretary of State of the State of California

FEB-22 2015

This Space for Filing Use Only

1. CORPORATE NAME
T.E.N. INVESTMENTS, INC.

2. CALIFORNIA CORPORATE NUMBER
C3555280

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 — CITY — STATE — ZIP CODE

[redacted]

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
8. SECRETARY — ADDRESS — CITY — STATE — ZIP CODE
9. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

10. NAME — ADDRESS — CITY — STATE — ZIP CODE
11. NAME — ADDRESS — CITY — STATE — ZIP CODE
12. NAME — ADDRESS — CITY — STATE — ZIP CODE
13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** — CITY — STATE — ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 02/22/2015 | MARILYNE BORGS | PRESDENT | |

SI-200 (REV 01/2013) APPROVED BY SECRETARY OF STATE

PLAINTIFF'S EXHIBIT 94

State of Kansas/Domestic and Foreign For Profit

# Corporate Annual Report

Form AR

Note: *Please type or complete in ink.*

1. Tax Closing Date 12/31/1999 (Month/Day/Year)
2. Due Date 04/16/2001
3. State of Incorporation KS

If the information is not preprinted in the box, enter the corporation ID number, the exact corporation name and mailing address. If the mailing address given on the preprinted form has changed, correct the address in the box.

Corporation ID No. 2706620

T.E.N. INVESTMENTS, INC.
9400 W. 65th Street
SHAWNEE MISSION, KS 66203

04-18-2001 11:23:00
050 $ .
3272 01
2706620 FR

00093792

**(Complete all items or make corrections to existing inf**

4. Officers

| | Name | Residential Address | City, State, Zip Code | Director Y/N |
|---|---|---|---|---|
| Pres. | ERNEST TUMMINIA | 9400 W. 65TH STREET | SHAWNEE MISSION, KS 66203 | Y |
| Sec. | RODGER ALLEN | 9400 W. 65TH STREET | SHAWNEE MISSION, KS 66203 | Y |
| Treas. | KATHLEEN MCCANN | 9400 W. 65TH STREET | SHAWNEE MISSION, KS 66203 | Y |

5. Board of Directors

| Name (if not listed above) | Residential Address | City, State, Zip Code |
|---|---|---|
| ANTHONY SOAVE | 9400 W. 65TH STREET | SHAWNEE MISSION, KS 66203 |
| PETER SAPUTO | 9400 W. 65TH STREET | SHAWNEE MISSION, KS 66203 |

**KANSAS CORPORATIONS ONLY**

6. Stockholders who own 5% or more of capital stock

| Name | Post Office Address | City, State, Zip Code |
|---|---|---|
| KC HOLDINGS, INC. | 3237 SOUTH NOLAND ROAD | INDEPENDENCE, MO 64055 |

(if additional space is needed, attach a separate sheet)

**ALL CORPORATIONS**

7. Shares Issued (Common or Preferred)

| Shares Issued (Common or Preferred) | Total Stock Paid Up |
|---|---|
| 10,000 COMMON | $ 1,000,000. |
| | $ |
| | $ |
| | $ |

8. FEIN No. 48-1211730 (Federal Employer Identification Number)
9. Phone No.
E-mail



05N4VB K922 04/10/2001 14:31:21 V9.11.01 48-1211730

10. Franchise Fee (Figure from computation work sheet line 8)
Minimum fee is $20, maximum fee is $2,500. Make check payable to Secretary of State . . . . . $ ______

11. Nature and kind of business in which the corporation is engaged: AUTOMOBILE DEALERSHIP

NON-KANSAS CORPORATIONS ONLY

12. State the value of real property/real assets owned and used by the corporation in and outside of Kansas, and where located:

| | Value of Property | Where Located |
|---|---|---|
| Within Kansas | | |
| Outside Kansas | | |

ALL CORPORATIONS

13. Does the corporation own or lease land in Kansas that is suitable for use in agriculture?

**This question does not apply to: 1) Tracts of land of less than 10 acres; 2) Contiguous tracts of land that in the aggregate are less than 10 acres; 3) State-assessed railroad operating property.**

YES _____ Complete items 14 and 15. NO X Skip section 14 and complete item 15.

If the answer to Question 13 is "No" skip this section.
If the answer to question 13 is "Yes" complete the following:

14. Agricultural Land

a. Total number of stockholders of the corporation ______________.

b. Value of agricultural and nonagricultural assets that are owned and controlled by the corporation, both within and outside Kansas, and location of land:

| | | Value | Where Located |
|---|---|---|---|
| Within Kansas | Agricultural | $ | |
| | Nonagricultural | $ | |
| Outside Kansas | Agricultural | $ | |
| | Nonagricultural | $ | |
| | | | |

c. Provide information on each lot, tract or parcel of agricultural land in Kansas that is owned or leased by the corporation. (If extra space is needed, attach additional pages.)

| Location of tract or lot | | | | | Was this tract acquired after July 1, 1981? | | Purpose for which land is owned or leased | Indicate for each tract or parcel if the tract is . . | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| County | Section | Township | Range | Number of acres in tract or lot | Yes | No | | OWNED BY the corporation | LEASED TO the corporation | LEASED BY the corporation | If leased by the corporation, indicate to whom leased |
| | | | | | | | | | | | |

d. Provide total agricultural acres for:

1. Total acres owned and operated . . . . . . . . . . . . . . ______________
2. Total acres owned and operated *and* irrigated . . . . . . . . ______________
3. Total acres leased *by* the corporation . . . . . . . . . . . . ______________
4. Total acres leased *by* the corporation *and* irrigated . . . . . . ______________
5. Total acres leased *to* the corporation . . . . . . . . . . . . ______________
6. Total acres leased *to* the corporation *and* irrigated . . . . . . ______________

Perjury is intentionally, knowingly and falsely subscribing as true and correct under penalty of perjury any statements given in this report. Perjury is a severity level 9, nonperson felony, which carries a sentence of six months imprisonment and a fine not exceeding $100,000.

15. I declare (or verify, certify or state) under penalty of perjury that the annual report is true and correct.

Executed on this 16th day of APRIL, 2000
Year

[signature]
**Authorized Signature**

ERNIE TUMMINIA
**Name of Signer (printed or typed)**

PRESIDENT
**Title/Position**

**A corporation is required to file this form every year. Do you want an annual report form sent to you next year?** (Check one)

[X] Yes, please send me an annual report form next year. [ ] No, I already receive an annual report form from another source.


9D1914 3 000

05N4VB K922 04/10/2001 14:31:21 V9.11.01 48-1211730

**State of Missouri**
**Denny Hoskins, Secretary of State**
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

**X001830563**
**Date Filed: 2/14/2025**
**Expiration Date: 2/14/2030**
**Denny Hoskins**
**Missouri Secretary of State**

# Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

☒ New Registration ☐ Renewal ________ *Charter number* ☐ Amendment ________ *Charter number* ☐ Correction ________ *Charter number*

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered: ARISTOCRAT MOTORS

Business Address: 13851 Madison Ave
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: Kansas City, MO 64145-1609

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| KCMER INVESTMENTS, INC. | 00725643 | 13851 Madison Ave | Kansas City, MO | 64145 - 1609 | |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

| KCMER INVESTMENTS, INC. - Derek Adolf | KCMER INVESTMENTS, INC. - DEREK ADOLF | 02/14/2025 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

PLAINTIFF'S EXHIBIT
tabbies
95

Name and address to return filed document:

Name: Audree J. Rodgers

Address: Email: audree.rodgers@soave.com

City, State, and Zip Code: ________